# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| FEPA | |
|---|---|
| ☒ EEOC | 130 2006 00296 |

_N/A_ State or local Agency, if any  and EEOC

**NAME** (Indicate Mr., Ms., Mrs.): Deborah Hughes
**HOME TELEPHONE** (Include Area Code): (334) 735-2476
**STREET ADDRESS**: 1531 Co. Rd. 4420
**CITY, STATE AND ZIP CODE**: Brundige AL 36010
**DATE OF BIRTH**: 09/08/1956

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Dale Co. Medical Center
**NUMBER OF EMPLOYEES, MEMBERS**: 400+
**TELEPHONE** (Include Area Code): 774-2601
**STREET ADDRESS**: 100 Hospital Avenue
**CITY, STATE AND ZIP CODE**: Ozark AL 36360
**COUNTY**: DALE

**NAME**: Ariton Medical Clinic
**TELEPHONE NUMBER** (Include Area Code): (334) 762-2305
**STREET ADDRESS**: 37 West Main Street
**CITY, STATE AND ZIP CODE**: Ariton AL 36311
**COUNTY**: DALE

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
- [ ] RACE
- [ ] COLOR
- [ ] SEX
- [ ] RELIGION
- [☒] AGE
- [ ] RETALIATION
- [ ] NATIONAL ORIGIN
- [☒] DISABILITY
- [☒] OTHER (Specify) FMLA

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)  LATEST (AL): April 20, 2005
- [ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

(See attached.)

Employer never explained or offered FMLA.

RECEIVED OCT 17 2005 E.E.O.C. BIRMINGHAM DISTRICT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** - (When necessary for State and Local Requirements)
_Priscilla B. Duncan_
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.
_Deborah Hughes_
10/16/05  Date  Charging Party (Signature)

**SIGNATURE OF COMPLAINANT**
_Deborah Hughes_

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
16/10/05

EEOC FORM 5 (Test 10/94)

**EXHIBIT A**

## AFFIDAVIT OF DEBORAH HUGHES

STATE OF ALABAMA      )
COUNTY OF MONTGOMERY )

Personally appeared affiant, DEBBORAH HUGHES, who being duly sworn, says:

1. This affidavit is given on the basis of the affiant having personal knowledge of working conditions and her termination at Dale County Medical Center.

2. My address is: 1531 Co. Rd. 4420 Brundidge AL 36010 and my phone number (334) 735-2476.

3. I was employed by Dale County Medical Center at its Ariton Clinic from 1974 until I was terminated on April 20, 2005. My job was office manager, but I also acted as insurance and billing coder and a manager of other programs, such as the Indigent Patient Program. I was an employee in good standing and never received a verbal or written warning for any infraction.

4. In December 2004, I was diagnosed with two benign brain tumors and underwent an operation to remove the tumors on January 3. Dr. Ennis, for whom I worked, said he didn't understand why I couldn't take my surgery after the "other girls" had theirs. (Their surgery was elective, a gastric bypass and a hysterectomy.) He was planning to take a trip to Mexico at the time.

5. I took sick leave for five weeks and came back to work February 7, working half-days for two weeks. I was unable to drive.

6. Dr. Ennis' wife, Pat, who was not employed there, nonetheless, with the full knowledge of the hospital, was allowed to be at the office all the time, acting as supervisor. She was foul-mouthed, abusive and complained that I was on part-time status during my recovery.

1

7. Pat Ennis intentionally struck me in the head at the point of my surgery on the day I returned to work. I said, "Pat, that hurt!" She responded, "Oh, I thought it would be better by now." My head hurt all day long.

8. This and other incidents of harassment by Mrs. Ennis were witnessed by other employees. She frequently told me "they" could find someone else to do my job for less pay.

9. When I came back from surgery, Sheila Dunn, assistant administrator, and Pat said, "We know why we don't like you: Your hair and your baggy pants." (I was bald).

10. "When is your hair gonna grow out?" asked Dr. Ennis. "It's not even growing. It's just sticking there."

11. Dale Medical Center revised its Extended Illness Benefit policy after I returned to work, making it more difficult to get leave.

12. My doctor warned me not to work eight hours if I felt stressed. Pat Ennis demanded I send medical excuses from my doctor in Birmingham to her Sheila Dunn, who was her good friend. I developed panic attacks and depression and couldn't sleep, due to the pressure.

13. My doctor ordered me to take a week off on April 11, when I went to work and suffered a panic attack. The doctor said I had gone back to work too quickly. She increased my medication, and I returned to work a week later on April 18. I was called to Dale Medical Center on April 20 by Sheila Dunn and told I was no longer needed. She initially accused me of not calling in an absence, but I had notified the office, which is what the handbook requires. She admitted she had received my doctor's excuse, but said, "I just don't agree with it. For


RECEIVED
OCT 17 2005

2

that reason I'm just going to have to let you go. You've been down-sized – It's your word against mine."

14. Dr. Ennis has since died and has been replaced by another physician. Another woman has been hired to do my job.

15. Dunn told me I would receive some severance, vacation pay and could file for unemployment. When I filed, Dale Medical Center said I had quit my job. They tried to deny that I was the office manager. I appealed and Dale Medical Center said the job was downsized. They delayed my unemployment for 2 1/2 months before their protests were dismissed.

16. I appealed my termination to Vernon Johnson, hospital administrator. He said he would not move me into another job, and made a snide remark about me suing him because of the harassment of a non-employee at the practice.

_Deborah Hughes_
Affiant

RECEIVED OCT 17 2005 EEOC

STATE OF ALABAMA }
MONTGOMERY COUNTY }

Before me the undersigned, a Notary Public in and for said County and State, this day personally appeared affiant, who is known to me, and who being first duly sworn deposes and says that the matters and things alleged in the foregoing affidavit are true as therein averred.

_Deborah Hughes_
Affiant

Sworn and subscribed before me this 16th day of October, 2005.

_Priscilla B. Dunn_
Notary Public
My commission expires  9-16-07

3