IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| **Plaintiff,** | ) | Procedure or other appropriate |
| | ) | the Federal Rules of Civil |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION NO.** |
| **DALE COUNTY MEDICAL CENTER,** | ) | 1:06 CV 595-SRW |
| | ) | |
| **Defendant.** | ) | |

## SUMMONS

TO DEFENDANT:   Dale County Medical Center
126 Hospital Avenue
Ozark, AL  36260

    You are hereby summoned and required to serve upon plaintiff's attorney, Alicia K. Haynes, 1600 Woodmere Drive, Birmingham, Alabama 35226, a response to the complaint which is herewith served upon you, within twenty (20) days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 7-18-06

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

CASE NO. __1:06cv595-SRW__

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____      _____
          **Date**           ***Authorized or Specially Appointed Process Server***

Costs of Service:    Service fee:                                                          $
                             Expenses: _____ miles @ _____ cents   $_____

                                                          TOTAL       $