IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 1:06-cv-595-SRW |
| ) | |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Dale Medical Center, pursuant to FRCP 7.1, states that it does not have any subsidiaries, conglomerates, affiliates or parent corporations. There is no publicly held corporation which owns 10 percent or more of the stock of Dale Medical Center.

This the 7th day of August, 2006.

Respectfully Submitted,

s/Jennifer L. Howard
Albert L. Vreeland, II ASB-0066-V78A
Jennifer L. Howard ASB-9511-O68J

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Alicia K. Haynes, Esq.
        Haynes & Haynes, P.C.
        1600 Woodmere Drive
        Birmingham, AL  35226

                      s/Jennifer L. Howard
                      OF COUNSEL

159518