IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES,           ) | |
| )  | |
| Plaintiff,           ) | |
| )  | CIVIL ACTION NUMBER: |
| v.                             ) | 1:06-cv-595-SRW |
| )  | |
| DALE COUNTY MEDICAL CENTER, ) | |
| )  | |
| Defendant.           ) | |

## REPORT OF PARTIES' PLANNING MEETING

COME NOW, the parties, and file with the Court the following Report of Parties' Planning Meeting pursuant to Federal Rule of Civil Procedure 26(f).

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 26, 2006, and the following counsel participated:

Alicia K. Haynes on behalf of Plaintiff, Deborah Hughes, and

Jennifer L. Howard on behalf of Defendant, Dale Medical Center.

2. Pre-Discovery Disclosures. The parties will exchange by September 29, 2006, the information required by Local Rule 26.1(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following plan:

a. Discovery will be needed on the following subjects: Plaintiff's claims, Defendant's defenses, and damages issues.

b. All discovery commenced in time to be completed by May 2, 2007.

c. Maximum of 25 interrogatories by each party to any other party. Responses due thirty (30) days after service.

d. Maximum of 25 requests for production by each party to any other party. Responses due thirty (30) days after service.

  e. Maximum of 25 requests for admission by each party to any other party. Responses due thirty (30) days after service.

  f. Maximum of seven depositions by Plaintiff and seven by Defendant.

  g. Supplementations under Rule 26(e) due thirty (30) days before the close of discovery.

4. Reports from retained experts under Rule 26(a)(2) due:

  from Plaintiff by January 30, 2007;

  from Defendant by February 28, 2007.

5. Other Items.

  a. The parties do not request a conference with the court before entry of the scheduling order.

  b. Plaintiff should be allowed until December 10, 2006, to join additional parties and until December 10, 2006, to amend the pleadings.

  c. Defendant should be allowed until January 10, 2007, to join additional parties and until January 10, 2007, to amend the pleadings.

  d. All potentially dispositive motions should be filed by April 2, 2007.

  e. Settlement cannot be realistically evaluated prior to close of discovery.

  f. The parties request a final pretrial conference in July 2007.

  g. Final lists of trial evidence and objections thereto under Rule 26(a)(3) will be due on dates as determined by the court:

from Plaintiff: witnesses by thirty (30) days prior to trial; exhibits by thirty (30) days prior to trial.

from Defendant: witnesses by thirty (30) days prior to trial; exhibits by thirty (30) days prior to trial.

    h.    The case should be ready for trial by August 2007 and at this time is expected to take approximately two to three days.

DATED this 27th day of September, 2006.

Respectfully Submitted,

s/Jennifer L. Howard
Albert L. Vreeland, II ASB-0066-V78A
Jennifer L. Howard ASB-9511-O68J

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

s/Alicia K. Haynes
Alicia K. Haynes

OF COUNSEL:
HAYNES & HAYNES, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226

160507