IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Deborah Hughes,                    )
                                   )
        Plaintiff(s),              )
                                   )
v.                                 )     CIVIL ACTION NO. 1:06-cv-595-SRW
                                   )
Dale County Medical Center,        )
                                   )
        Defendant(s).              )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

9/20/06                            _Jennifer Howard_
Date                               Signature

Dale Medical Center
Counsel For (**print** name of all parties)

Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945, Birmingham, AL 35202
Address, City, State Zip Code

(205) 323-8219
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101