IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_Deborah Hughes_,           )
                            )
Plaintiff(s),               )
                            )
v.                          )     CIVIL ACTION NO. _1:06-cv-595-SRW_
                            )
_Dale County Medical Center_)
                            )
Defendant(s).               )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_Sept. 24, 2006_           _Alicia K. Haynes_
Date                        Signature

                            _Deborah Hughes_
                            Counsel For (**print** name of all parties)

                            _1600 Woodmere Drive, Birmingham, AL 35226_
                            Address, City, State Zip Code

                            _205-879-0377_
                            Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101