**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DEBORAH HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **1:06-cv-595-SRW** |
| ) | |
| **DALE COUNTY MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Dale Medical Center, Defendant in the above-styled action, pursuant to Federal Rule of Civil Procedure 56, moves this Court to enter judgment in its favor with respect to all claims asserted by Plaintiff. Defendant avers that with respect to the foregoing motion, there is no genuine issue as to any material fact, and Defendant is entitled to summary judgment as a matter of law. The foregoing is based upon the pleadings, and the evidentiary submission and memorandum of law being filed concurrently herewith.

                Respectfully Submitted,

                s/Jennifer L. Howard
                Jennifer L. Howard ASB-9511-O68J

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
Phone: (205) 326-3002
Fax: (205) 326-3008
E-mail: jhoward@lehrmiddlebrooks.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Alicia K. Haynes, Esq.
      Haynes & Haynes, P.C.
      1600 Woodmere Drive
      Birmingham, AL  35226

      s/Jennifer L. Howard
      OF COUNSEL

178828