IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH HUGHES,**   )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>**DALE COUNTY MEDICAL CENTER,** )<br>)<br>Defendant.   ) | **CIVIL ACTION NUMBER:**<br>**1:06-cv-595-SRW** |

### DEFENDANT'S EVIDENTIARY SUBMISSION
### IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant, Dale Medical Center, submits the following evidence in support of its Motion for Summary Judgment filed simultaneously herewith:

A. Affidavit of Sheila Dunn and Exhibit A attached thereto;

B. Deposition Excerpts of Plaintiff, Deborah Hughes and exhibits attached thereto;

C. Deposition Excerpts of Sheila Dunn and exhibits attached thereto;

D. Deposition Excerpts of Vernon Johnson.

Respectfully Submitted,

s/Jennifer L. Howard
Albert L. Vreeland, II ASB-0066-V78A
Jennifer L. Howard ASB-9511-O68J

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Alicia K. Haynes, Esq.
        Haynes & Haynes, P.C.
        1600 Woodmere Drive
        Birmingham, AL 35226

        Respectfully submitted,

        s/Jennifer L. Howard
          Of Counsel

178731.doc