**EXHIBIT DX 2**

*Dale Medical Center*
100 Hospital Avenue
Ozark, Alabama 36360
*An Equal Opportunity Employer*

**DEFENDANT'S EXHIBIT** 
2

# Application for Employment
(Please print plainly)

| POSITION APPLIED FOR | THIS APPLICATION IS TO BE ACTIVE FOR A PERIOD OF THIRTY (30) DAYS ONLY. |
|---|---|
| Office Manager/Supervisor / Coding Clerk | |

All information will be treated confidentially. Please answer questions fully, failure to do so will void this application. The use of this application does not indicate there are any positions open, and does not in any way obligate this institution. If any question on this application is viewed by you as a violation of your Civil Rights, please consult with a member of the Personnel Staff. PLEASE PRINT YOUR NAME EXACTLY AS SHOWN ON YOUR SOCIAL SECURITY CARD.

| NAME Last | First | Middle Initial | SOCIAL SECURITY NO. |
|---|---|---|---|
| Hughes | Deborah | N | |

| PRESENT ADDRESS No. Street | City | State | Zip Code |
|---|---|---|---|
| Route 1 Box 249 | Brundidge | AL | 36010 |

| Home Telephone No. | Contact Telephone No. | DATE OF BIRTH (Optional) Mo. / Day / Year | The Age Discrimination in Employment Act of 1967 prohibits discrimination on the basis of age. |
|---|---|---|---|
| 334-735-2476 | 334-762-2702 | 09 / 08 / 56 | |

Can you provide proof, if hired, that you are eligible to work in the U.S.?  Yes ☒   No ☐

If your application is considered favorably, on what date will you be available for work?  09/01 1998

Shifts you can work:
- 1st (7 AM - 3 PM) ____
- 2nd (3 PM - 11 PM) ____
- 3rd (11 PM - 7 AM) ____
- Other: Office hours

Would you accept part-time work?  Yes ☐   No ☒
Would you accept temporary work?  Yes ☐   No ☒

Were you previously employed by us?  Yes ☐   No ☒   When _____

Do you have adequate means of transportation to get to work on time each day when called in on short notice? Yes ☒  No ☐

Review the Job Description for the Position for which you are applying. Do you meet the qualifications and have the ability to perform the essential job functions of this job? Yes ☒  No ☐  If no, please explain:

List any relatives working for us.
Name                                     Relationship

Have you been convicted of or plead guilty to any criminal felony offense within the past seven years?
Yes ☐   No ☒

Have you been released from confinement following a conviction for any criminal offense within the past seven years?
Yes ☐   No ☒

Are you presently charged with any felony violation of law?    Yes ☐     No ☒
If your response to any of the preceding three questions was "YES", give the date, place and nature of each such conviction or pending charge. (The existence of a conviction or pending charge will not necessarily preclude you from employment: the nature of the crime and its relationship to the position applied for, the degree of rehabilitation of the applicant and the time elapsed since the crime or release from confinement will all be considered.)

Form # 369 Employment Application

### RECORD OF EDUCATION

| TYPE OF SCHOOL | NAME AND ADDRESS OF SCHOOL | COURSE OF STUDY | MAJOR (Degree, Diploma, License) | DID YOU GRADUATE? WHEN? |
|---|---|---|---|---|
| HIGH SCHOOL (G.E.D.) | Ariton High School | General Subjects | | ☑ YES ☐ NO |
| COLLEGE | Wallace College | General Subject & Computer Science | | ☐ YES ☑ NO |
| SCHOOL OF NURSING | | | | ☐ YES ☐ NO |
| TECHNICAL SCHOOLS | | | | ☐ YES ☐ NO |
| OTHER (SPECIFY) | | | | ☐ YES ☐ NO |

### PROFESSIONAL LICENSES AND CERTIFICATIONS

| TYPE | LICENSE NO. | RENEWAL NO. | DATE ISSUED | STATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

### PRIOR EXPERIENCE AND SPECIALIZED SKILLS
Answer only those questions which apply

| | | |
|---|---|---|
| ____ RN | ____ Nursery | ____ Food Service |
| ____ LPN | ____ Emergency Room | ____ Data Processing |
| ____ Attendant | ____ Respiratory Therapy | ____ Clerical |
| ____ Critical Care | ____ Pharmacy | ____ Typing wpm ____ |
| ____ Operating Room | ____ Laboratory | ____ Maintenance |
| ____ Obstetrics | ____ Radiology | Other: ____ |

Dale Medical Center is an Equal Opportunity Employer. Federal Law prohibits discrimination in employment practices because of race, color, religion, sex, age, national origin, or disability. No question on this application is asked for the purpose of limiting or excluding any applicant's consideration for employment because of his or her race, color, religion, sex, age, national origin, or disability.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00112

List below, beginning with your most recent position, all employment. If more space is necessary, use additional sheet.

| NAME OF COMPANY: Ariton Medical Clinic | DATES OF EMPLOYMENT: FROM 12/74 TO 08/98 |
|---|---|
| ADDRESS OF COMPANY: P.O. Box 660 Ariton Al. 36311 | SALARY: BEGINNNING $3.25  ENDING $9.00 |
| YOUR JOB TITLE: Ins/Accounts Clerk | YOUR SUPERVISOR NAME —  TITLE — |
| YOUR PRIMARY DUTIES: All Insurance/Codings/Billing/filing/Records/Accounting/Computer operations | |
| REASON FOR LEAVING: Doctor Retiring | TELEPHONE NO. OF COMPANY (334) 762-2305 |

| NAME OF COMPANY: | DATES OF EMPLOYMENT: FROM   TO |
|---|---|
| ADDRESS OF COMPANY: | SALARY: BEGINNNING   ENDING |
| YOUR JOB TITLE: | YOUR SUPERVISOR NAME   TITLE |
| YOUR PRIMARY DUTIES: | |
| REASON FOR LEAVING: | TELEPHONE NO. OF COMPANY ( ) |

| NAME OF COMPANY: | DATES OF EMPLOYMENT: FROM   TO |
|---|---|
| ADDRESS OF COMPANY: | SALARY: BEGINNNING   ENDING |
| YOUR JOB TITLE: | YOUR SUPERVISOR NAME   TITLE |
| YOUR PRIMARY DUTIES: | |
| REASON FOR LEAVING: | TELEPHONE NO. OF COMPANY ( ) |

| NAME OF COMPANY: | DATES OF EMPLOYMENT: FROM   TO |
|---|---|
| ADDRESS OF COMPANY: | SALARY: BEGINNNING   ENDING |
| YOUR JOB TITLE: | YOUR SUPERVISOR NAME   TITLE |
| YOUR PRIMARY DUTIES: | |
| REASON FOR LEAVING: | TELEPHONE NO. OF COMPANY ( ) |

| NAME OF COMPANY: | DATES OF EMPLOYMENT: FROM   TO |
|---|---|
| ADDRESS OF COMPANY: | SALARY: BEGINNNING   ENDING |
| YOUR JOB TITLE: | YOUR SUPERVISOR NAME   TITLE |
| YOUR PRIMARY DUTIES: | |
| REASON FOR LEAVING: | TELEPHONE NO. OF COMPANY ( ) |

May we contact the employers listed above? ☑ Yes  ☐ No.

If not, indicate below which one(s) you do not wish us to contact: _____

If employed under a name other than your present name, please indicate name(s) and employer(s) _____

Have you ever been discharged from a job or forced or asked to resign?  Yes ☐   No ☑
If yes, explain _____
_____

Have you ever received any type of discipline, either oral or written, for violation of a prior employer's safety rules, policies or procedures?   Yes ☐   No ☑   If yes, explain _____

_____
_____

## CERTIFICATION OF APPLICANT

I hereby certify that all information given by me in this application is true in all aspects. I agree that if I am employed and the information is found to be false in any respect, I will be subject to dismissal without notice any time. I further certify and agree to abide by and comply with all of the rules and policies of Dale Medical Center.

Upon signing I further agree/understand:

I understand that the Hospital reserves the right to require its employees to submit to blood tests, urinalysis or breathalyzer tests for alcohol or drugs, or to allow inspection of bags or parcels (including purses, briefcases and lunch boxes) brought into or taken out of the plant. I understand that refusal to submit to a breathalyzer test, urinalysis, blood test or search when requested to do so, may result in termination of my employment.

That any employee handbook which I may receive will not constitute an employment contract, but will be merely a gratuitous statement of the Hospital's current policies.

I understand and agree that if I am offered employment by the Hospital, my employment will be for no definite term and that either I, or the Hospital, will have the right to terminate the employment relationship at any time, with or without cause, and with or without notice and that this relationship can only be modified in writing and signed by the Administrator.

To work as scheduled (weekends/holidays, scheduled or unscheduled overtime).

To placement on other than initial work shift and/or work unit at the discretion of the employer.

That employment does not become effective until all personal data is verified and is acceptable to the employer and I have satisfactorily completed my initial period of employment and my pre-employment physical examination.

I hereby authorize my former employers to release information pertaining to my work record, my work habits and my work performance while in their employ. I release from liability all persons and former employers who furnish any information to Dale Medical Center in good faith and without malice.

_Deborah A. Hughes_ _____   08/06/98 _____
APPLICANT'S SIGNATURE                          DATE

| FOR   PERSONNEL   USE   ONLY (To be completed by Department Head) ||||
|---|---|---|---|
| POSITION  Office Coordinator ||| DEPARTMENT  Heiton Family Med Clinic |
| HIRE DATE  8-1-98 | STATUS  FT || SALARY (BASE)  9.00 |

ale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00114