**EXHIBIT DX 3**



## ACKNOWLEDGMENT

I hereby acknowledge that I have received a copy of the Employee Handbook and agree that I will read and become familiar with its contents. I understand that neither the employee handbook in its entirety or any specific section of the handbook or policy constitutes an employment contract. I understand and agree that the terms of the handbook may be changed by the hospital, as it deems necessary. I also acknowledge that I am terminable at will, which means that I am employed for no specific duration and that the hospital or I may terminate the employment relationship with or without cause.

_____
Employee Signature

Debbie Hughes
Employee Name (Printed)

05/19/04
Date

Azta Medical Clinic
Department

ale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant          D00068