# EXHIBIT EXCERPTS OF DX 4



# Dale Medical Center

## "Your Life is our Life's Work"

DEFENDANT'S
EXHIBIT

4

# EMPLOYEE

# HANDBOOK

## Section 1
## General Employment Information

### 1.1 Equal Employment Employer

As an employer Dale Medical Center will not discriminate or permit discrimination against people because of race, color, religion, national origin, sex, age, disabilities, citizenship status, or any other condition protected by law. This includes the behavior of peers, superiors, subordinates, physicians, patients, patient family members, and visitors to the premises. Conduct in violation of this policy by an employee may result in disciplinary action up to and including termination. An employee who has a complaint or concern relating to this policy should report such conduct to his/her supervisor, the Director of Human Resources, the Corporate Compliance Officer, or the Hospital Administrator.

### 1.2 Harassment Policy

This policy applies to each and every employee at Dale Medical Center, both management and non-management. It is hospital policy that all employees have a right to work in an environment free of discrimination, which encompasses freedom from any form of harassment. The hospital prohibits harassment of its employees based on race, sex, color, religion, national origin, age, disability, veteran status, citizenship status, or any other factor resulting in abusive, taunting, demeaning or harassing behavior. This includes the behavior of peers, superiors, subordinates, physicians, patients, patient family members, and visitors to the premises. Such conduct by an employee may result in disciplinary action up to and including termination.

Although it is not the only type prohibited, the most common form of harassment relates to sexual harassment. Specifically, no supervisor may threaten or insinuate, either explicitly or implicitly, that an employee's submission to or rejection of sexual advances will in any way influence any personnel decision regarding that employee's employment, evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development.

Other sexually harassing conduct in the workplace, whether physical or verbal, committed by supervisors, non-supervisory personnel, visitors or customers is also

1

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00163

prohibited.    This includes: repeated offensive sexual flirtations; advances, propositions; continual or repeated verbal abuse of a sexual nature; graphic verbal commentaries about an individual's appearance; sexually degrading words used to describe an individual; and the display in the workplace of sexually suggestive objects or pictures.

An employee who has a complaint or concern relating to sexual harassment, or any other form of harassment, abusive, taunting or demeaning behavior must report such conduct to the Director of Human Resources, the Corporate Compliance Officer, the Hospital Administrator or the Chairman of the Personnel Committee, including concerns about possible harassment from non-employees.    An employee should report the behavior or concern even if the behavior complained about is not directed toward the employee who reports it.  To the fullest extent possible and subject to its commitment to completely investigate matters about which it becomes aware, the hospital will take appropriate steps to ensure confidentiality of those who report harassment as well as those who participate in or cooperate with an investigation.  The hospital will respond to complaints or concerns promptly, and take remedial action, where appropriate.

The hospital takes very seriously its prohibition against harassment.  It is also a violation of policy for anyone to retaliate, threaten, or seek any type of reprisal against an individual who reports harassment or who participates or cooperates in an investigation regarding harassment.  If an employee believes that reprisal, intimidation, or retaliation has occurred, report that to the supervisor, the Human Resources Director, the Corporate Compliance Officer, the Hospital Administrator or Chairman of the Personnel Committee.

**1.3 Workplace Violence Policy**
Dale Medical Center has a policy of zero-tolerance for workplace violence, verbal and non-verbal threats, and related actions.    DMC places as much emphasis on employee safety as it does for its patients and customers. This policy applies to all employees, managers, supervisors, vendors, contractors, and visitors. Employees are required to report all assaults or threats to a supervisor, Human

2

taxes. Deductions may be authorized for retirement contributions, credit union deposits, hospital accounts, health/life/dental insurance, Christmas Club, and other authorized benefit plans.

## 2.11 Garnishments

If any employee is garnished, garnishment will be handled in accordance with applicable state and federal laws. Processing/handling fees as permitted by law may be assessed. Employees who are served with more than two (2) garnishments in a 12-month period may be subject to disciplinary action up to and including termination.

## 2.12 Salary Advance

It is not possible for Dale Medical Center to make payments to employees in advance of the regularly scheduled paydays.

## 2.13 Attendance

It is expected that each employee of the hospital be prompt and work as scheduled. Chronic tardiness for work and absenteeism, regardless of cause, places an undue hardship on other employees and detracts from the quality of patient care. It is required that you notify your supervisor of any intended absence. This advance notice will permit arrangements for sufficient staff to carry out patient care functions and other operational requirements of the hospital. Failure to notify your supervisor of your intended absence immediately may result in the absence being recorded as unexcused. Do **NOT** leave word with another employee or with the switchboard operator. Accrued sick time is a benefit and may **only** be utilized in the event of the employee's illness. Employees who are absent because of illness should advise their supervisor daily of their status and estimated date of return to work. Employees who are absent from work for three (3) consecutive days without notifying their supervisor will be considered to have abandoned their jobs and will be removed from the payroll. **Excessive absenteeism shall be defined as having more than 5 periods of absence other than authorized leave during any 12-month period.** A period of absence is from the last day worked to the first day returned to work. Excessive absenteeism may be sufficient grounds for termination. Each case will be determined on its own merit

10

according to applicable state and federal regulations, consistent with hospital policy. Chronic and excessive tardiness is considered to be a self-imposed problem and will not be condoned. Tardiness shall be defined as clocking in past the designated time to clock into work. Excessive tardiness shall be defined as follows:

> 3 consecutive days
> 5 times in any 30-day period
> 12 times in any 12-month period

Employees who are excessively tardy or absent may receive disciplinary action at the discretion of supervisor and/or department manager.

## 2.14 Absence During Working Hours

During regular working hours employees are not permitted to leave the hospital for personal reasons without proper authorization from supervisor. Employees are *REQUIRED* to clock out when leaving during the workday and clock in upon return. Any employee in violation of this policy may be subject to disciplinary action up to and including termination.

## 2.15 Days Off

Because the hospital operates permanently on a seven-day basis, most hospital workers must expect some weekend and holiday duty. In those departments where weekend and holiday coverage is necessary, it is Dale Medical Center's policy that those duty assignments be shared by all members of the regular staff--both full and part time.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00173

holiday. Such employees will receive regular rate of pay. Part-time, temporary and/or contract employees will not be paid for holidays, unless they are required to work on the holiday. Such employees will receive regular rate of pay. It will be the responsibility of the department head to make sure there is adequate coverage for the department on a holiday.

### 4.10 FMLA Leave, Extended Parental Leave, Educational Leave

**FMLA Leave:** Leave which fulfills the requirements of the Family and Medical Leave Act of 1993 for up to 12 weeks of unpaid, job-protected leave, on a rolling backward 12-month period basis under the following circumstances:

a. Serious health condition of the employee.

b. birth of employee's child, adoption or placement of a foster child (if both parents are employed at Dale Medical Center, leave will be limited to a combined 12 week period). Leave must conclude within 12 months after the birth or placement for adoption or foster care.

c. when the employee's child, spouse or parent has a serious health condition that makes it necessary for the employee to provide care. Leave to care for family member is limited to time employee's presence is necessary. For purposes of this policy a serious health condition is defined as either (1) incapacity or treatment connected with inpatient care; (2) continuing treatment by a health care provider; (3) incapacity due to pregnancy; (4) incapacity or treatment due to a chronic serious health condition; (5) incapacity that is permanent or long term due to a condition for which treatment may not be effective; and (6) absences related to multiple treatments either for restorative surgery after an accident or injury or for a condition that would cause an incapacity if the treatment was not provided. A serious health condition does not include minor illnesses or medical procedures, where the treatment and recovery are brief, and are normally handled as part of an incidental sickness or absence. It may include a job-related injury.

Employees should provide the hospital with at least 30 days advance notice if the leave is due to the birth or adoption of a child and as soon as possible in the event the leave is due

31

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00193

to a serious health condition. In the event the leave is due to a serious health condition, the hospital may request medical certification of the serious health condition. In the event the serious health condition involves a child, parent, or spouse, certification that the employee is needed to care for that family member is required. Failure to comply with the certification requirement of the serious health condition may result in the denial of the leave request. Employees must provide certification no later than 15 days after requested. Additionally, thirty days thereafter, the hospital may request additional certification. While the employee is out on leave, the employee is expected to remain in contact with the hospital regarding duration of the leave and anticipated date of return to work. In addition, the following shall be policy in regard to FMLA leave:

a. The employee will be required to use accrued paid leave before using unpaid leave. Paid leave will be counted against the employee's 12-week entitlement.

b. To be eligible, an employee must have been employed at least 12 months and worked at least 1,250 hours during the 12-month period immediately preceding leave request.

c. Group health insurance shall be maintained as set out in paragraph 4.2 above.

d. Vacation and sick leave do not accrue during the unpaid portion of leave of absence.

e. Employees are not entitled to any holiday pay which falls within unpaid leave periods.

**Extended Parental Leave:** After a person has exhausted their 12 weeks leave under FMLA Leave they may apply, in writing, for an additional 12 weeks of unpaid leave for the birth or adoption of a child. However, reemployment is not guaranteed beyond FMLA Leave and employee must assume responsibility for total premium to continue group health insurance. Employees who are unable or fail to return to work following the end of the FMLA Leave, or if granted the extended leave, will be automatically removed from the payroll.

32

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant