**EXHIBIT DX 6**

**DEFENDANT'S EXHIBIT 6**

# Aventis Pasteur
# ❊ Aventis

**INVOICE**

Remit To:
Aventis Pasteur
12458 Collections Center Dr.
Chicago, IL 60693

| Invoice Date | Customer # | Invoice # | Order Date |
|---|---|---|---|
| 10/23/2004 | 70028578 | 92654768 | 08/24/2004 |
| $24,990.00 | | | $25,500.00 |

Amount Paid $ _____

**Bill To: 70028578**

Ariton Medical Clinic PA
PO Box 510
ARITON AL 36311

**Ship To: 70028578**

Ariton Medical Clinic PA
37 W Main ST
ARITON AL 36311-0188

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT TO ENSURE PROPER CREDIT

Aventis Pasteur: For inquiries, please call 1-800-VACCINE (1-800-822-2463) 8AM-8PM ET, Mon-Fri or visit us at www.VaccineShoppe.com

| Order # | PO # | Ship Via | | Package | of |
|---|---|---|---|---|---|
| 802511735 | 2313062 | 2 Day UPS Grd | | 00001 | 1 of 1 |

| Customer # | Ordered By | | | Order Date | Invoice # |
|---|---|---|---|---|---|
| 70028578 | Debbie | | | 08/24/2004 | 92654768 |

| Item # | Qty | UOM | Description | Unit Price | Price | Amount |
|---|---|---|---|---|---|---|
| 374-15 | 300 | PAC | FLUZONE SV 2004-2005 10 DOSE NON-RETURNABLE | 85.00 | 85.00 | 25,500.00 |
| Lot# U1410BA | | | | | | |

*[signature] LDunn 9/2/04*
*RECEIVED SEP 0 2 2004*
*ENTERED SEP...2004*

| | Subtotal of Items | 25,500.00 |
|---|---|---|

Save time on-line at www.VaccineShoppe.com.
It's click and easy!

**Invoice Summary**
Subtotal of Products ............................... 25,500.00
Net Subject to Prompt Pay Discount ............... 25,500.00
Amount Due On or After 10/24/2004 ................ 25,500.00
Prompt Pay Discount .............................. 510.00 -
Amount Due if Paid by 10/23/2004 ................. 24,990.00

*Prices are net of all discounts, except VaccineShoppe.com and prompt pay discounts (if any), listed in the Invoice Summary. As part of the cost reporting process or otherwise, Purchaser may be required to disclose discounts, or rebates pursuant to 42 U.S.C. 1320a-7b (b) (3) (A), 42 C.F.R. 1001.952(h) (1), other federal or state laws, or agreements with other payers.

Please call within 48 hours of receipt if discrepancies are noted.

| Amount Due | 25,500.00 |
|---|---|