**EXHIBIT DX 7**

SURGERY            205 250 6580            01/12 '05  :20 NO.701  01/01

**DEFENDANT'S EXHIBIT**

7

# NORWOOD Clinic

Neurosurgery Department
1528 Carraway Boulevard
Birmingham, Alabama 35234
(205) 250-9000
Neurosurgery: (205) 250-6605

Fax# 334-762-2432

Name of Employee: Deborah F. Hughes       Name of Employer: _____

Date of injury: _____             Date of this visit: __/__/05

Diagnosis: _____

Return to limited work, date: 2/7/05    Avoid: OK to work ½ day (4 hours)

Return to regular work, date: _____   Next appointment: _____

Remarks: _____

Signed: _Robert Q. [signature]_ MD        PLEASE TURN IN TO EMPLOYER

NS-0002

le Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00004