# EXHIBIT DX 8

Attn: Debbie
Fax # (334) 762-2433

**NORWOOD Clinic**
Neurosurgery Department
1528 Carraway Boulevard
Birmingham, Alabama 35234
(205) 250-6000
Neurosurgery: (205) 250-6805

Name of Employee: **Deborah F. Hughes**  Name of Employer: _____

Date of Injury: _____  Date ~~of this visit~~: **2/18/05**

Diagnosis: _____

Return to limited work, date: _____  Avoid: _____

Return to regular work, date: **2/21/05**  Next appointment date: _____

Remarks: **OK to Return to Full Time**

Signed: _____ MD   PLEASE TURN IN TO EMPLOYER

NS-0002

**DEFENDANT'S EXHIBIT**
8

le Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00005