**EXHIBIT PX 11**

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                    PAGE  1
     TIME: 09:55                  T&A TIME REPORT          (Selected Employee)           T2TIMEREP
                                  For Period: 11/11/04 - 11/24/04

DEBORAH HUGHES           Dept: 083   Job:        FTE: 1.00        ********* TERMINATED *********
00399  FT  OT: .00/40.00 N    Meal: .50     Total  Meal -------- Productive -------- --- Productive Overtime ---   Non-
 Date    Code   Tm/Br/$ Dept Job .. .. .. .. Hours  Dedn     1     2     3    Other    1     2     3    Other     Prod
Th 11/11  In -8  07:57  083
          Out    16:45                        8.75   .50   8.25
Fr 11/12  In -8  07:57  083
          Out    12:25                        4.50   .00   4.50
Mo 11/15  In -8  07:58  083
          Out    17:43                        9.75   .50   9.25
Tu 11/16  In -8  07:56  083
          Out    16:43                        8.75   .50   8.25
We 11/17  In -8  07:55  083
          Out    17:06                        9.00   .50   8.50
Th 11/18  In -8  07:56  083
          Out    16:32                        8.50   .50   8.00
Fr 11/19  In -8  07:58  083
          Out    12:02                        4.00   .00   4.00
Mo 11/22  In -8  07:57  083
          Out    17:01                        9.00   .50   8.50
Tu 11/23  In -8  07:59  083
          Out    16:46                        8.75   .50   8.25
We 11/24  In -8  07:57  083
          Out    13:28                        5.50   .00   5.50
          In -8  14:08  083
          Out    15:42                        1.50   .00   1.50
                        Total Clck Hours:    78.00  3.50  74.50   .00   .00   .00    .00   .00   .00    .00    .00
                             Paid Hours:    74.50
```



Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00009

```
RUN DATE: 08/07/06              DALE MEDICAL CENTER                                    PAGE    1
    TIME: 09:53                 T&A TIME REPORT            (Selected Employee)         72TIME2EP
                                For Period: 11/25/04 - 12/08/04


DEBORAH HUGHES           Dept: 083   Job:       FTE: 1.00       ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50    Total   Meal -------- Productive --------- --- Productive Overtime ---  Non-
 Date   Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours   Dedn    1     2     3    Other    1     2     3    Other    Prod
 Th 11/25 PCd:H  8.00  083                                                                                          8.00
 Tu 11/30 In -8 07:58  083
          Out   17:37                    9.50    .50   9.00
 We 12/01 PCd:V  8.00  083                                                                                          8.00
 Fr 12/03 PCd:S  8.00  083                                                                                          8.00
 Mo 12/06 In -8 07:56  083
          Out   16:38                    8.75    .50   8.25
 Tu 12/07 In -8 08:00  083
          Out   16:13                    8.25    .50   7.75
 We 12/08 In -8 07:54  083
          Out   17:18                    9.25    .50   8.75
                        Total Clck Hours: 35.75  2.00  33.75   .00   .00   .00   .00    .00   .00   .00   .00     24.00
                              Paid Hours: 57.75
 Other Totals: H:    8.00 V:   8.00 S:    8.00
```

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                              PAGE   1
   TIME: 09:55                    T&A TIME REPORT         (Selected Employee)     T2TIMEREP
                                  For Period: 12/09/04 - 12/22/04
```

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEBORAH HUGHES | | | Dept: 083 Job: | | FTE: 1.00 | | ********* TERMINATED ********* | | | | | | | |
| 00399 FT OT: .00/40.00 W | | | Meal: .50 | | Total | Meal | --------- Productive --------- | | | --- Productive Overtime --- | | | | Non- |
| Date | Code | Tm/Hr/$ | Dept | Job | Hours | Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Prod |
| Th 12/09 In -8 | | 07:54 | 083 | | | | | | | | | | | |
| Out | | 17:07 | | | 9.00 | .50 | 8.50 | | | | | | | |
| Mo 12/13 In -8 | | 07:58 | 083 | | | | | | | | | | | |
| Out | | 12:32 | | | 4.50 | .00 | 4.50 | | | | | | | | |
| | | | | | | | | | | | | | | 8.00 |
| We 12/15 PCd:S | | 8.00 | 083 | | | | | | | | | | | |
| Th 12/16 In -8 | | 07:58 | 083 | | | | | | | | | | | |
| Out | | 16:29 | | | 8.50 | .50 | 8.00 | | | | | | | |
| Fr 12/17 In -8 | | 07:54 | 083 | | | | | | | | | | | |
| Out | | 11:45 | | | 3.75 | .00 | 3.75 | | | | | | | |
| Mo 12/20 In -8 | | 07:56 | 083 | | | | | | | | | | | |
| Out | | 16:55 | | | 9.00 | .50 | 8.50 | | | | | | | |
| Tu 12/21 In -8 | | 07:54 | 083 | | | | | | | | | | | |
| Out | | 17:01 | | | 9.00 | .50 | 8.50 | | | | | | | |
| We 12/22 In -8 | | 07:59 | 083 | | | | | | | | | | | |
| Out | | 16:00 | | | 8.00 | .50 | 7.50 | | | | | | | |
| | | | Total Clck Hours: | | 51.75 | 2.50 | 49.25 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 8.00 |
| | | | Paid Hours: | | 57.25 | | | | | | | | | |

Other Totals: S:    8.00

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                    PAGE  1
     TIME: 09:55                  T&A TIME REPORT            (Selected Employee)         T2TIMEREP
                                  For Period: 12/23/04 - 01/05/05
```

DEBORAH HUGHES           Dept: 083   Job:     FTE: 1.00        ********* TERMINATED *********
00399  FT  OT: .00/40.00 N   Meal: .50       Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date     Code    Tm/Hr/$ Dept Job .. .. .. .. .. Hours   Dedn    1     2     3    Other    1     2     3    Other    Prod

| Date | Code | Tm/Hr/$ | Dept | Total Hours | Meal Dedn | Prod 1 | Prod 2 | Prod 3 | Prod Other | OT 1 | OT 2 | OT 3 | OT Other | Non-Prod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Th 12/23 | In -8 | 07:53 | 083 | | | | | | | | | | | |
| | Out | 11:42 | | 3.75 | .00 | 3.75 | | | | | | | | |
| Fr 12/24 | PCd:H | 8.00 | 083 | | | | | | | | | | | 8.00 |
| Mo 12/27 | In -8 | 07:56 | 083 | | | | | | | | | | | |
| | Out | 16:28 | | 8.50 | .50 | 8.00 | | | | | | | | |
| Tu 12/28 | In -8 | 07:58 | 083 | | | | | | | | | | | |
| | Out | 16:32 | | 8.50 | .50 | 8.00 | | | | | | | | |
| We 12/29 | In -8 | 07:58 | 083 | | | | | | | | | | | |
| | Out | 17:07 | | 9.00 | .50 | 8.50 | | | | | | | | |
| Th 12/30 | In -8 | 07:55 | 083 | | | | | | | | | | | |
| | Out | 12:36 | | 4.50 | .00 | 4.50 | | | | | | | | 8.00 |
| Fr 12/31 | PCd:H | 8.00 | 083 | | | | | | | | | | | 8.00 |
| Mo 01/03 | PCd:S | 8.00 | 083 | | | | | | | | | | | 8.00 |
| Tu 01/04 | PCd:S | 8.00 | 083 | | | | | | | | | | | 8.00 |
| We 01/05 | PCd:S | 8.00 | 083 | | | | | | | | | | | 8.00 |
| | | Total Clck Hours: | | 34.25 | 1.50 | 32.75 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 40.00 |
| | | Paid Hours: | | 72.75 | | | | | | | | | | |

Other Totals: H: 16.00   S: 24.00

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                                    D00012

```
RUN DATE: 08/07/06              DALE MEDICAL CENTER                                              PAGE  1
    TIME: 09:55                 T&A TIME REPORT            (Selected Employee)                   T2TIMEREP
                                For Period: 01/06/05 - 01/19/05
```

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEBORAH HUGHES | | | Dept: 083 Job: | | FTE: 1.00 | | ******** TERMINATED ******** | | | | | | | |
| 00399 FT OT: .00/40.00 W  Meal: .50 | | | | | Total | Meal | --------- Productive --------- | | | | --- Productive Overtime --- | | | Non- |
| Date | Code | Tm/Hr/$ | Dept | Job........ | Hours | Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Prod |
| Th 01/06 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| Mo 01/10 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| Tu 01/11 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| We 01/12 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| Th 01/13 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| Mo 01/17 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| Tu 01/18 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| We 01/19 PCd:S | 8.00 | 083 | | | | | | | | | | | | | 8.00 |
| | | | Total Clck Hours: | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 64.00 |
| | | | Paid Hours: | | 64.00 | | | | | | | | | | |

Other Totals: S:  64.00

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                    PAGE   1
TIME: 09:55                       T&A TIME REPORT            (Selected Employee)         T2TIMEREP
                                  For Period: 01/20/05 - 02/02/05

                                                           ********* TERMINATED *********
DEBORAH HUGHES         Dept: 083  Job:      FTE: 1.00
00399  FT  OT: .00/40.00 W   Meal: .50   Total   Meal  --------- Productive --------- --- Productive Overtime ---   Non-
 Date    Code  Tm/Hr/$ Dept Job ........  Hours  Dedn     1      2      3     Other    1      2      3     Other    Prod
 Th 01/20 PCd:S  8.00  083                                                                                          8.00
 Mo 01/24 PCd:S  8.00  083                                                                                          8.00
 Tu 01/25 PCd:S  8.00  083                                                                                          8.00
 We 01/26 PCd:S  8.00  083                                                                                          8.00
 Th 01/27 PCd:S  8.00  083                                                                                          8.00
 Mo 01/31 PCd:S  8.00  083                                                                                          8.00
 Tu 02/01 PCd:S  8.00  083                                                                                          8.00
 We 02/02 PCd:S  8.00  083                                                                                          8.00
                         Total Clck Hours:   .00    .00   .00    .00    .00    .00    .00    .00    .00    .00    64.00
                             Paid Hours:   64.00

Other Totals: S:   64.00
```

```
RUN DATE: 08/07/06              DALE MEDICAL CENTER                                    PAGE  1
   TIME: 09:55                  T&A TIME REPORT            (Selected Employees)        T2TIMEREP
                                For Period: 02/03/05 - 02/16/05


DEBORAH HUGHES          Dept: 083  Job:     FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50    Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn    1      2     3    Other    1     2     3    Other       Prod
 Th 02/03 PCd:S  8.00  083                                                                                           8.00
 Mo 02/07 In -8  07:58 083
          Out    11:59                       4.00   .00   4.00
          PCd:S  4.00  083                                                                                           4.00
 Tu 02/08 In -8  07:58 083
          Out    12:00                       4.00   .00   4.00
          PCd:S  4.00  083                                                                                           4.00
 We 02/09 In -8  07:58 083
          Out    12:00                       4.00   .00   4.00
          PCd:S  4.00  083                                                                                           4.00
 Th 02/10 In -8  08:04 083
          Out    12:19                       4.25   .00   4.25
          PCd:S  4.00  083                                                                                           4.00
 Fr 02/11 In -8  08:01 083
          Out    11:32                       3.50   .00   3.50
 Mo 02/14 In -8  11:54 083
          Out    16:18                       4.25   .00   4.25
          PCd:S  4.00  083                                                                                           4.00
 Tu 02/15 In -8  11:58 083
          Out    16:13                       4.25   .00   4.25
          PCd:S  4.00  083                                                                                           4.00
 We 02/16 In -8  11:57 083
          Out    16:31                       4.50   .00   4.50
          PCd:S  4.00  083                                                                                           4.00
                        Total Clck Hours:   32.75   .00  32.75   .00    .00    .00     .00   .00   .00   .00        36.00
                             Paid Hours:   68.75

Other Totals: S:  36.00
```

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                        PAGE   1
    TIME: 09:55                   T&A TIME REPORT            (Selected Employee)             T2TIMEREP
                                  For Period: 02/17/05 - 03/02/05

DEBORAH HUGHES           Dept: 083   Job:     FTE: 1.00          ********* TERMINATED *********
00399  FT  OT: .00/40.00 W   Meal: .50   Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date   Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn   1    2    3    Other   1    2    3    Other        Prod
 Th 02/17 In -8  11:52  083
          Out    16:11                   4.50   .00   4.50
          PCd:S   4.00  083                                                                                       4.00
 Fr 02/18 In -8  07:57  083
          Out    12:23                   4.50   .00   4.50
 Mo 02/21 In -8  08:00  083
          Out    16:07                   8.00   .50   7.50
 Tu 02/22 In -8  07:56  083
          Out    16:58                   9.00   .50   8.50
 We 02/23 In -8  07:58  083
          Out    16:29                   8.50   .50   8.00
 Th 02/24 In -8  07:58  083
          Out    16:14                   8.25   .50   7.75
 Fr 02/25 In -8  07:58  083
          Out    10:40                   2.75   .00   2.75
 Mo 02/28 In -8  07:57  083
          Out    16:30                   8.50   .50   8.00
 Tu 03/01 In -8  07:58  083
          Out    16:00                   8.00   .50   7.50
 We 03/02 In -8  07:55  083
          Out    16:20                   8.25   .50   7.75
                        Total Clck Hours: 70.25 3.50  66.75  .00  .00  .00   .00  .00  .00   .00   4.00
                             Paid Hours: 70.75

Other Totals: S:   4.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00016

```
RUN DATE: 08/07/06            DALE MEDICAL CENTER                                    PAGE    1
   TIME: 99:55                T&A TIME REPORT              (Selected Employee)       T2TIMEREP
                              For Period: 03/03/05 - 03/16/05


DEBORAH HUGHES              Dept: 083  Job:       FTE: 1.00         ********* TERMINATED *********
00399  FT  OT: .00/40.00 W  Meal: .50             Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
   Date   Code  Tm/Hr/$ Dept Job .. .. .. .. ..   Hours  Dedn    1       2       3    Other    1      2      3    Other   Prod
 Th 03/03 In -8  07:57  083
          Out    15:52                             7.75   .50   7.25
 Fr 03/04 In -8  08:00  083
          Out    10:47                             2.75   .00   2.75
 Mo 03/07 In -8  07:57  083
          Out    16:48                             8.75   .50   8.25
 Tu 03/08 In -8  07:59  083
          Out    16:59                             9.00   .50   8.50
                                                                                                                           8.00
 Th 03/10 PCd:V  -8.00  083
 Mo 03/14 In -8  07:58  083
          Out    16:56                             9.00   .50   8.50
 Tu 03/15 In -8  07:58  083
          Out    17:04                             9.00   .50   8.50
 We 03/16 In -8  07:56  083
          Out    16:17                             8.25   .50   7.75
                         Total Clck Hours:        54.50  3.00  51.50   .00    .00    .00    .00   .00    .00    .00        8.00
                               Paid Hours:        59.50

Other Totals: V:    8.00
```

```
RUN DATE: 08/07/06                 DALE MEDICAL CENTER                                    PAGE  1
    TIME: 09:55                    T&A TIME REPORT           (Selected Employee)          T2TIMEREP
                                   For Period: 03/17/05 - 03/30/05

DEBORAH HUGHES            Dept: 083   Job:      FTE: 1.00       ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50   Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date       Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn    1      2      3    Other   1      2      3   Other  Prod
Th 03/17 In -8   07:58   083
         Out     16:01                    8.00    .50   7.50
Fr 03/18 PCd:V    4.00   083                                                                                          4.00
Mo 03/21 In -8   07:57   083
         Out     15:52                    7.75    .50   7.25
Tu 03/22 In -8   07:56   083
         Out     13:51                    5.75    .00   5.75
We 03/23 In -8   07:57   083
         Out     17:13                    9.25    .50   8.75
Th 03/24 In -8   08:00   083
         Out     16:43                    8.75    .50   8.25
Fr 03/25 PCd:V    8.00   083                                                                                          8.00
Mo 03/28 In -8   07:57   083
         Out     16:34                    8.50    .50   8.00
Tu 03/29 In -8   07:55   083
         Out     15:49                    7.75    .50   7.25
We 03/30 In -8   07:55   083
         Out     15:49                    7.75    .50   7.25
                      Total Clck Hours:  63.50   3.50  60.00   .00    .00    .00    .00    .00    .00    .00  12.00
                          Paid Hours:   72.00

Other Totals:     12.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                               D00018

```
RUN DATE: 08/07/06              DALE MEDICAL CENTER                                              PAGE   1
   TIME: 09:55                  T&A TIME REPORT              (Selected Employee)                 T2TIMEREP
                                For Period: 03/31/05 - 04/13/05


DEBORAH HUGHES              Dept: 083  Job:      FTE: 1.00        ********* TERMINATED *********
06399 PT   OT:  .00/40.00 W   Meal: .50      Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date   Code  Tm/Hr/$ Dept Job .. .. .. ..  Hours  Dedn     1        2        3   Other      1      2      3    Other  Prod
 Th 03/31 In -8  13:31  083
          Out    15:23                        2.00   .00   2.00
          PCd:V   4.00  083                                                                                              4.00
 Fr 04/01 In -8  07:56  083
          Out    12:09                        4.25   .00   4.25
 Mo 04/04 In -8  08:00  083
          Out    17:27                        9.50   .50   9.00
 Tu 04/05 In -8  07:58  083
          Out    16:29                        8.50   .50   8.00
 We 04/06 In -8  07:56  083
          Out    15:59                        8.00   .50   7.50
 Th 04/07 In -8  07:58  083
          Out    09:03                        1.00   .00   1.00
 Fr 04/08 In -8  07:59  083
          Out    11:09                        3.25   .00   3.25
                                                                                                                         8.00
 We 04/13 PCd:S  8.00   083
                      Total Clck Hours:      36.50  1.50  35.00    .00      .00      .00     .00    .00    .00   .00   12.00
                          Paid Hours:        47.00

 Other Totals: V:   4.00  S:   8.00
```

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                      PAGE   1
   TIME: 09:55                    T&A TIME REPORT          (Selected Employee)             T2TIMEREP
                                  For Period: 04/14/05 - 04/27/05


DEBORAH HUGHES           Dept: 083   Job:      FTE: 1.00         ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50   Total   Meal --------- Productive --------- --- Productive Overtime ---    Non-
 Date      Code   Tm/Hr/$ Dept Job .. .. .. .. ..  Hours   Dedn    1     2     3    Other    1     2     3    Other   Prod
 Th 04/14  PCd:S    8.00  083                                                                                         8.00
 Fr 04/15  PCd:S    4.00  083                                                                                         4.00
 Mo 04/18  In -8   08:02  083
           Out     16:21                            8.25   .50    7.75
 Tu 04/19  In -8   07:56  083
           Out     15:52                            7.75   .50    7.25
 We 04/20  In -8   07:57  083
           Out     16:30                            8.50   .50    8.00
 Th 04/21  PCd:V   51.44  083                                                                                        51.44
           PCd:I   80.00  083                      80.00          40.00                     40.00
                         Total Clck Hours:        104.50  1.50   63.00   .00   .00   .00   40.00   .00   .00   .00   63.44
                                Paid Hours:       166.44
Other Totals: S:   12.00  V:   51.44
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00020