**EXHIBIT PX 12**

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE  1
     TIME: 16:27               T&A TIME REPORT        (Selected Employee)        T2TIMEREP
                               For Period: 04/01/04 - 04/14/04
```

```
DEBORAH HUGHES           Dept: 083  Job:       FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50    Total   Meal --------- Productive --------- --- Productive Overtime --- Non-
 Date    Code   Tm/Br/$ Dept Job ... .. .. ... Hours   Dedn   1     2     3    Other  1     2     3    Other   Prod
```

| Date | Code | Tm/Br/$ | Dept Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|----------|-------------|-----------|------|---|---|-------|------|---|---|-------|----------|
| Th 04/01 In -8 | | 06:00 | 083 | | | | | | | | | | | |
| Out | | 17:01 | | 11.00 | .50 | 10.50 | | | | | | | | |
| Fr 04/02 In -8 | | 05:59 | 083 | | | | | | | | | | | |
| Out | | 11:04 | | 5.00 | .00 | 5.00 | | | | | | | | |
| Mo 04/05 In -8 | | 06:05 | 083 | | | | | | | | | | | |
| Out | | 16:57 | | 11.00 | .50 | 10.50 | | | | | | | | |
| Tu 04/06 In -8 | | 05:59 | 083 | | | | | | | | | | | |
| Out | | 17:00 | | 11.00 | .50 | 10.50 | | | | | | | | |
| We 04/07 In -8 | | 06:24 | 083 | | | | | | | | | | | |
| Out | | 17:04 | | 10.50 | .50 | 3.50 | | | | 6.50 | | | | |
| Th 04/08 In -8 | | 05:57 | 083 | | | | | | | | | | | |
| Out | | 17:02 | | 11.00 | .50 | 10.50 | | | | | | | | |
| Mo 04/12 In -8 | | 05:56 | 083 | | | | | | | | | | | |
| Out | | 17:39 | | 11.75 | .50 | 11.25 | | | | | | | | |
| Tu 04/13 In -8 | | 05:56 | 083 | | | | | | | | | | | |
| Out | | 17:15 | | 11.25 | .50 | 10.75 | | | | | | | | |
| We 04/14 In -8 | | 06:07 | 083 | | | | | | | | | | | |
| Out | | 16:57 | | 11.00 | .50 | 7.50 | | | | 3.00 | | | | |

```
                     Total Clck Hours:   93.50   4.00   80.00   .00   .00   .00   9.50   .00   .00   .00   .00
                         Paid Hours:     89.50
```



PLAINTIFF'S
EXHIBIT

12

```
RUN DATE: 08/18/06                  DALE MEDICAL CENTER                              PAGE  1
       TIME: 16:27                  T&A TIME REPORT         (Selected Employee)        T2TIMEREP
                                    For Period: 04/15/04 - 04/28/04
```

```
DEBORAH HUGHES              Dept: 083  Job:        FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50      Total  Meal --------- Productive --------- --- Productive Overtime ---    Non-
 Date   Code  Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2    3    Other   1    2    3    Other   Prod
```

| Date | Code | Tm/Hr/$ | Dept Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Th 04/15 | In -8 | 05:44 | 083 | | | | | | | | | | | |
| | Out | 17:03 | | 11.25 | .50 | 10.75 | | | | | | | | |
| Fr 04/16 | In -8 | 05:45 | 083 | | | | | | | | | | | |
| | Out | 11:29 | | 5.75 | .00 | 5.75 | | | | | | | | |
| Mo 04/19 | In -8 | 06:25 | 083 | | | | | | | | | | | |
| | Out | 16:58 | | 10.50 | .50 | 10.00 | | | | | | | | |
| Tu 04/20 | In -8 | 06:12 | 083 | | | | | | | | | | | |
| | Out | 17:18 | | 11.00 | .50 | 10.50 | | | | | | | | |
| We 04/21 | PCd:S | 10.00 | 083 | | | | | | | | | | | 10.00 |
| Th 04/22 | PCd:S | 10.00 | 083 | | | | | | | | | | | 10.00 |
| Fr 04/23 | PCd:S | 6.00 | 083 | | | | | | | | | | | 6.00 |
| Mo 04/26 | In -8 | 05:52 | 083 | | | | | | | | | | | |
| | Out | 17:13 | | 11.50 | .50 | 11.00 | | | | | | | | |
| Tu 04/27 | In -8 | 05:43 | 083 | | | | | | | | | | | |
| | Out | 17:14 | | 11.50 | .50 | 11.00 | | | | | | | | |
| We 04/28 | In -8 | 05:43 | 083 | | | | | | | | | | | |
| | Out | 17:41 | | 12.00 | .50 | 11.50 | | | | | | | | |
| | PCd:1 | .50 | 083 | .50 | | .50 | | | | | | | | |

```
                      Total Clck Hours:  74.00  3.00  71.00  .00   .00   .00   .00   .00   .00   .00   26.00
                           Paid Hours:   97.00

Other Totals: S:   26.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT        (Selected Employee)       T2TIMEREP
                              For Period: 04/29/04 - 05/12/04
```

DEBORAH HUGHES          Dept: 083  Job:      FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3   Other   1     2    3    Other    Prod

| Date | Code | Tm/Hr/$ | Dept Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Th 04/29 | In -8 | 05:45 | 083 | | | | | | | | | | | |
| | Out | 11:24 | | 5.75 | .00 | 5.75 | | | | | | | | |
| Fr 04/30 | PCd:V | 8.00 | 083 | | | | | | | | | | | 8.00 |
| Mo 05/03 | In -8 | 11:01 | 083 | | | | | | | | | | | |
| | Out | 15:07 | | 4.00 | .00 | 4.00 | | | | | | | | |
| | PCd:S | 4.00 | 083 | | | | | | | | | | | 4.00 |
| Tu 05/04 | In -8 | 06:46 | 083 | | | | | | | | | | | |
| | Out | 17:22 | | 10.50 | .50 | 10.00 | | | | | | | | |
| | PCd:1 | .50 | 083 | | .50 | | .50 | | | | | | | |
| We 05/05 | In -8 | 06:45 | 083 | | | | | | | | | | | |
| | Out | 17:13 | | 10.50 | .50 | 10.00 | | | | | | | | |
| Th 05/06 | In -8 | 05:57 | 083 | | | | | | | | | | | |
| | Out | 16:27 | | 10.50 | .50 | 10.00 | | | | | | | | |
| Fr 05/07 | In -8 | 06:06 | 083 | | | | | | | | | | | |
| | Out | 11:14 | | 5.25 | .00 | 5.25 | | | | | | | | |
| Mo 05/10 | In -8 | 06:04 | 083 | | | | | | | | | | | |
| | Out | 17:24 | | 11.50 | .50 | 11.00 | | | | | | | | |
| Tu 05/11 | In -8 | 06:29 | 083 | | | | | | | | | | | |
| | Out | 16:44 | | 10.25 | .50 | 9.75 | | | | | | | | |
| We 05/12 | In -8 | 06:26 | 083 | | | | | | | | | | | |
| | Out | 17:14 | | 10.75 | .50 | 4.00 | | | | 6.25 | | | | |
| | Total Clck Hours: | | | 79.50 | 3.00 | 70.25 | .00 | .00 | .00 | 6.25 | .00 | .00 | .00 | 12.00 |
| | Paid Hours: | | | 88.50 | | | | | | | | | | |

Other Totals: V:    8.00  S:    4.00

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE  1
   TIME: 16:27                  T&A TIME REPORT                                  T2TIMEREP
                                For Period: 05/13/04 - 05/26/04   (Selected Employee)
```

```
DEBORAH HUGHES              Dept: 083  Job:      FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W     Meal: .50     Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date   Code   Tm/Br/$ Dept Job .. .. .. .. ..  Hours   Dedn   1     2     3    Other  1     2     3    Other        Prod
```

| Date | Code | Tm/Br/$ | Dept Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|----------|-------------|-----------|------|------|------|-------|------|------|------|-------|----------|
| Th 05/13 In -8 | 06:24 | 083 | | | | | | | | | | | | |
| Out | 16:27 | | | 10.00 | .59 | 9.50 | | | | | | | | |
| Mo 05/17 In -8 | 06:27 | 083 | | | | | | | | | | | | |
| Out | 16:24 | | | 10.00 | .50 | 9.50 | | | | | | | | |
| PCd:V | 1.00 | 083 | | | | | | | | | | | | 1.00 |
| Tu 05/18 In -8 | 08:00 | 083 | | | | | | | | | | | | |
| Out | 17:00 | | | 9.00 | .50 | 8.50 | | | | | | | | |
| PCd:V | 1.50 | 083 | | | | | | | | | | | | 1.50 |
| We 05/19 In -8 | 08:00 | 083 | | | | | | | | | | | | |
| Out | 17:09 | | | 9.25 | .50 | 8.75 | | | | | | | | |
| PCd:V | 1.25 | 083 | | | | | | | | | | | | 1.25 |
| Th 05/20 In -8 | 08:00 | 083 | | | | | | | | | | | | |
| Out | 17:26 | | | 9.50 | .50 | 9.00 | | | | | | | | |
| Fr 05/21 In -8 | 08:00 | 083 | | | | | | | | | | | | |
| Out | 12:19 | | | 4.25 | .00 | 4.25 | | | | | | | | |
| Mo 05/24 In -8 | 08:00 | 083 | | | | | | | | | | | | |
| Out | 17:00 | | | 9.00 | .50 | 8.50 | | | | | | | | |
| Tu 05/25 PCd:V | 10.00 | 083 | | | | | | | | | | | | 10.00 |
| We 05/26 PCd:V | 8.25 | 083 | | | | | | | | | | | | 8.25 |
| | | Total Clck Hours: | | 61.00 | 3.00 | 58.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 22.00 |
| | | Paid Hours: | | 80.00 | | | | | | | | | | |

```
Other Totals: V:   22.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE  1
     TIME: 16:27                T4A TIME REPORT           (Selected Employee)    T2TIMEREP
                                For Period: 05/27/04 - 06/09/04
```

```
DEBORAH HUGHES            Dept: 083   Job:     FTE: 1.00       ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50     Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date      Code   Tm/Br/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3    Other   Prod
Th 05/27 PCd:V   8.00  083                                                                                          8.00
Fr 05/28 In -8   08:01 083
         Out     12:10                        4.25   .00   4.25
Mo 05/31 PCd:H   8.00  083                                                                                          8.00
Tu 06/01 In -8   07:12 083
         Out     17:13                       10.00   .50   9.50
We 06/02 In -8   07:59 083
         Out     16:57                        9.00   .50   8.50
Th 06/03 In -8   07:56 083
         Out     17:32                        9.50   .50   9.00
Fr 06/04 In -8   07:48 083
         Out     12:34                        4.75   .00   4.75
Mo 06/07 In -8   07:30 083
         Out     17:02                        9.50   .50   9.00
Tu 06/08 In -8   07:27 083
         Out     17:24                       10.00   .50   9.50
We 06/09 In -8   07:56 083
         Out     17:04                        9.00   .50   7.75                             .75
                       Total Clck Hours:     66.00  3.00  62.25   .00   .00    .00   .75    .00   .00    .00  16.00
                             Paid Hours:     79.00
Other Totals: V:    8.00  H:    8.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00119

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                        PAGE  1
   TIME: 16:27                  T&A TIME REPORT              [Selected Employee]    T2TIMEREP
                             For Period: 06/10/04 - 06/23/04
```

```
DEBORAH HUGHES          Dept: 083  Job:     FTE: 1.00         ********* TERMINATED *********
00399  FT  OT: .00/40.00 M   Meal: .50      Total  Meal -------- Productive --------- --- Productive Overtime --- Non-
Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1    2    3   Other  1    2    3   Other  Prod
```

| Date | Code | Tm/Hr/$ | Dept Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|----------|-------------|-----------|------|------|------|-------|------|------|------|-------|----------|
| Th 06/10 | In -8 | 07:56 | 083 | | | | | | | | | | | |
| | Out | 17:34 | | 9.50 | .50 | 9.00 | | | | | | | | |
| Fr 06/11 | In -8 | 07:57 | 083 | | | | | | | | | | | |
| | Out | 12:12 | | 4.25 | .00 | 4.25 | | | | | | | | |
| Mo 06/14 | In -8 | 07:56 | 083 | | | | | | | | | | | |
| | Out | 16:56 | | 9.00 | .50 | 8.50 | | | | | | | | |
| Tu 06/15 | In -8 | 07:57 | 083 | | | | | | | | | | | |
| | Out | 17:07 | | 9.00 | .50 | 8.50 | | | | | | | | |
| We 06/16 | In -8 | 07:56 | 083 | | | | | | . | | | | | |
| | Out | 17:01 | | 9.00 | .50 | 8.50 | | | | | | | | |
| Th 06/17 | In -8 | 07:58 | 083 | | | | | | | | | | | |
| | Out | 17:10 | | 9.25 | .50 | 8.75 | | | | | | | | |
| Fr 06/18 | In -8 | 07:56 | 083 | | | | | | | | | | | |
| | Out | 12:32 | | 4.50 | .00 | 4.50 | | | | | | | | |
| Mo 06/21 | In -8 | 07:57 | 083 | | | | | | | | | | | |
| | Out | 17:26 | | 9.50 | .50 | 9.00 | | | | | | | | |
| Tu 06/22 | In -8 | 07:56 | 083 | | | | | | | | | | | |
| | Out | 17:30 | | 9.50 | .50 | 9.00 | | | | | | | | |
| We 06/23 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 17:05 | | 9.00 | .50 | 8.50 | | | | | | | | |

```
                            Total Clck Hours:  82.50  4.00  78.50   .00   .00   .00  .00   .00   .00   .00   .00
                                Paid Hours:  78.50
```

ale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00120

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT                                  T2TIMEREP
                            For Period: 06/24/04 - 07/07/04
```

DEBORAH HUGHES          Dept: 083  Job:     FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50   Total  Meal --------- Productive --------- --- Productive Overtime ---  Non-
Date    Code   Tm/Hr/$ Dept Job .. .. .. ..  Hours  Dedn   1     2     3    Other  1    2    3   Other   Prod

| Date | Code | Tm/Hr/$ | Dept Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|----------|-------------|-----------|-----|-----|-----|-------|-----|-----|-----|-------|----------|
| Th 06/24 | In -8 | 07:57 | 083 | | | | | | | | | | | |
| | Out | 17:14 | | 9.25 | .50 | 8.75 | | | | | | | | |
| Fr 06/25 | In -8 | 07:55 | 083 | | | | | | | | | | | |
| | Out | 13:04 | | 5.00 | .00 | 5.00 | | | | | | | | |
| Mo 06/28 | In -8 | 07:59 | 083 | | | | | | | | | | | |
| | Out | 16:33 | | 8.50 | .50 | 8.00 | | | | | | | | |
| Tu 06/29 | In -8 | 07:55 | 083 | | | | | | | | | | | |
| | Out | 16:57 | | 9.00 | .50 | 8.50 | | | | | | | | |
| We 06/30 | In -8 | 07:56 | 083 | | | | | | | | | | | |
| | Out | 16:57 | | 9.00 | .50 | 8.50 | | | | | | | | |
| Th 07/01 | In -8 | 07:55 | 083 | | | | | | | | | | | |
| | Out | 17:09 | | 9.25 | .50 | 8.75 | | | | | | | | |
| Fr 07/02 | In -8 | 07:59 | 083 | | | | | | | | | | | |
| | Out | 13:14 | | 5.25 | .00 | 5.25 | | | | | | | | |
| Mo 07/05 | PCG:H | 8.00 | 083 | | | | | | | | | | | 8.00 |
| Tu 07/06 | In -8 | 07:55 | 083 | | | | | | | | | | | |
| | Out | 17:10 | | 9.25 | .50 | 8.75 | | | | | | | | |
| We 07/07 | In -8 | 07:55 | 083 | | | | | | | | | | | |
| | Out | 17:09 | | 9.25 | .50 | 8.75 | | | | | | | | |
| | | Total Clck Hours: | | 73.75 | 3.50 | 70.25 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 8.00 |
| | | Paid Hours: | | 78.25 | | | | | | | | | | |

Other Totals: H:     8.00

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE  1
    TIME: 16:27                 T&A TIME REPORT              (Selected Employee)    T2TIMEREP
                                For Period: 07/08/04 - 07/21/04
```

```
DEBORAH HUGHES            Dept: 083   Job:    FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50    Total   Meal -------- Productive -------- --- Productive Overtime --- Non-
Date    Code    Tm/Er/$ Dept Job .. .. .. .. .. Hours   Dedn   1     2     3    Other  1     2     3   Other   Prod
```

| Date | Code | Tm/Er/$ | Dept | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|------|------|------|------|---|---|-------|---|---|---|-------|------|
| Th 07/08 | In -8 | 07:55 | 083 | | | | | | | | | | | |
| | Out | 16:30 | | 8.50 | .50 | 8.00 | | | | | | | | |
| Fr 07/09 | In -8 | 07:57 | 083 | | | | | | | | | | | |
| | Out | 11:21 | | 3.25 | .00 | 3.25 | | | | | | | | |
| Mo 07/12 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 17:04 | | 9.00 | .50 | 8.50 | | | | | | | | |
| Tu 07/13 | In -8 | 07:59 | 083 | | | | | | | | | | | |
| | Out | 17:12 | | 9.25 | .50 | 8.75 | | | | | | | | |
| We 07/14 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 17:15 | | 9.25 | .50 | 8.75 | | | | | | | | |
| Th 07/15 | In -8 | 07:56 | 083 | | | | | | | | | | | |
| | Out | 17:26 | | 9.50 | .50 | 9.00 | | | | | | | | |
| Fr 07/16 | In -8 | 07:59 | 083 | | | | | | | | | | | |
| | Out | 12:51 | | 4.75 | .00 | 4.75 | | | | | | | | |
| Mo 07/19 | In -8 | 07:59 | 083 | | | | | | | | | | | |
| | Out | 16:02 | | 8.00 | .50 | 7.50 | | | | | | | | |
| Tu 07/20 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 16:12 | | 8.25 | .50 | 7.75 | | | | | | | | |
| | PCd:1 | .50 | 083 | .50 | | .50 | | | | | | | | |
| We 07/21 | In -8 | 07:58 | 083 | | | | | | | | | | | |
| | Out | 16:07 | | 8.00 | .50 | 7.50 | | | | | | | | |
| | PCd:1 | .50 | 083 | .50 | | .50 | | | | | | | | |

```
                        Total Clck Hours:  78.75   4.00  74.75   .00   .00   .00   .00   .00   .00   .00   .00
                            Paid Hours:     74.75
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE  1
     TIME: 16:27                T&A TIME REPORT                                  T2TIMEREP
                                For Period: 07/22/04 - 08/04/04    (Selected Employee)


DEBORAH HUGHES              Dept: 083  Job:     FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date   Code   Tm/Rr/$ Dept Job .. .. .. .. .. Hours  Dedn  1     2     3    Other  1     2     3    Other      Prod
Th 07/22 In -8  07:54  083
         Out    16:14                        8.25   .50  7.75
         PCd:1   .50  083                      .50         .50
Fr 07/23 PCd:V  8.00  083                                                                                      8.00
Mo 07/26 In -8  07:52  083
         Out    18:18                       10.50   .50 10.00
Tu 07/27 PCd:V  8.00  083                                                                                      8.00
We 07/28 In -8  07:54  083
         Out    17:49                        9.75   .50  9.25
Th 07/29 In -8  07:55  083
         Out    17:59                       10.00   .50  9.50
Fr 07/30 In -8  07:56  083
         Out    11:43                        3.75   .00  3.75
Mo 08/02 In -8  07:57  083
         Out    15:12                        7.25   .50  6.75
         In -8  15:59  083
         Out    17:12                        1.25   .00  1.25
Tu 08/03 In -8  07:57  083
         Out    12:52                        4.75   .00  4.75
         In -8  13:23  083
         Out    17:34                        4.00   .00  4.00
We 08/04 In -8  07:54  083
         Out    17:29                        9.50   .50  9.00
                  Total Clck Hours:         69.50  3.00 66.50  .00   .00   .00   .00   .00   .00   .00   .00   16.00
                       Paid Hours:          82.50

Other Totals: V:   16.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                      PAGE  1
   TIME: 16:27                  T&A TIME REPORT                          T2TIMEREP
                               For Period: 08/05/04 - 08/18/04   (Selected Employee)
```

DEBORAH HUGHES          Dept: 083   Job:      FTE: 1.00        ******** TERMINATED ********
00399  FT  OT:  .00/40.00 W   Meal: .50     Total  Meal -------- Productive --------- --- Productive Overtime ---  Non-

| Date | Code | Tm/Br/$ | Dept Job .. .. .. .. | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Th 08/05 | PCd:V | 9.00 | 083 | | | | | | | | | | | 9.00 |
| Fr 08/06 | PCd:V | 4.00 | 083 | | | | | | | | | | | 4.00 |
| Mo 08/09 | PCd:V | 8.50 | 083 | | | | | | | | | | | 8.50 |
| Tu 08/10 | In -8 | 08:04 | 083 | | | | | | | | | | | |
| | Out | 17:39 | | 9.75 | .50 | 9.25 | | | | | | | | |
| We 08/11 | In -8 | 07:52 | 083 | | | | | | | | | | | |
| | Out | 17:27 | | 9.75 | .50 | 9.25 | | | | | | | | |
| Th 08/12 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 17:17 | | 9.25 | .50 | 8.75 | | | | | | | | |
| Fr 08/13 | In -8 | 07:58 | 083 | | | | | | | | | | | |
| | Out | 12:28 | | 4.50 | .00 | 4.50 | | | | | | | | |
| Mo 08/16 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 17:58 | | 10.00 | .50 | 9.50 | | | | | | | | |
| Tu 08/17 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 17:05 | | 9.00 | .50 | 8.50 | | | | | | | | |
| We 08/18 | In -8 | 07:54 | 083 | | | | | | | | | | | |
| | Out | 17:12 | | 9.25 | .50 | 8.75 | | | | | | | | |
| | PCd:1 | .50 | 083 | .50 | | | | | | .50 | | | | |
| Total Clck Hours: | | | | 62.00 | 3.00 | 58.50 | .00 | .00 | .00 | .50 | .00 | .00 | .00 | 21.50 |
| | | | Paid Hours: | 80.50 | | | | | | | | | | |

Other Totals: V:   21.50

ale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

```
RUN DATE: 08/18/06                DALE MEDICAL CENTER                                      PAGE  1
    TIME: 16:27                   T&A TIME REPORT                (Selected Employee)        T2TIMEREP
                                  For Period: 08/19/04 - 09/01/04

DEBORAH HUGHES          Dept: 083  Job:      FTE: 1.00        ******** TERMINATED ********
00399  FT  OT:  .00/40.00 W  Meal: .50      Total  Meal  --------- Productive --------- --- Productive Overtime ---   Non-
  Date   Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3    Other    Prod
 Th 08/19 In -8   07:55  083
          Out      16:49                      8.75   .50  8.25
 Fr 08/20 In -8   07:57  083
          Out      11:53                      4.00   .00  4.00
 Mo 08/23 In -8   07:54  083
          Out      16:54                      9.00   .50  8.50
 Tu 08/24 In -8   07:55  083
          Out      16:47                      8.75   .50  8.25
 We 08/25 In -8   07:56  083
          Out      17:15                      9.25   .50  8.75
 Th 08/26 In -8   07:55  083
          Out      16:59                      9.00   .50  8.50
 Fr 08/27 In -8   07:54  083
          Out      ....                       2.75   .00  2.75
 Mo 08/30 In -8   07:56  083
          Out      17:12                      9.25   .50  8.75
 Tu 08/31 In -8   07:56  083
          Out      17:42                      9.75   .50  9.25
 We 09/01 In -8   07:55  083
          Out      16:39                      8.75   .50  8.25
                          Total Clck Hours:  79.25  4.00 75.25  .00   .00   .00   .00   .00   .00   .00    .00
                              Paid Hours:    75.25
```

```
RUN DATE: 08/18/06           DALE MEDICAL CENTER                              PAGE  1
   TIME: 16:27               T&A TIME REPORT            (Selected Employee)      T2TIMEREP
                             For Period: 09/02/04 - 09/15/04
```

```
DEBORAH HUGHES           Dept: 083   Job:      FTE: 1.00      ********* TERMINATED *********
00399  FT  OT: .00/40.00 W    Meal: .50     Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date   Code  Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3    Other  Prod
 Th 09/02 In -8   08:04  083
          Out     16:55                      9.00   .50  8.50
 Fr 09/03 In -8   07:57  083
          Out     12:23                      4.50   .00  4.50
 Mo 09/06 PCd:H    8.00  083                                                                                  8.00
 Tu 09/07 In -8   07:54  083
          Out     18:04                     10.00   .50  9.50
 We 09/08 In -8   07:55  083
          Out     17:02                      9.00   .50  8.50
 Th 09/09 In -8   07:57  083
          Out     17:50                      9.75   .50  9.25
 Fr 09/10 In -8   07:54  083
          Out     11:57                      4.00   .00  4.00
 Mo 09/13 PCd:H    8.00  083                                                                                  8.00
 Tu 09/14 In -8   07:59  083
          Out     17:00                      9.00   .50  8.50
          PCd:I    .50  083                    .50        .50
 We 09/15 In -8   07:57  083
          Out     16:01                      8.00   .50  7.50
          PCd:I    .50  083                    .50        .50
                     Total Clck Hours:      64.25  3.00 61.25   .00   .00    .00   .00   .00   .00    .00  16.00
                          Paid Hours:       77.25

Other Totals: H:   16.00
```

```
RUN DATE: 08/18/06                  DALE MEDICAL CENTER                                    PAGE   1
     TIME: 16:27                    T&A TIME REPORT              (Selected Employee)        T2TIMEREP
                                    For Period: 09/16/04 - 09/29/04
```

```
DEBORAH HUGHES           Dept: 083   Job:      FTE: 1.00         ********* TERMINATED *********
00399  FT  OT:   .00/40.00 W  Meal: .50        Total  Meal -------- Productive --------- --- Productive Overtime --- Non-
 Date    Code   Tm/Br/$ Dept Job .. .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3   Other  Prod
```

| Date | Code | Tm/Br/$ | Dept | Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|------|-----|-------------|-----------|-----|-----|-----|-------|-----|-----|-----|-------|----------|
| Th 09/16 | PCd:V | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Fr 09/17 | PCd:V | 5.00 | 083 | | | | | | | | | | | | 5.00 |
| Mo 09/20 | In -8 | 08:01 | 083 | | | | | | | | | | | | |
| | Out | 17:38 | | | 9.75 | .50 | 9.25 | | | | | | | | |
| Tu 09/21 | In -8 | 08:00 | 083 | | | | | | | | | | | | |
| | Out | 17:41 | | | 9.75 | .50 | 9.25 | | | | | | | | |
| | PCd:1 | .50 | 083 | | .50 | | .50 | | | | | | | | |
| We 09/22 | PCd:V | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Th 09/23 | PCd:V | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Fr 09/24 | PCd:V | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Mo 09/27 | In -8 | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 17:11 | | | 9.25 | .50 | 8.75 | | | | | | | | |
| Tu 09/28 | In -8 | 08:00 | 083 | | | | | | | | | | | | |
| | Out | 17:52 | | | 9.75 | .50 | 9.25 | | | | | | | | |
| | PCd:1 | .50 | 083 | | .50 | | .50 | | | | | | | | |

```
                         Total Clck Hours:  39.50  2.00  37.50    .00   .00   .00    .00   .00   .00   .00  37.00
                              Paid Hours:    74.50

Other Totals: V:   37.00
```

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                    PAGE  1
    TIME: 16:27                       T&A TIME REPORT                                         T2T1MEREP
                                      For Period: 09/30/04 - 10/13/04    (Selected Employee)


DEBORAH HUGHES              Dept: 083   Job:      FTE: 1.00           ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50       Total  Meal --------- Productive --------- --- Productive Overtime --- Non-
Date   Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn   1     2     3    Other  1     2     3    Other  Prod
Th 09/30 In -8  07:59 083
         Out    17:40                          9.75   .50  9.25
Fr 10/01 In -8  07:59 083
         Out    12:43                          4.75   .00  4.75
Mo 10/04 In -8  07:57 083
         Out    18:08                         10.25   .50  9.75
Tu 10/05 In -8  07:59 083
         Out    17:57                         10.00   .50  9.50
We 10/06 In -8  07:59 083
         Out    17:26                          9.50   .50  6.75                      2.25
Th 10/07 In -8  07:57 083
         Out    18:19                         10.25   .50  9.75
Fr 10/08 In -8  07:59 083
         Out    12:30                          4.50   .00  4.50
Mo 10/11 In -8  07:59 083
         Out    17:01                          9.00   .50  8.50
Tu 10/12 In -8  07:57 083
         Out    08:39                           .75   .00   .75
         In -8  09:38 083
         Out    17:41                          8.00   .50  7.50
We 10/13 In -8  08:01 083
         Out    18:08                         10.25   .50  9.00                              .75
              Total Clck Hours:   87.00  4.00 80.00   .00   .00   .00  3.00   .00   .00   .00   .00
              Paid Hours:         83.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT                                  T2TIMEREP
                                For Period: 10/14/04 - 10/27/04    (Selected Employee)
```

```
DEBORAH HUGHES           Dept: 083  Job:    FTE: 1.00          ******** TERMINATED ********
00399  FT  OT: .00/40.00 W   Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---  Non-
Date     Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3    Other    Prod
```

| Date | Code | Tm/Hr/$ | Dept | Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Th 10/14 | In -8 | 07:58 | 083 | | | | | | | | | | | | |
| | Out | 18:04 | | | 10.00 | .50 | 9.50 | | | | | | | | |
| Fr 10/15 | In -8 | 07:58 | 083 | | | | | | | | | | | | |
| | Out | 13:48 | | | 5.75 | .00 | 5.75 | | | | | | | | |
| Mo 10/18 | In -8 | 08:01 | 083 | | | | | | | | | | | | |
| | Out | 17:51 | | | 9.75 | .50 | 9.25 | | | | | | | | |
| Tu 10/19 | In -8 | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 17:26 | | | 9.50 | .50 | 9.00 | | | | | | | | |
| We 10/20 | In -8 | 08:02 | 083 | | | | | | | | | | | | |
| | Out | 18:01 | | | 10.00 | .50 | 6.50 | | | 3.00 | | | | | |
| Th 10/21 | In -8 | 07:58 | 083 | | | | | | | | | | | | |
| | Out | 17:07 | | | 9.00 | .50 | 8.50 | | | | | | | | |
| Fr 10/22 | In -8 | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 12:10 | | | 4.25 | .00 | 4.25 | | | | | | | | |
| Mo 10/25 | In -8 | 07:59 | 083 | | | | | | | | | | | | |
| | Out | 16:56 | | | 9.00 | .50 | 8.50 | | | | | | | | |
| Tu 10/26 | In -8 | 07:59 | 083 | | | | | | | | | | | | |
| | Out | 16:59 | | | 9.00 | .50 | 8.50 | | | | | | | | |
| We 10/27 | In -8 | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 17:26 | | | 9.50 | .50 | 9.00 | | | | | | | | |

```
                    Total Clck Hours:  85.75  4.00  78.75   .00   .00   .00  3.00   .00   .00   .00   .00
                        Paid Hours:  81.75
```

```
RUN DATE: 08/18/06            DALE MEDICAL CENTER                              PAGE  1
TIME: 16:27                   T&A TIME REPORT            (Selected Employee)   T2TIMEREP
                              For Period: 10/28/04 - 11/10/04

DEBORAH HUGHES          Dept: 083  Job:    FTE: 1.00       ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W  Meal: .50     Total  Meal -------- Productive --------- --- Productive Overtime ---   Non-
Date   Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn  1    2    3   Other  1    2    3   Other  Prod
Th 10/28 In -8  07:59 083
         Out    16:36               8.50  .50  8.00
Fr 10/29 In -8  08:01 083
         Out    11:44               3.75  .00  3.75
Mo 11/01 In -8  07:59 083
         Out    17:09               9.25  .50  8.75
Tu 11/02 In -8  07:56 083
         Out    17:03               9.00  .50  8.50
We 11/03 PCd:S  8.00 083                                                                           8.00
Th 11/04 In -8  07:57 083
         Out    17:18               9.25  .50  8.75
Fr 11/05 In -8  07:57 083
         Out    11:59               4.00  .00  4.00
Mo 11/08 In -8  09:39 083
         Out    16:54               7.25  .50  6.75
         PCd:S  1.50 083                                                                           1.50
Tu 11/09 In -8  07:58 083
         Out    09:08               1.25  .00  1.25
         In -8  11:14 083
         Out    17:12               6.00  .50  5.50
We 11/10 In -8  08:00 083
         Out    17:03               9.00  .50  8.50
              Total Clck Hours:    67.25 3.50 63.75  .00  .00  .00  .00  .00  .00  .00  9.50
                  Paid Hours:      73.25
Other Totals: S:    9.50
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00130

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT           (Selected Employee)    T2TIMEREP
                                For Period: 11/11/04 - 11/24/04


DEBORAH HUGHES         Dept: 083   Job:     FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---  Non-
 Date   Code   Tm/Br/$ Dept Job .. .. .. .. Hours  Dedn   1    2    3    Other  1    2    3    Other   Prod
  Th 11/11 In -8  07:57 083
          Out    16:45             8.75   .50  8.25
  Fr 11/12 In -8  07:57 083
          Out    12:25             4.50   .00  4.50
  Mo 11/15 In -8  07:58 083
          Out    17:43             9.75   .50  9.25
  Tu 11/16 In -8  07:56 083
          Out    16:43             8.75   .50  8.25
  We 11/17 In -8  07:55 083
          Out    17:06             9.00   .50  8.50
  Th 11/18 In -8  07:56 083
          Out    16:32             8.50   .50  8.00
  Fr 11/19 In -8  07:58 083
          Out    12:02             4.00   .00  4.00
  Mo 11/22 In -8  07:57 083
          Out    17:01             9.00   .50  8.50
  Tu 11/23 In -8  07:59 083
          Out    16:46             8.75   .50  8.25
  We 11/24 In -8  07:57 083
          Out    13:28             5.50   .00  5.50
          In -8  14:08 083
          Out    15:42             1.50   .00  1.50
              Total Clck Hours:   78.00  3.50 74.50  .00  .00   .00   .00  .00  .00   .00    .00
                   Paid Hours:    74.50
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT          (Selected Employee)    T2TIMRPEP
                                For Period: 11/25/04 - 12/08/04

DEBORAH HUGHES         Dept: 083  Job:    FTE: 1.00          ******** TERMINATED ********
00399  FT  OT:  .00/40.00 W   Meal: .50      Total  Meal --------- Productive --------- --- Productive Overtime ---  Non-
Date   Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn   1     2     3   Other  1     2     3   Other   Prod
    Th 11/25 PCd:H   8.00  083                                                                                       8.00
    Tu 11/30 In -8   07:58 083
             Out     17:37              9.50   .50  9.00
    We 12/01 PCd:V   8.00  083                                                                                       8.00
    Fr 12/03 PCd:S   8.00  083                                                                                       8.00
    Mo 12/06 In -8   07:56 083
             Out     16:38              8.75   .50  8.25
    Tu 12/07 In -8   08:00 083
             Out     16:13              8.25   .50  7.75
    We 12/08 In -8   07:54 083
             Out     17:18              9.25   .50  8.75
                    Total Clck Hours:  35.75  2.00 33.75   .00   .00   .00   .00   .00   .00   .00  24.00
                         Paid Hours:   57.75
    Other Totals: H:    8.00  V:    8.00  S:   8.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT             (Selected Employee)      T2TIMEREP
                             For Period: 12/09/04 - 12/22/04


DEBORAH HUGHES          Dept: 083  Job:    FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W  Meal: .50     Total  Meal --------- Productive --------- --- Productive Overtime ---  Non-
  Date   Code   Tm/Hr/$ Dept Job .. .. .. .. ..  Hours  Dedn    1     2     3   Other   1    2    3   Other  Prod
  Th 12/09 In -8   07:54  083
         Out       17:07               9.00  .50  8.50
  Mo 12/13 In -8   07:58  083
         Out       12:32               4.50  .00  4.50
  We 12/15 PCd:S   8.00  083                                                                               8.00
  Th 12/16 In -8   07:58  083
         Out       16:29               8.50  .50  8.00
  Fr 12/17 In -8   07:54  083
         Out       11:45               3.75  .00  3.75
  Mo 12/20 In -8   07:56  083
         Out       16:55               9.00  .50  8.50
  Tu 12/21 In -8   07:54  083
         Out       17:01               9.00  .50  8.50
  We 12/22 In -8   07:59  083
         Out       16:00               8.00  .50  7.50
                       Total Clck Hours: 51.75  2.50 49.25   .00   .00   .00  .00  .00  .00   .00  8.00
                            Paid Hours: 57.25

Other Totals: S:   ·8.00
```

```
RUN DATE: 08/18/06               DALE MEDICAL CENTER                          PAGE   1
     TIME: 16:27                 T&A TIME REPORT          (Selected Employee)   T2TIMEREP
                              For Period: 12/23/04 - 01/05/05
```

```
DEBORAH HUGHES              Dept: 083  Job:    FTE: 1.00         ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date    Code   Ta/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1    2    3   Other   1    2    3   Other   Prod
 Th 12/23 In -8  07:53  083
          Out     11:42              3.75   .00  3.75
 Fr 12/24 PCd:B   8.00  083                                                                            8.00
 Mo 12/27 In -8  07:56  083
          Out     16:28              8.50   .50  8.00
 Tu 12/28 In -8  07:58  083
          Out     16:32              8.50   .50  8.00
 We 12/29 In -8  07:58  083
          Out     17:07              9.00   .50  8.50
 Th 12/30 In -8  07:55  083
          Out     12:36              4.50   .00  4.50
 Fr 12/31 PCd:B   8.00  083                                                                            8.00
 Mo 01/03 PCd:S   8.00  083                                                                            8.00
 Tu 01/04 PCd:S   8.00  083                                                                            8.00
 We 01/05 PCd:S   8.00  083                                                                            8.00
                    Total Clck Hours: 34.25  1.50 32.75   .00  .00   .00  .00   .00  .00   .00  40.00
                        Paid Hours:   72.75
 Other Totals: H:   16.00  S:   24.00
```

```
RUN DATE: 08/18/06                  DALE MEDICAL CENTER                               PAGE   1
     TIME: 16:27                        T&A TIME REPORT              (Selected Employee)       T2TIMEREP
                                    For Period: 01/06/05 - 01/19/05
```

```
DEBORAH HUGHES            Dept: 083  Job:       FTE: 1.00         ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50      Total  Meal --------- Productive --------- --- Productive Overtime --- Non-
 Date   Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn  1      2    3    Other  1    2    3    Other  Prod
```

| Date | Code | Tm/Hr/$ | Dept | Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|------|-----|-------------|-----------|---|---|---|-------|---|---|---|-------|----------|
| Th 01/06 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Mo 01/10 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Tu 01/11 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| We 01/12 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Th 01/13 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Mo 01/17 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| Tu 01/18 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |
| We 01/19 | PCd:S | 8.00 | 083 | | | | | | | | | | | | 8.00 |

```
                              Total Clck Hours:    .00    .00   .00   .00  .00   .00   .00  .00  .00   .00  64.00
                                    Paid Hours:  64.00

        Other Totals: $:    64.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
     TIME: 16:27                T&A TIME REPORT                                  T2TIMEREP
                                For Period: 01/20/05 - 02/02/05    (Selected Employee)


DEBORAH HUGHES              Dept: 083  Job:      FTZ: 1.00           ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W       Meal: .50      Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date    Code   Hu/Hr/$ Dept Job .. .. .. .. .. Hours   Dedn   1     2     3   Other   1     2     3   Other   Prod
  Th 01/20 PCd:S   8.00  083                                                                                            8.00
  Mo 01/24 PCd:S   8.00  083                                                                                            8.00
  Tu 01/25 PCd:S   8.00  083                                                                                            8.00
  We 01/26 PCd:S   8.00  083                                                                                            8.00
  Th 01/27 PCd:S   8.00  083                                                                                            8.00
  Mo 01/31 PCd:S   8.00  083                                                                                            8.00
  Tu 02/01 PCd:S   8.00  083                                                                                            8.00
  We 02/02 PCd:S   8.00  083                                                                                            8.00
                        Total Clck Hours:    .00   .00   .00   .00   .00   .00   .00   .00   .00   .00  64.00
                            Paid Hours:   64.00
     Other Totals: S:    64.00
```

D00136

```
RUN DATE: 08/18/06                DALE MEDICAL CENTER                                        PAGE   1
   TIME: 16:27                    T&A TIME REPORT              [Selected Employee]          T7TIMEREP
                                  For Period: 02/03/05 - 02/16/05


DEBORAH HUGHES              Dept: 083   Job:      FTE: 1.00           ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50       Total  Meal -------- Productive --------- --- Productive Overtime ---  Non-
  Date     Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1    2    3    Other   1    2    3    Other   Prod
Th 02/03 PCd:S    8.00  083                                                                              8.00
Mo 02/07 In -8   07:58  083
         Out     11:59                          4.00   .00  4.00
         PCd:S    4.00  083                                                                              4.00
Tu 02/08 In -8   07:58  083
         Out     12:00                          4.00   .00  4.00
         PCd:S    4.00  083                                                                              4.00
We 02/09 In -8   07:58  083
         Out     12:00                          4.00   .00  4.00
         PCd:S    4.00  083                                                                              4.00
Th 02/10 In -8   08:04  083
         Out     12:19                          4.25   .00  4.25
         PCd:S    4.00  083                                                                              4.00
Fr 02/11 In -8   08:01  083
         Out     11:32                          3.50   .00  3.50
Mo 02/14 In -8   11:54  083
         Out     16:18                          4.25   .00  4.25
         PCd:S    4.00  083                                                                              4.00
Tu 02/15 In -8   11:58  083
         Out     16:13                          4.25   .00  4.25
         PCd:S    4.00  083                                                                              4.00
We 02/16 In -8   11:57  083
         Out     16:31                          4.50   .00  4.50
         PCd:S    4.00  083                                                                              4.00
                    Total Clck Hours:          32.75   .00 32.75  .00  .00  .00  .00  .00  .00  .00   36.00
                    Paid Hours:                68.75

Other         36.00
```

```
RUN DATE: 08/18/06                DALE MEDICAL CENTER                              PAGE  1
    TIME: 16:27                   T&A TIME REPORT            (Selected Employee)   T2TIMEREP
                                  For Period: 02/17/05 - 03/02/05

DEBORAH HUGHES        Dept: 083  Job:      FTE: 1.00      ********* TERMINATED *********
00399  FT  OT: .00/40.00 W  Meal: .50    Total  Meal -------- Productive --------- --- Productive Overtime ---   Non-
 Date   Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other  1     2     3    Other   Prod
Th 02/17 In -8   11:52  083
         Out     16:11                      4.50   .00  4.50
         PCd:S   4.00  083                                                                                   4.00
Fr 02/18 In -8   07:57  083
         Out     12:23                      4.50   .00  4.50
Mo 02/21 In -8   08:00  083
         Out     16:07                      8.00   .50  7.50
Tu 02/22 In -8   07:56  083
         Out     16:58                      9.00   .50  8.50
We 02/23 In -8   07:58  083
         Out     16:29                      8.50   .50  8.00
Th 02/24 In -8   07:58  083
         Out     16:14                      8.25   .50  7.75
Fr 02/25 In -8   07:58  083
         Out     10:40                      2.75   .00  2.75
Mo 02/28 In -8   07:57  083
         Out     16:30                      8.50   .50  8.00
Tu 03/01 In -8   07:58  083
         Out     16:00                      8.00   .50  7.50
We 03/02 In -8   07:55  083
         Out     16:20                      8.25   .50  7.75
                    Total Clck Hours:      70.25  3.50 66.75  .00   .00   .00  .00   .00   .00   .00   4.00
                       Paid Hours:         70.75

Other Totals: S:    4.00
```

ale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00138

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
   TIME: 16:27                  T&A TIME REPORT          (Selected Employee)     T2TIMEREP
                                For Period: 03/03/05 - 03/16/05


DEBORAH HUGHES           Dept: 083  Job:     FTE: 1.00     ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50    Total  Meal -------- Productive --------- --- Productive Overtime ---   Non-
 Date   Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1    2    3   Other  1    2    3   Other   Prod
Th 03/03 In -8  07:57 083
        Out     15:52                        7.75  .50  7.25
Fr 03/04 In -8  08:00 083
        Out     10:47                        2.75  .00  2.75
Mo 03/07 In -8  07:57 083
        Out     16:48                        8.75  .50  8.25
Tu 03/08 In -8  07:59 083
        Out     16:59                        9.00  .50  8.50
Th 03/10 PCd:V   8.00 083                                                                              8.00
Mo 03/14 In -8  07:58 083
        Out     16:56                        9.00  .50  8.50
Tu 03/15 In -8  07:58 083
        Out     17:04                        9.00  .50  8.50
We 03/16 In -8  07:56 083
        Out     16:17                        8.25  .50  7.75
                   Total Clck Hours:        54.50 3.00 51.50  .00  .00  .00  .00  .00  .00  .00  8.00
                          Paid Hours:       53.50

Other Totals: V:    8.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00139

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE  1
    TIME: 16:27                 T&A TIME REPORT                                  T2TIMEREP
                                For Period: 03/17/05 - 03/30/05    (Selected Employee)

DEBORAH HUGHES          Dept: 083  Job:      FTE: 1.00        ******** TERMINATED ********
00399 FT  OT:  .00/40.00 N  Meal: .50    Total  Meal ------- Productive --------- --- Productive Overtime ---  Non-
Date   Code   Tm/Br/$ Dept Job .. .. .. .. ..  Hours  Dedn   1      2      3    Other  1      2      3   Other  Prod
Th 03/17 In -8  07:58 083
         Out    16:01                     8.00   .50  7.50
Fr 03/18 PCd:V   4.00 083                                                                                         4.00
Mo 03/21 In -6  07:57 083
         Out    15:52                     7.75   .50  7.25
Tu 03/22 In -8  07:56 083
         Out    13:51                     5.75   .00  5.75
We 03/23 In -8  07:57 083
         Out    17:13                     9.25   .50  8.75
Th 03/24 In -8  08:00 083
         Out    16:43                     8.75   .50  8.25
Fr 03/25 PCd:V   8.00 083                                                                                         8.00
Mo 03/28 In -8  07:57 083
         Out    16:34                     8.50   .50  8.00
Tu 03/29 In -8  07:55 083
         Out    15:49                     7.75   .50  7.25
We 03/30 In -8  07:55 083
         Out    15:49                     7.75   .50  7.25
                    Total Clck Hours:    63.50  3.50 60.00    .00    .00    .00    .00    .00    .00    .00  12.00
                         Paid Hours:     72.00

Other Totals: V:   12.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                        PAGE 1
    TIME: 16:27                 T&A TIME REPORT        (Selected Employee)  T2TIMEREP
                                For Period: 03/31/05 - 04/13/05
```

DEBORAH HUGHES          Dept: 083   Job:        FTE: 1.00      ********* TERMINATED *********
00399 FT OT: .00/40.00 W      Meal: .50

| Date | Code | Ta/Hr/$ | Dept | Job .. .. .. .. .. | Total Hours | Meal Dedn | Productive 1 | 2 | 3 | Other | Productive Overtime 1 | 2 | 3 | Other | Non-Prod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Th 03/31 In -8 | | 13:31 | 083 | | | | | | | | | | | | |
| Out | | 15:23 | | | 2.00 | .00 | 2.00 | | | | | | | | |
| PCd:V | | 4.00 | 083 | | | | | | | | | | | | 4.00 |
| Fr 04/01 In -8 | | 07:56 | 083 | | | | | | | | | | | | |
| Out | | 12:09 | | | 4.25 | .00 | 4.25 | | | | | | | | |
| Mo 04/04 In -8 | | 08:00 | 083 | | | | | | | | | | | | |
| Out | | 17:27 | | | 9.50 | .50 | 9.00 | | | | | | | | |
| Tu 04/05 In -8 | | 07:58 | 083 | | | | | | | | | | | | |
| Out | | 16:29 | | | 8.50 | .50 | 8.00 | | | | | | | | |
| We 04/06 In -8 | | 07:56 | 083 | | | | | | | | | | | | |
| Out | | 15:59 | | | 8.00 | .50 | 7.50 | | | | | | | | |
| Th 04/07 In -8 | | 07:58 | 083 | | | | | | | | | | | | |
| Out | | 09:03 | | | 1.00 | .00 | 1.00 | | | | | | | | |
| Fr 04/08 In -8 | | 07:59 | 083 | | | | | | | | | | | | |
| Out | | 11:09 | | | 3.25 | .00 | 3.25 | | | | | | | | |
| We 04/13 PCd:S | | 8.00 | 083 | | | | | | | | | | | | 8.00 |

```
            Total Clck Hours:  36.50  1.50  35.00  .00  .00  .00  .00  .00  .00  .00  12.00
                 Paid Hours:   47.00
Other Totals: V:    4.00  S:    8.00
```

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                    PAGE   1
    TIME: 16:27                       T&A TIME REPORT        (Selected Employee)             T2TIMEREP
                                   For Period: 04/14/05 - 04/27/05
```

```
DEBORAH HUGHES          Dept: 083   Job:        FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50      Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date    Code  Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn   1     2     3    Other  1     2     3    Other  Prod
Th 04/14 PCd:S   8.00  083                                                                                  8.00
Fr 04/15 PCd:S   4.00  083                                                                                  4.00
Mo 04/18 In -8  08:02  083
         Out    16:21                           8.25   .50  7.75
Tu 04/19 In -8  07:56  083
         Out    15:52                           7.75   .50  7.25
We 04/20 In -8  07:57  083
         Out    16:30                           8.50   .50  8.00
Th 04/21 PCd:V  51.44  083                                                                                 51.44
         PCd:1  80.00  083                      80.00       40.00                    40.00
                          Total Clck Hours: 104.50  1.50 63.00   .00   .00   .00 40.00   .00   .00   .00 63.44
                          Paid Hours: 166.44
    Other Totals: S:   12.00  V:   51.44
```