# EXHIBIT PX 18

# SEPARATION FROM EMPLOYMENT

**Dale Medical Center**

| CE NO. | NAME | DEPARTMENT | DEPT. NO. |
|---|---|---|---|
| 00399 | DEBBIE HUGHES | ARITON MEDICAL CLINIC | |

| 'ARTMENT HEAD | SUPERVISOR | POSITION CONTROL NO. | FTE |
|---|---|---|---|
| | | | |

| JOB TITLE | HIRE DATE | THIS DATE |
|---|---|---|
| OFFICE MANAGER | 7-1-98 | 4-20-05 |

REASON

IF VOLUNTARY, EMPLOYEE'S STATEMENT AND SIGNATURE IS REQUIRED. IF INVOLUNTARY, SUPERVISOR SHALL COMPLETE.

**PLAINTIFF'S EXHIBIT**

18

| LAST WORKED | TIME | TERMINATION DATE | EMPLOYEE SIGNATURE |
|---|---|---|---|
| 4-20-05 | | 4-20-05 | |

## SUPERVISOR'S EXIT INTERVIEW AND RATING

☐ RESIGNED 2 WEEKS NOTICE   ☐ RESIGNED NO NOTICE   ☒ DISCHARGED

GIVE DETAILS RELATING TO SEPARATION

POSITION ELIMINATED - EMP STATED SHE NO LONGER WANTED TO BE OFC MGR - WHEN ASKED TO WORK ON AGING ACCTS AND MAKE FINANCIAL ARRANGEMENTS WITH PTS SHE STATED SHE COULD NOT DO THAT BECAUSE THESE PTS WERE HER FRIENDS - THEREFORE, WE BROUGHT IN CONTRACT COMPANY TO BILL INS, DO FOLLOW-UP AND COLLECT AGED AR -

| Employee Rating | OUT-STANDING | MORE THAN SATIS | SATIS-FACTORY | NEEDS IMPROV | UN-SATIS. |
|---|---|---|---|---|---|
| PERSONAL QUALITIES | | | X | | |
| JOB KNOWLEDGE | | | X | | |
| JOB PERFORMANCE | | | | X | |
| DEPENDABILITY | | | X | | |
| INITIATIVE | | | | X | |
| JUDGMENT | | | | X | |
| COOPERATION | | | | X | |
| LEAVE POSS.? | OFFERED? | | REFUSED? | | TRANSFER? |

REHIRE? NO   IF NOT, WHY? LACK OF INITIATIVE AND INABILITY TO PERFORM ASSIGNED TASKS

DID YOU HAVE SUPERVISORY PROBLEMS?

* PAY OUT VAC HOURS AND 2 WKS SEVERANCE

MAILING ADDRESS (Must be completed including Zip Code)

| STREET | | CITY |
|---|---|---|
| STATE | ZIP | CARE OF |

## EMPLOYEE CLEARANCE — (Supervisor must complete - Question every item)

| Hospital Property | ☒ KEYS | ☐ MANUALS | ☐ ID CARD | ☐ LIBRARY MATERIAL |
|---|---|---|---|---|
| | ☐ PARKING PASS | ☐ UNIFORMS | ☐ | |

VACATION PAY ☐ YES ☐ NO   OTHER PAY ☐ YES ☐ NO   INSURANCE ☐ YES ☐ NO   C.U. LOAN ☐ YES ☐ NO

| SUPERVISOR | DATE | DEPARTMENT HEAD | DATE |
|---|---|---|---|
| *Deen* | 4/20/05 | | |
| ADMINISTRATION | DATE | PERSONNEL | DATE |

Form # Non - Stock 0126 Separation From Employment

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant