IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv595-SRW |
| ) | |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on June 11, 2007. The parties are hereby DIRECTED to comply with the order of this court entered on November 3, 2006 (Doc. #12), which establishes the briefing schedule. Additionally, the court requests the parties to mail or deliver to the court, in chambers, on or before July 24, 2007, bound and tabbed courtesy copies of their summary judgment submissions.

DONE, this 14th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE