IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>DALE COUNTY MEDICAL CENTER, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>1:06-cv-00595-SRW |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME
TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, by and through her attorney of record, and moves this Court for additional time to respond to the Defendant's Motion for Summary Judgment. In support thereof, Plaintiff states as follows:

1. Plaintiff is in receipt of the court's order of June 14, 2007, (Doc. 16) which establishes the briefing schedule for Plaintiff's reply in accordance with the November 3, 2006, order (Doc. 12), both of which establish the briefing schedule for the Plaintiff's reply to the Defendant's motion for summary judgment. Plaintiff's response is due July 2, 2007.

2. Plaintiff's counsel has read and understands this court's order, which provides, "Absent a showing of good cause, the dispositive motion deadline and

the briefing deadlines will not be extended. The Uniform Scheduling Order provides ample time for discovery, and the court generally does not consider failure to conduct needed discovery of the schedules of counsel to be good cause for extending the dispositive motion deadline or briefing schedule." (Doc. 12).

3. However, Plaintiff shows unto this Honorable Court that from June 24, 2007 until July 3, 2007, Plaintiff's counsel is attending the National Employment Law Association's (NELA) annual seminar in Puerto Rico.

4. In the limited intervening time, Plaintiff's counsel would not have the needed time to draft a meaningful response to Defendant's motion for summary judgment, nor meet with her client to discuss the same.

5. Plaintiff's counsel has placed a telephone call to both of Defendant's counsel to inquire as to Defendant's position. However, both counsel were out of the office and have been unable to return Plaintiff's telephone call.

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff moves this Honorable Court to extend the briefing deadline by thirty (30) days with Plaintiff's brief due August 1, 2007.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Alabama State Bar No.: 8327-E23A
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35209
(205) 879-0377 Telephone
(205) 879-3572 Facsimile
akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon each of the below listed, by placing same in the U. S. Mail, postage prepaid and properly addressed, this 14th day of June, 2007.

Jennifer L. Howard
Albert L. Vreeland
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL  35202-1945

/s/ Alicia K. Haynes
OF COUNSEL

OF COUNSEL:

HAYNES & HAYNES, P.C.
1600 Woodmere Drive
Birmingham, Alabama   35209
(205) 879-0377 Telephone
(205) 879-3572 Facsimile
akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon each of the below listed, by placing same in the U. S. Mail, postage prepaid and properly addressed, this 14th day of June, 2007.

Jennifer L. Howard
Albert L. Vreeland
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL  35202-1945

                                         /s/ Alicia K. Haynes
                                         OF COUNSEL