IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv595-SRW |
| ) | |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff's motion for additional time (Doc. # 17), filed June 14, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

1.   Plaintiff's response is due on or before July 12, 2007.

2.   Defendant's reply brief is due on or before July 23, 2007.

Done, this 15th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE