**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DEBORAH HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v.  ) | **1:06-cv-595-SRW** |
| ) | |
| **DALE COUNTY MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Defendant Dale Medical Center reports to the Court as follows:

As required by the Court's scheduling order, counsel for the parties have conferred regarding the possibility of settling this case. At present, a settlement has not been reached, but the parties have resolved to continue settlement negotiations in good faith.

The parties do not believe mediation would assist in resolving the case at this time but plan to reevaluate the possibility of mediation after briefing has been completed on Defendant's Motion for Summary Judgment.

Respectfully Submitted,

s/Jennifer L. Howard
Jennifer L. Howard ASB-9511-O68J
jhoward@lehrmiddlebrooks.com

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

     I hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Alicia K. Haynes, Esq.
        Haynes & Haynes, P.C.
        1600 Woodmere Drive
        Birmingham, AL 35226

        Respectfully submitted,

        s/Jennifer L. Howard
        Jennifer L. Howard ASB-9511-O68J
        Lehr Middlebrooks & Vreeland, P.C.
        P.O. Box 11945
        Birmingham, AL 35202-1945
        Phone: (205) 326-3002
        Fax: (205) 326-3008
        E-mail: jhoward@lehrmiddlebrooks.com
        Bar No.: ASB-9511-O68J

180710