**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 10, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

To:     Deborah Hughes

From:   Clerk's Office

Case Style:  Hughes v. Dale County Medical Center

Case Number:   1:06-cv-00595-SRW

Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

**No corporate/conflict disclosure statement has been filed by you in this action.**

This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.