IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00595-SRW** |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff and submits the following as evidence in opposition to Defendant's Motion for Summary Judgment in the above-referenced matter:

1. Affidavit of Deborah Hughes;

2. Deposition of Deborah Hughes with exhibits;

3. Deposition of Vernon Hughes with exhibits; and

4. Deposition of Sheila Dunn with exhibits.

        Respectfully,

        s/ Alicia K. Haynes
        Alabama State Bar No. ASB-8327-E23A
        Attorney for Plaintiff
        Deborah Hughes

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

        s/ Alicia K. Haynes
        **OF COUNSEL**