IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-cv-00595-SRW |
| ) | |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF DEBORAH HUGHES

I, the undersigned, Deborah Hughes, hereby swear or affirm that the following is true and correct and based on my personal knowledge.

1.  My name is Deborah Hughes. I am fifty years old. My date of birth is September 8, 1956. I worked at Dale Medical Center for 31 years and began my employment with them in 1974. I was terminated on April 20, 2005. I have never received a written warning or disciplinary action for any infraction while employed. My last supervisor was Dr. Ennis.

2.  I held the position of office manager. However, there was not a job in the office that I had not held nor could not have done. Because the office was small and often understaffed, I was frequently called upon to work any and

all positions. I made all of the hiring decisions in the office with the exception of the physician. I was in charge of scheduling of employees, patients, coding and billing of charts, making deposits, over the indigent medicine program, ordering of all supplies and generally ran the office.

3. Lisa Brooks was the receptionist, did patient scheduling and collected money from patients. She also did odd jobs I assigned to her. Ms. Brooks was in her late 20's when I hired her and I was at least 25 years older than her. Not only had I hired Brooks, I had also trained her to do her job. At the time I was terminated she had been with the company less than a year. At one point I had issued a written discipline to Brooks because she gave out confidential patient information. I discussed the matter with Dr. Ennis and he concurred in my decision to discipline Brooks.

4. Karen Williams was also a younger employee that worked as a medical assistant in the clinic. Prior to her hire, I was doing her job and in her absence I would fill in for her. Karen Williams was also in her 20's and had been employed less time than Lisa Brooks at the clinic.

5. Each of the facilities within Dale Medical Center had an office manager or an office coordinator. I was the only one terminated. I am familiar with the managers of the other offices as I would have conversations with these individuals or see them at meetings. It was my impression and belief that I

was one of the older office managers and office coordinators of the other 5 medical facilities.

6.  In December 2004 I was diagnosed with two benign brain tumors. Ms. Ennis, Dr. Ennis wife required me to send in medical excuses from my doctor in Birmingham directly to her. When I went on medical leave, Ms. Ennis was managing employees in my absence and doing my job duties. She would call me three and four times a week asking me questions and telling me to hurry back to work so I could take over the office manager job again.

7.  I never said that I would not collect old accounts because they were my friends. I did state it would be difficult, but we have to do what we have to do. I went straight to ordering supplies to start collecting on the old accounts.

8.  When I returned to work after my second leave, Dr. Ennis would not speak to me. I came back on a Monday and was terminated that Wednesday morning, two days later.

9.  When I was terminated I was told by Mrs. Dunn that I was no longer needed and my job had been downsized. When I questioned her how my job could be downsized she then stated that I had not called in an absence. I informed Ms. Dunn that I had used the proper procedure. I had called in

and also had my doctor fax an excuse stating that I would need a week off for the panic attacks due to the steroid medication I was taking. Ms. Dunn told me that she did get the excuse from the doctor and did not like it and I was still going to be downsized and that it was her word against mine.

10. I asked if there was not another job I could take because I had 31 years of service at Dale. Dunn told me that she did not have anything right then for me to go into, but that I would be the first person she called. Dunn me I was eligible for rehire and could draw my unemployment. She told me yes. I also asked Vernon Johnson for another job when I appealed my termination and was told by Johnson that I did not qualify for another job. I told Johnson that I could do Lisa Brooks job and he said he would not fire her to give me her job. I told him he was firing me and giving my job away. He told me that I was just pulling at straws.

11. I have submitted three applications for employment since my position was eliminated and have not been granted an interview nor notified about any of my applications.

I have read the above and it is true and correct to the best of my knowledge.

_____
Deborah Hughes

SWORN TO AN SUBSCRIBED before me on this the 11th day of July, 2007.

_____
Notary

My Commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS