— Please Return By 7/22/04          RECOMMEND ___ % INCREASE

# DALE MEDICAL CENTER
## PERFORMANCE APPRAISAL
### ADDENDUM



DEFENDANT'S EXHIBIT 5

Position Title: Office Manager/Patient Account / Insurance Clerk   Department: Ariton Medical Clinic
Appraisal Review Date: 8/1/04   Employee Name: Deborah Hughes

The above staff member must be able to demonstrate the knowledge and skills necessary to provide care, based on physical, psycho/social, educational, safety, and related criteria, appropriate to the age of the patients served in his/her assigned service area. The skills and knowledge needed to provide such care may be gained through education, training or experience.

## Age Specific Criteria Checklist

| | Demonstrates the minimum knowledge, skills, and abilities for the following inpatient populations: | | | | |
|---|---|---|---|---|---|
| | Neo-Natal Yes No NA | Pediatrics Yes No NA | Adolescence Yes No NA | Adult Yes No NA | Geriatrics Yes No NA |
| Knowledge of growth and development: | ✓ | ✓ | ✓ | ✓ | ✓ |
| Ability to assess age specific data: | ✓ | ✓ | ✓ | ✓ | ✓ |
| Ability to provide age specific data: | ✓ | ✓ | ✓ | ✓ | ✓ |
| Ability to interpret age specified data: | ✓ | ✓ | ✓ | ✓ | ✓ |
| Possess communication skill necessary to interpret age specific response to treatment | ✓ | ✓ | ✓ | ✓ | ✓ |
| Ability to involve family or significant other in decision making related to plan of care: | ✓ | ✓ | ✓ | ✓ | ✓ |

Any negative response on this form will be reflected in the overall performance rating of the individual and established as a goal for improvement through additional training, education, etc.

Department
Manager Signature: _____   Date: 7/20/04
Employee Signature: _____   Date: 7/26/04

EMPLOYEE _Deborah Hughes_ POSITION -- OFFICE MANAGER

DEPARTMENT:   PHYSICIAN OFFICE / ARITON MEDICAL CLINIC

PERIOD COVERED  _8/03 - 8/04_    REASON FOR REVIEW _Annual_

JOB TITLE:    OFFICE MANAGER / PATIENT ACCOUNT / INSURANCE CLERK

SUPERVISOR:   PHYSICIAN / PRACTICE MANAGEMENT


JOB SUMMARY:  To direct the overall administrative activities of the Physician's Office, to ensure that proper administrative procedures are maintained.

JOB SPECIFICATIONS:
Must possess the ability to make independent decisions when circumstances warrant such action and to remain calm during emergent situations. Must possess the ability to deal tactfully with personnel, patients, visitors, and the general public. Must be knowledgeable of administrative practices, procedures, and guidelines. Must possess a cheerful personality and be able to work harmoniously with other personnel. Must possess the ability to seek out new methods and principles and be willing to incorporate them into existing practices. Must be able to operate office machinery efficiently. Must be able to cope with the mental and emotional stress of the position. Must function independently, have flexibility, personal integrity, and the ability to work effectively with other personnel. Must be willing to work beyond normal working hours when the need arises. Must have a thorough knowledge of billing mechanisms especially the UB-92 and other insurance claim forms. Must perform follow-up on patient accounts. Must maintain accurate accounts of daily financial transactions. Compile information for monthly financial statements and assist in annual audits of the records.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant         D00054

Page 1

EMPLOYEE  _Debbie Hughes_____

DEPARTMENT: PHYSICIAN OFFICE / ARITON MEDICAL CLINIC

PERIOD COVERED _____ REASON FOR REVIEW _____

JOB TITLE:  OFFICE MANAGER / PATIENT ACCOUNTS / INSURANCE CLERK

RATING SCHEME:   1 - UNSATISFACTORY     3 - MEETS REQUIREMENTS
                 2 - NEEDS IMPROVEMENT

| RESPONSIBILITIES | PERFORMANCE STANDARDS | 1 | 2 | 3 |
|---|---|---|---|---|
| I. Directs administrative activities | 1. Assists in planning, developing, organizing, implementing, evaluating, and directing administrative office policies and procedures. | | | ✓ |
| | 2. Develops and maintains a good working rapport with inter-department personnel, as well as other departments. | | | ✓ |
| | 3. Assures that all office staff follows established policies and procedures. | | ✓ | |
| | 4. Interprets office policies and procedures to office staff, patients, patient's family members, visitors and others. | | | ✓ |
| | 5. Organizes, evaluates and monitors business office operations. | | | ✓ |
| | 6. Collects, maintains, and provides statistical data as directed. | | | ✓ |
| | 7. Assists in the establishment and maintenance of an adequate filing system. | | | ✓ |
| | 8. Assures that the office is maintained in clean and safe manner and that necessary equipment and supplies are maintained to perform required duties. | | | ✓ |
| | 9. Assists in scheduling office working hours, personnel and work assignments. | | | ✓ |
| | 10. Assists in determining office staffing and evaluates employees performance. | | | ✓ |

Page 2

EMPLOYEE _____

DEPARTMENT  PHYSICIAN OFFICE / ARITON MEDICAL CLINIC

PERIOD COVERED _____ REASON FOR REVIEW _____

JOB TITLE:   OFFICE MANAGER / PATIENT ACCOUNTS / INSURANCE CLERK

RATING SCHEME:   1 - UNSATISFACTORY      3 - MEETS REQUIREMENTS
                 2 - NEEDS IMPROVEMENT

| RESPONSIBILITIES | PERFORMANCE STANDARDS | 1 | 2 | 3 |
|---|---|---|---|---|
| II. Patient/Insurance Information | 1. Assure that CONFIDENTIALITY of all patients and patient information is strictly adhered to. | | | ✓ |
| | 2. Maintains necessary information for financial reports and in regards to patient's bills, maintains accurate balances for each patient account. | | | ✓ |
| III. Other Duties | 1. CPT-4 / ICD-9 Coding and diagnosis. | | | ✓ |
| | 2. Assists Physician and patients. | | | ✓ |
| | 3. Work up patients. | | | ✓ |
| | 4. Assist with drawing blood from patient. | | | ✓ |
| | 5. Assists with breathing treatments, O2 Sats and glucometer readings (in-house blood sugars). | | | ✓ |
| | 6. Perform maintenance/sterilization of all instruments. | | | ✓ |
| | 7. Perform house cleaning duties within clinic and launder exam gowns on weekends. | | | ✓ |
| | 8. Chart documentation and preparation of all daily patient procedures. | | | ✓ |
| | 9. Call in prescriptions and preparation of prescriptions. | | | ✓ |
| | 10. Type letters to patients reference results of tests and call reference tests. | | | ✓ |

Page 3

EVALUATOR SIGNATURE _[signature]_
DEPT HEAD SIGNATURE
EMPLOYEE SIGNATURE _[signature]_
DATE 07/26/04

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00057