**DEFENDANT'S EXHIBIT** 

# Aventis Pasteur 

Remit To:
Aventis Pasteur
12458 Collections Center Dr
Chicago, IL 60693

| 10/23/2004 | 70028578 | 92654758 | 08/24/2004 |
|---|---|---|---|
| $24,990.00 | | | $25,500.00 |

**INVOICE**

Amount Paid $ _____

Ariton Medical Clinic PA
PO Box 510
ARITON AL 36311

Ariton Medical Clinic PA
37 W Main ST
ARITON AL 36311-0188

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT TO ENSURE PROPER CREDIT

Aventis Pasteur: For inquiries, please call 1-800-VACCINE (1-800-822-2463) 9AM-8PM ET, Mon-Fri or visit us at www.VaccineShoppe.com

| 802511735 | 2313062 | 2 Day UPS Grd | | 00001 | 1 of 1 |
|---|---|---|---|---|---|
| 70028578 | Debbie | | | 08/24/2004 | 92654758 |

| 374-15 | 300 | PAC | FLUZONE SV 2004-2005 10 DOSE NON-RETURNABLE | 85.00 | 85.00 | 25,500.00 |
|---|---|---|---|---|---|---|
| Lot# U1410BA | | | | | | |

*signature 9/2/04*
*RECEIVED SEP 0 9 2004*
*ENTERED SEP ... 2004*

Subtotal of Items       25,500.00

Save time on-line at www.VaccineShoppe.com.
It's click and easy!

**Invoice Summary**
Subtotal of Products                        25,500.00
Net Subject to Prompt Pay Discount          25,500.00
Amount Due On or After 10/24/2004           25,500.00
Prompt Pay Discount                            510.00-
Amount Due if Paid by 10/23/2004            24,990.00

*Prices are net of all discounts, except VaccineShoppe.com and prompt pay discounts (if any), listed in the Invoice Summary. As part of the cost reporting process or otherwise, Purchaser may be required to disclose discounts or rebates pursuant to 42 U.S.C. 1320a-7b.(b)(3)(A), 42 C.F.R. 1001.952(h)(1), other federal or state laws, or agreements with other payers.

Please call within 48 hours of receipt if discrepancies are noted.          25,500.00

ale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant          D00147