SURGERY  205 250 6580  01/12 '05 14:20 NO.701 01/01

**DEFENDANT'S EXHIBIT**
7

# NORWOOD Clinic

Neurosurgery Department
1528 Carraway Boulevard
Birmingham, Alabama 35234
(205) 250-8000
Neurosurgery: (205) 250-8805

Fax 334-762-2430

Name of Employee: Deborah F. Hughes    Name of Employer: _____

Date of injury: _____    Date of this visit: 2/?/05

Diagnosis: _____

Return to limited work, date: 2/7/05    Avoid: OK to work ½ day (4 hours)

Return to regular work, date: _____    Next appointment: _____

Remarks: _____

Signed: Robert O. Craddock, MD

PLEASE TURN IN TO EMPLOYER

NS-0002