02/18/2005 08:53 FAX  2052508981              NEUROSURGERY                    ☑001/001

*Attn: Debbie*
*Fax# (334) 762-2483*

## NORWOOD Clinic

Neurosurgery Department
1523 Carraway Boulevard
Birmingham, Alabama 35234
(205) 250-8000
Neurosurgery: (205) 250-5805

Name of Employee: _Deborah F. Hughes_ Name of Employer: _____

Date of Injury: _____ Date of ~~discharge~~ _2/18/05_ _____

Diagnosis: _____

Return to limited work, date: _____ Avoid: _____

Return to regular work, date: _2/21/05_ _____ Next appointment date: _____

Remarks: _OK to Return to Full Time_ _____

Sign: _Robert O Crabb[...]_ _____ MD        PLEASE TURN IN TO EMPLOYER

N8-0002

**DEFENDANT'S EXHIBIT**
*8*

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00005