☑ *Luna U. Sy, M.D.* • ☐ *Dong Lim Ji, M.D.*
Internal Medicine / Board Certified / Family Medicine

324 White Avenue
Ozark, AL 36360

(334) 445-9101
Fax: (334) 445-3501

DEFENDANT'S EXHIBIT
9

## CERTIFICATE TO RETURN TO WORK OR SCHOOL

Mr.
Mrs.
Miss _Deborah Hughes_

has been under my care from __4-11-05__ to _____

and is able to return to work / school on __4-18-05__

Remarks: _____

_Signature of Physician_        Date __4-11-05__

Form # Non-Stock 0445 (Revised 10/01)

WIREGRASS PRINTING PLUS

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00002