Case 1:06-cv-00595-SRW    Document 22-16    Filed 07/12/2007    Page 1 of 2

Hughes v. Dale County
RFP 0197

PLAINTIFF'S EXHIBIT
1

OCTOBER 20, 2004

OZARK, ALABAMA

2400 00-00-00 ******CAR-RT LOT**C 001
OZARK-DALE CO. PUBLIC LIBRARY 10W 61P 54S
416 JAMES ST.
OZARK AL 36360-2082

Name of Paper: The Southern Star

# Flu Vaccine Shortage Hits Dale County

→ We are still looking for the Article

**By Sarah Gilbert**

A week ago, there was enough vaccine in Dale County to supply all of the physicians and medical clinics in the county.

Today, residents will be hard-pressed to find any of the vaccine, said Vernon Johnson, administrator of Dale Medical Center.

"We had enough vaccine for all our physicians and clinics in Dale County," Johnson said. "We were in good shape."

But after an article was published in an area newspaper stating that Dale County had a "surplus" of the vaccine, the supply is now depleted.

"We were officially out of the flu vaccine as of Friday," Johnson said. "We placed our order early, got our supply to stock all of the physicians in Dale County. But with the rush — we have had people come in from other areas — we're out."

Some 300 doses of the vaccine were administered at StatMed in Ozark on Oct. 13, and another 200 on Oct. 14.

The nation's flu vaccine supply was cut in half after Britain suspended the license of one of that nation's two major suppliers. The Alabama Department of Public Health received only 99,000 of its expected 239,000 doses of the vaccine.

"People can still check with their primary care physician in Ozark," Johnson said. "Some still may have some."

The Center for Disease Control had recommended the flu vaccine be given only to children 6-23 months, adults 65 and older, persons

Continued on Page 3A



WAITING FOR FLU SHOT — This was the line Thursday morning at StatMed, a facility of Dale Medical Center. A staff spokesperson said StatMed in Ozark gave out some 300 doses of flu vaccine Wednesday, another 200 on Thursday and ran out of the vaccine on Friday. The nation's flu vaccine supply was cut in half recently, leaving many without protection against the dreaded virus at the beginning of the flu season. (Photo by Joe Adams)

Hughes v. Dale County
RFP 0198

## Vaccine
### Continued from Page 1A

underlying chronic conditions, all who will be pregnant this season, residents of nursing homes and long-term care facilities, children 6 to 18 years who are on chronic aspirin therapies, and health care workers involved in direct patient care.

In light of the shortage, the CDC is recommending that senior adults who have not received the flu vaccine ask their physicians about the Pneumococcal vaccine, commonly called the pneumonia shot. The vaccine may help reduce the chances of serious complications found with flu

### Trying
Continued from Page 1A