

**Dale Medical Center**

*"Your Life is our Life's Work"*

# EMPLOYEE
# HANDBOOK

PLAINTIFF'S
EXHIBIT

2

*May 2004*

**Table of Contents**

**Introduction**

**Mission Statement**

**Vision Statement**

**1.      General Employee Information**
1.1      Equal Employment Employer
1.2      Harassment Policy
1.3      Workplace Violence Policy
1.4      Age Requirements
1.5      Initial Employment Period
1.6      Employee Classifications
1.7      Length of Service
1.8      Licenses and Registrations
1.9      Relatives
1.10     Resignations and Terminations
1.11     Corporate Compliance Policy
1.12     HIPAA

**2.      Wages and Salary Program**
2.1      General Policy
2.2      Performance Evaluations
2.3      Promotions and Transfers
2.4      Shift Differential
2.5      Pay for On-Call and Call-Back
2.6      Overtime/ Nonexempt Employees
2.7      Recording Time
2.8      Schedules and Hours of Work
2.9      Paydays and Paychecks
2.10     Payroll Deductions
2.11     Garnishments
2.12     Salary Advance
2.13     Attendance
2.14     Absence During Working Hours
2.15     Days Off

**3.      Conduct**
3.1      Your Role in Public Relations
3.2      Dress and Appearance
3.3      Rules of Conduct
3.4      Drugs and Alcohol Policy
3.5      Ethics
3.6      Confidential Information

**3.    Conduct (Continued)**
3.7    Theft
3.8    Care of Equipment
3.9    Telephone Courtesy
3.10    Gifts and Tips
3.11    Loitering on the Premises
3.12    Parking
3.13    Identification Badges
3.14    Lost and Found
3.15    Solicitation
3.16    Visitors
3.17    Problem Solving Procedure

**4.    Benefits**
4.1    Health Examinations
4.2    Health Insurance
4.3    Life Insurance
4.4    Dental Insurance
4.5    Vacation with Pay
4.6    Sick Leave
4.7    Bereavement Leave
4.8    Military Leave
4.9    Holidays
4.10    FMLA Leave, Extended Parental Leave,
        Educational Leave
4.11    Jury Duty
4.12    Workers' Compensation
4.13    Retirement Plan
4.14    Social Security
4.15    Education
4.16    Food Service
4.17    Credit Union
4.18    Employee Records and Changes
4.19    Personal Medicines
4.20    Notary Public
4.21    Employee Entertainment Discounts
4.22    Flexible Spending Account
4.23    Temporary Disability Leave of Absence
4.24    Long Term Disability Insurance

**5.    Safety**
5.1    Your Safety
5.2    Safety of Work Areas
5.3    Fires and Disaster
5.4    Smoking and Tobacco Use
5.5    Accidents to Employees
5.6    Accidents to Patients
5.7    Accidents to Visitors



## Introduction

This handbook is intended to provide employees with a general understanding of the personnel policies at Dale Medical Center. The personnel policies in this handbook supersede all prior published or unpublished policies.

Providing excellent service to our customers is one of the fundamental objectives of Dale Medical Center. Each member of our organization has a responsibility to demonstrate friendliness and service at all times.    In an effort to accomplish this, employees are asked to be respectful and courteous to everyone. Acknowledge a customer's presence immediately, make eye contact and introduce yourself.  If known, address customer by name.  Personally escort anyone needing directions to their destination instead of pointing the way.  Be courteous in any conversation in public areas such as elevators, hallways, cafeteria and waiting rooms.  Keep noise levels to a minimum. Speak softly and when possible refrain from using overhead pages.  Express gratitude to our customers for choosing Dale Medical Center for their healthcare needs.

The information in this handbook should be helpful in familiarizing employees with the hospital.  This handbook, however, cannot anticipate every situation or answer every question about employment.    *THIS HANDBOOK AND THE POLICIIES CONTAINED HEREIN DO NOT IN ANY WAY CONSTITUTE, AND SHOULD NOT BE CONSTRUED AS, AN OFFER OR CONTRACT FOR EMPLOYMENT BETWEEN THE EMPLOYER AND EMPLOYEE, OR ANY OFFER, AGREEMENT, OR PROMISE WITH REGARD TO TERMS OR CONDITIONS OF EMPLOYMENT.*



*"Your Life is our Life's Work"*

# Mission Statement

Our Mission is to identify
and meet the health care
needs of the community
through commitment to
quality, compassionate,
cost efficient health care.
Our mission includes
health education, wellness
programs, prevention and
treatment.



*"Your Life is our Life's Work"*

# Vision Statement

- We provide services to our patients at the lowest possible cost.
- The expectations of our patients and their families are exceeded.
- Services provided at Dale Medical Center are services of choice for the patient due to our reputation for excellence.
- The needs of our physicians are consistently met.
- Outcomes of patients we treat exceed national standards.
- Citizens we serve recognize Dale Medical Center as vital to the community.
- Our employees are recognized as leaders in their profession.
- Dale Medical Center meets the professional and personal needs of its employees and their families.
- All level of employees are empowered and feel ownership and responsibility for the organization.

## Section 1
## General Employment Information

### 1.1 Equal Employment Employer

As an employer Dale Medical Center will not discriminate or permit discrimination against people because of race, color, religion, national origin, sex, age, disabilities, citizenship status, or any other condition protected by law.   This includes the behavior of peers, superiors, subordinates, physicians, patients, patient family members, and visitors to the premises.    Conduct in violation of this policy by an employee may result in disciplinary action up to and including termination.  An employee who has a complaint or concern relating to this policy should report such conduct to his/her supervisor, the Director of Human Resources, the Corporate    Compliance    Officer,    or    the    Hospital Administrator.

### 1.2 Harassment Policy

This policy applies to each and every employee at Dale Medical Center, both management and non-management. It is hospital policy that all employees have a right to work in an environment free of discrimination, which encompasses freedom from any form of harassment.    The hospital prohibits harassment of its employees based on race, sex, color, religion, national origin, age, disability, veteran status, citizenship status, or any other factor resulting in abusive, taunting, demeaning or harassing behavior.  This includes the behavior of peers, superiors, subordinates, physicians, patients, patient family members, and visitors to the premises.   Such conduct by an employee may result in disciplinary action up to and including termination.

Although it is not the only type prohibited, the most common form  of  harassment  relates  to  sexual  harassment. Specifically, no supervisor may threaten or insinuate, either explicitly or implicitly, that an employee's submission to or rejection of sexual advances will in any way influence any personnel decision regarding that employee's employment, evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development.

Other sexually harassing conduct in the workplace, whether physical  or  verbal,  committed  by  supervisors,  non-supervisory  personnel,  visitors  or  customers  is  also

1

prohibited. This includes: repeated offensive sexual flirtations; advances, propositions; continual or repeated verbal abuse of a sexual nature; graphic verbal commentaries about an individual's appearance; sexually degrading words used to describe an individual; and the display in the workplace of sexually suggestive objects or pictures.

An employee who has a complaint or concern relating to sexual harassment, or any other form of harassment, abusive, taunting or demeaning behavior must report such conduct to the Director of Human Resources, the Corporate Compliance Officer, the Hospital Administrator or the Chairman of the Personnel Committee, including concerns about possible harassment from non-employees. An employee should report the behavior or concern even if the behavior complained about is not directed toward the employee who reports it. To the fullest extent possible and subject to its commitment to completely investigate matters about which it becomes aware, the hospital will take appropriate steps to ensure confidentiality of those who report harassment as well as those who participate in or cooperate with an investigation. The hospital will respond to complaints or concerns promptly, and take remedial action, where appropriate.

The hospital takes very seriously its prohibition against harassment. It is also a violation of policy for anyone to retaliate, threaten, or seek any type of reprisal against an individual who reports harassment or who participates or cooperates in an investigation regarding harassment. If an employee believes that reprisal, intimidation, or retaliation has occurred, report that to the supervisor, the Human Resources Director, the Corporate Compliance Officer, the Hospital Administrator or Chairman of the Personnel Committee.

### 1.3 Workplace Violence Policy
Dale Medical Center has a policy of zero-tolerance for workplace violence, verbal and non-verbal threats, and related actions. DMC places as much emphasis on employee safety as it does for its patients and customers. This policy applies to all employees, managers, supervisors, vendors, contractors, and visitors. Employees are required to report all assaults or threats to a supervisor, Human

2

Resources Director, the Corporate Compliance Officer or the Hospital Administrator. The report will be kept confidential to the extent possible and employees are assured that no reprisals will be taken against an employee because they report or experience workplace violence or threats. Employees who are victims of workplace violence or threats are encouraged to file formal charges with local law enforcement. DMC may also file charges when the actual circumstances dictate. Any employee who commits or threatens violence, as determined by management, will be disciplined up to and including termination.

Dale Medical Center is dedicated to provide comprehensive treatment for victimized employees, as well as employees who have witnessed a workplace violence incident. This will include prompt medical evaluation and treatment, as appropriate, as well as counseling. Any medical evaluations, treatments and counseling will be kept confidential.

Dale Medical Center believes that preparation and prevention are an integral part of this policy. Where indicated and appropriate, changes and improvements have been made to facilities to enhance security. In furtherance of these efforts, DMC invites employee suggestions regarding additional safety and security measures and practices. Please direct any such suggestions to the Human Resources Department.

## 1.4 Age Requirements
Normally, candidates for regular full time employment must have reached their eighteenth (18th) birthday. Persons who have reached their sixteenth (16th) birthday may be considered for part time employment within the limits of state and federal law. The age limitations stated above are the only limitations related to age and employment utilized by Dale Medical Center.

## 1.5 Initial Employment Period
The first 90 calendar days of employment will be an initial employment period, during which time the employee may become adjusted to work, patients and fellow workers. During the initial employment period, the nonexempt employee will not be entitled to all employee benefits as set forth elsewhere.

3

D00165

## 1.6 Employee Classifications

After successful completion of the initial employment period, employees are classified in one of the following ways:

Regular Full-Time Employees: A regular full-time employee is one who is classified by the Hospital and who is hired for and regularly scheduled to work at least 40 hours per week. However, the hospital does not guarantee any employee 40 hours per week.    Most regular full-time employees are eligible for all employee benefits.

Regular Part-Time Employees: A regular part-time employee is one who is so classified by the Hospital and who is hired for and regularly scheduled to work less than 40 hours per week.  Most regular part-time employees are eligible for limited employee benefits determined at the time of hire.

PRN Employees: A PRN employee is one who is so classified by the hospital and who is scheduled to work on an "as-needed" basis with no regularly scheduled hours. PRN employees are not eligible for employee benefits.

Temporary Employees: A temporary employee is one who is so classified by the hospital and whose work assignment, either on a full-time or part-time basis, is expected to be of limited duration.  Temporary employees are not guaranteed employment for the duration of their work assignment. Their employment is for an indefinite term, not to exceed the duration of the work assignment.  Temporary employees are not eligible for benefits.

## 1.7 Length of Service

LOS, as used herein, will mean the length of time you have been in continuous service at Dale Medical Center.  Such LOS is normally compared with employees in the same department and same job category and not with an employee in another department.

## 1.8 Licenses and Registration

All licensed personnel, e.g. registered nurses, LPN's, pharmacists, physical therapists, etc., must present current Alabama license when making application.    A copy of required licenses (with the exception of nursing) and registrations will be placed in personnel records.  It is the employee's responsibility to insure a current copy is

4

provided department managers *on an annual basis*. Failure to do so may subject employee to disciplinary action.

## 1.9 Relatives

Relatives of employees may be considered for employment. Members of the same immediate family may not work in the same department if they have the same supervisor, work the same shift, if there is a supervisory relationship between them, or if their job assignments result in a work relationship on a regular basis, without Administrative approval.

## 1.10 Resignations and Terminations

Since continued employment with Dale Medical Center is based on mutual consent, either the employee or the employer is privileged to terminate the employment relationship at will. If you decide to leave your job, however, it is asked that you give at least two weeks notice. Department heads are required to give four weeks notice. This will give the hospital time to secure and train a replacement to insure uninterrupted patient services. There are three types of termination procedures:

Resignation: An employee who terminates services with the hospital giving proper *written* notice to his/her immediate supervisor. An employee who resigns with proper notice may be favorably considered for reemployment. Accrued, unused vacation hours will be paid on final paycheck to employees who resign giving and completing proper notice as defined above.

Quitting: An employee who resigns without notice or with less than the required notice or an employee who is absent for three consecutive workdays without notifying his/her immediate supervisor or department head is considered to have quit. An employee who quits may not be considered for reemployment. Accrued, unused vacation hours will *NOT* be paid.

Termination: An involuntary termination initiated by the hospital is considered a termination. Terminated employees may not be considered for reemployment unless the termination was due to a reduction in force or the abolition of a position. Accrued, unused vacation hours will *NOT* be paid unless the termination was due to a reduction in force or the abolition of a position.

5

## 1.11 Corporate Compliance Policy
It is the policy of Dale Medical Center to fulfill its commitment to provide quality medical care while demonstrating integrity and honesty as a participant in federally and state funded health care programs and complying with all applicable state, Federal, and local laws and regulations.

Dale Medical Center will conduct its business ethically, legally, and competently. Periodic audits will be conducted in such areas as billing, contracts, laboratory services, coding, test information, reporting and documentation. Every employee is directed to report problems or concerns about possible violation of laws, regulations, or DMC policies to your Department Manager, the Administrator, or the Compliance Officer, as outlined in the Corporate Compliance Handbook.     DMC will promptly and fully investigate all reports, maintaining confidentiality to the extent as required by law.

*A Corporate Compliance Handbook is available in all departments for review.*

## 1.12 HIPAA
It is the policy of Dale Medical Center that each employee is trained and familiar with the HIPAA policies and procedures of DMC.

*A HIPAA Policy and Procedure manual is available in each department for reference.*

6

## Section 2
## Wages and Salary Program

### 2.1 General Policy
Jobs which require about the same level of skill, responsibility, effort and training, are placed in the same pay grade and every effort is made to keep those pay scales competitive with wages paid for similar jobs in the area, consistent with good business practices. Your salary is considered confidential information and will not be discussed with any employee other than your department head or Human Resources. Any breach of this confidentiality may result in disciplinary action up to and including termination.

### 2.2 Performance Evaluations
We know that you will want to know whether your performance meets the hospital's job standards. Our policy is to periodically evaluate your job performance. Every employee should know how well he/she is performing. For this reason, employees of the hospital generally receive a performance evaluation on an annual basis. The first performance evaluation is generally at the conclusion of the initial employment period. Thereafter, evaluations generally will be conducted annually during the anniversary month of employment. Your supervisor's evaluations on these reviews are important factors in determining promotional and transfer opportunities.

### 2.3 Promotions and Transfers
Transfer or promotion will be based on the employee's qualifications and merits with the final decision being made by the supervisor or department head in whose department the vacancy exists.

### 2.4 Shift Differential
For those who work evening or night shifts and who are eligible for shift differential, DMC will pay your regular salary plus the established differential for your department and the shift worked when at least 50% of the scheduled hours worked fall between 5:00 P.M. and 7:00 A.M. Shift differential is paid only for hours actually worked. It does not apply to vacation, sick leave, holiday pay, or any other paid absence.

7

## 2.5 Pay for "On Call" and "Call Back"

Certain employees of the hospital will be required as a condition of employment to be on call in case of emergency or to be available for work if needed.    Nonexempt employees who are required to be on call will be compensated at a specified rate of call pay.

## 2.6 Overtime for Nonexempt Employees

Because our hospital operates 24 hours a day, it is sometimes necessary for employees to work overtime. Nonexempt employees will be paid one and one-half times the regular rate for time worked in the workweek that is in excess of 40 hours. Holidays, vacation, sick leave, or any other paid leave will not contribute to overtime.    Under certain circumstances, time off from regularly scheduled working hours may be given during the same week in return for overtime hours worked. All overtime must be approved in advance by your supervisor.

## 2.7 Recording Time

Each employee must clock in when reporting for work and clock out upon completion of the workday.  Badges are issued to each employee. Lost badges should be reported immediately to Human Resources/Payroll and can be replaced at a cost to be determined by current material prices.

Any employee leaving the hospital during the day must have approval of supervisor.  Employees are required to clock out when leaving on other than official hospital business and clock in upon return. It is prohibited for one employee to clock another employee's badge, and both parties may be terminated if this occurs.

Employees who fail to either clock in or out must have time entered on time sheet by supervisor.  Employees who continuously fail to clock in or out may be subject to disciplinary action.

It is the responsibility of each employee to insure that his/her reason for absence is stated on time sheets. Vacation days must be recorded, but may only be paid when prearranged and scheduled through supervisor. Sick days must also be recorded on time sheets and will be paid if proper call-in procedures are followed. *If any paycheck*

8

*is incorrect because of failure to follow these procedures, the difference will not be paid until the next payday.*

Additional paychecks may be issued if the error is made by the hospital.

Employees should not clock in any earlier than seven (7) minutes prior to shift start and should clock out no later than seven (7) minutes after the shift ends. Overtime will be calculated in 15-minute increments. Exception to this will be if a supervisor requests an employee to come in early or stay late. If an employee clocks in more than 7 minutes late, 15 minutes will automatically be deducted from time.

Time sheets will be given to each department each Thursday. *It is the employee's responsibility to assure all vacation, sick, holiday and any other hours not automatically recorded are written in before the sheet is returned to Payroll.*

### 2.8 Schedules and Hours of Work
Work schedules are posted in advance and adhered to as closely as possible. However, the supervisor or department head may alter schedules and hours as circumstances require. Such alterations will be communicated to you as quickly as possible. A workday in excess of six (6) hours is exclusive of time taken for meals and provides for one 15-minute rest period, *workload permitting.* Scheduled hours or days of work may not be changed or altered without prior approval of the immediate supervisor.

### 2.9 Paydays and Paychecks
Salary checks will be issued every other Thursday, eight days after the end of each pay period. Paychecks will be distributed by the department heads.

If you have any questions about your check, contact your supervisor immediately. Supervisor will contact Payroll to resolve any discrepancies. Paychecks *may not* be issued before the scheduled payday.

### 2.10 Payroll Deductions
Only deductions required by law or authorized in writing will be withheld from pay. Mandatory deductions that must be made are: federal and state income tax, and social security

9

D00171

taxes.    Deductions may be authorized for retirement contributions, credit union deposits, hospital accounts, health/life/dental insurance, Christmas Club, and other authorized benefit plans.

## 2.11 Garnishments

If any employee is garnished, garnishment will be handled in accordance with applicable state and federal laws. Processing/handling fees as permitted by law may be assessed. Employees who are served with more than two (2) garnishments in a 12-month period may be subject to disciplinary action up to and including termination.

## 2.12 Salary Advance

It is not possible for Dale Medical Center to make payments to employees in advance of the regularly scheduled paydays.

## 2.13 Attendance

It is expected that each employee of the hospital be prompt and work as scheduled.  Chronic tardiness for work and absenteeism, regardless of cause, places an undue hardship on other employees and detracts from the quality of patient care.  It is required that you notify your supervisor of any intended absence.  This advance notice will permit arrangements for sufficient staff to carry out patient care functions and other operational requirements of the hospital. Failure to notify your supervisor of your intended absence immediately may result in the absence being recorded as unexcused.  Do **NOT** leave word with another employee or with the switchboard operator.  Accrued sick time is a benefit and may **only** be utilized in the event of the employee's illness. Employees who are absent because of illness should advise their supervisor daily of their status and estimated date of return to work.  Employees who are absent from work for three (3) consecutive days without notifying their supervisor will be considered to have abandoned their jobs and will be removed from the payroll. **Excessive absenteeism shall be defined as having more than 5 periods of absence other than authorized leave during any 12-month period.**  A period of absence is from the last day worked to the first day returned to work. Excessive absenteeism may be sufficient grounds for termination.  Each case will be determined on its own merit

10

according to applicable state and federal regulations, consistent with hospital policy. Chronic and excessive tardiness is considered to be a self-imposed problem and will not be condoned. Tardiness shall be defined as clocking in past the designated time to clock into work. Excessive tardiness shall be defined as follows:

      3 consecutive days

      5 times in any 30-day period

      12 times in any 12-month period

Employees who are excessively tardy or absent may receive disciplinary action at the discretion of supervisor and/or department manager.

### 2.14 Absence During Working Hours

During regular working hours employees are not permitted to leave the hospital for personal reasons without proper authorization from supervisor. Employees are *REQUIRED* to clock out when leaving during the workday and clock in upon return. Any employee in violation of this policy may be subject to disciplinary action up to and including termination.

### 2.15 Days Off

Because the hospital operates permanently on a seven-day basis, most hospital workers must expect some weekend and holiday duty. In those departments where weekend and holiday coverage is necessary, it is Dale Medical Center's policy that those duty assignments be shared by all members of the regular staff—both full and part time.

11

## Section 3
## Conduct

### 3.1 Your Role in Public Relations

The good will of Dale Medical Center in the community is reflected in your attitude toward the patient and visitor with whom you come in contact. We are all part of DMC's public relations team! Your personal conduct should be in keeping with DMC's high standards and ideals. Regardless of your position, it is important to remember that good manners, appropriate dress, and a willing, cooperative attitude are an important part of your job. As an employee, you represent Dale Medical Center to the patient, visitors and the public. Your courtesy and good conduct will reflect upon DMC.

EMPLOYEES ARE ASKED TO:

1. Avoid loud talking or laughing in patient and public areas.
2. Preserve order and decorum at all times.
3. Avoid group conversation or discussion in all public and patient areas.
4. Avoid using vulgar or profane language.

When your personal conduct does not conform to the philosophy of DMC, or in any way may jeopardize the welfare of the patient, visitor and/or fellow employee, DMC may take disciplinary action up to and including termination. Information concerning hospital practices and patients is considered confidential and *will not* be discussed with anyone other than hospital employees officially concerned with services to the patient. Breach of this confidentiality may result in disciplinary action up to and including termination.

All employees will use a formal term of address, such as Miss, Mr. or Mrs. when addressing patients and visitors. You must keep in mind that the hospital is here for the benefit of the patient. You are expected to be polite and helpful to patients, visitors and fellow workers.

### 3.2 Appearance

You are expected to present a neat and clean appearance at all times while on duty. In the business world, the way

12

you look says a lot about the company for which you work. When you have a neat appearance and appropriate attire you become a role model for the hospital. Personal neatness and cleanliness are especially important in health care institutions because well-groomed personnel tend to lift the spirits of sick people and aid in their recovery.

The following is a guide you will be expected to follow in your personal appearance:

**Hair** - Hair should be clean, well groomed and worn in a conservative, professional style. Hair color must be kept to natural shades such as blonde, brunette, red gray, etc. Unnatural colors such as pink, purple, blue, etc – even highlights – are not acceptable. Long hair must be pinned back or up so that it does not fall forward on the shoulders of employees involved in direct patient care.

**Makeup** - Makeup (if worn) should be moderate.

**Dress** – The professional appearance of the staff makes a positive impression on our patients and families. Moderation is the key to all personal appearance and dress. All personnel involved in direct patient care are required to wear proper uniforms. These uniforms shall be neat and clean, including shoes. Pantsuits and jumpsuits are permissible provided they are in good taste and are modest in style. Pants should be loose fitting. White jeans are not considered appropriate attire. Dresses and skirts should be a reasonable (no more than 3 inches above the knee) length. Jeans (except in designated areas), sundresses, and shorts (regardless of length) are not considered acceptable attire. Employees who do not provide direct patient care should always maintain a professional, businesslike appearance. If you work in a specialized area (i.e. Surgery, L&D) requiring a special uniform, you will report to work properly dressed and change in a designated place. When leaving this area for any reason you will wear a coat or gown over your special uniform. These uniforms are not to be worn away from the hospital. Masks are not to be worn outside special areas. "On call" personnel should remember that they are on duty while at the hospital and report in proper attire. All personnel are issued badges and are required to wear them, name and picture visible, while

13

on duty. Jewelry should be a conservative, professional style worn only on the ears, neck, wrists and hands as appropriate for the operational requirements of each department. Visible body piercing in areas other than on the ears are not permitted (nose, eyebrows, tongues, etc.) The only acceptable jewelry to be worn with uniforms will be school and Red Cross pins and small inconspicuous ear studs. Fingernails should be kept clean and neatly trimmed as appropriate for the operational requirements of the department. Nail polish, if worn, should be conservative in color choice and should not be chipped or peeling. In certain areas of Dale Medical Center additional dress regulations may be required by the nature of the work involved. If you are uncertain about dress requirements in your department, ask your supervisor to advise you on this.

### 3.3 Rules of Conduct
The following general rules provide examples of conduct that are inappropriate and the disciplinary action that may be imposed if misconduct occurs. It is not possible to list every conceivable infraction or to anticipate the circumstances under which an infraction will take place. Employees should not view these lists as all-inclusive or as specifying the only appropriate discipline. Incidents of misconduct not listed may occur that necessitate disciplinary action. For this reason, these rules may be periodically updated, modified and supplemented. Moreover, all disciplinary situations will be evaluated in light of their individual circumstances, including the employee's overall record of performance. The lists provide only a guide as to the discipline that may be appropriate for the situations listed and the discipline that might apply in situations not listed.

a. **Termination**. An employee may be terminated without prior warning for certain offenses. Reasons for immediate termination include, but are not limited to, such matters as:

(1) Repetition of any offense for which a written warning was issued or an accumulation of verbal or written warnings for various offenses that warrants discharge under the circumstances.

(2) Misuse or abuse of hospital funds, equipment or

14

supplies, dishonesty, theft, misrepresentation, conflict of interest or false statement in connection with any aspect of employment.

(3) Clocking in/out for another employee, having another employee clock in/out for you, or leaving the hospital during working hours without authorization.

(4) Violation of the hospital's attendance policy, which includes no call/no show for an assigned shift, misuse of sick leave.

(5) Use of alcohol or non-prescribed narcotics, hallucinogenic drugs, marijuana or other non-prescribed controlled substances on the premises or reporting to work under the influence of such.

(6) Fighting, threats, intimidation or argumentative behavior.

(7) Deliberately damaging or attempting to damage hospital property, patient property or the property of a fellow employee or supervisor.

(8) Conviction of a crime, the nature of which would adversely affect the employee's relationship with the hospital, fellow employees or patients.

(9) Possession of weapons or explosives on hospital property.

(10) Insubordination, refusal to perform assigned duties, or refusal to follow the instructions of supervisors.

(11) Violation of safety rules or standard operating procedures.

(12) Violation of hospital Harassment Policy.

(13) Unsatisfactory job performance.

(14) Unauthorized disclosure of confidential information.

(15) Organizing, operating, conducting or participating in gambling.

15

(16) Failure to cooperate in carrying out the hospital's security procedures.

(17) Creating or contributing to unsafe conditions.

(18) Sleeping while on duty.

(19) Violation of the hospital's Equal Employment Opportunity policy.

(20) Accepting money from patients, visitors or vendors.

(21) Failure to properly execute your Public Relations role to patients and visitors.

(22) Misrepresentation of Worker's Compensation claims.

(23) Other misconduct or work performance problems warranting discharge under the circumstances, including actions having an adverse effect on the hospital.

(24) Violation of the hospital's HIPAA and/or Corporate Compliance policy.

b.  **Written Warning.**  Written warnings are considered serious matters, and will become a formal part of an employee's personnel file. Employees will be asked to sign written warnings merely to acknowledge receipt of the warning. Written warnings may be issued with or without prior verbal warnings and generally are issued, but not limited to, such infractions as:

(1) Misuse of the hospital's materials, supplies or equipment.

(2) Inadequate performance of assigned duties.

(3) Disregard for personal appearance (including failure to comply with the hospital's appearance code).

(4) Horseplay or interference with the work of others on the hospital's property.

16

D00178

(5) Substandard quality or quantity of work.

(6) Repetition of an offense for which a verbal warning was issued.

(7) Other misconduct or work performance problems warranting a written reprimand under the circumstances.

c. **Verbal Warning.** A verbal warning generally is used to inform employees of minor rule violations or other misconduct on the first offense. It merely serves to inform or remind employees of specific rules, policies and procedures. Verbal warnings generally are issued, but not limited to, such infractions as:

(1) Failure to report personal injuries in a timely manner.

(2) Deficient work performance, to include excessive personal discussions with co-workers or visitors.

(3) Absence from work area without permission or satisfactory reason.

(4) Excessive personal use of telephone.

(5) Failure to properly clock in/out.

(6) Other misconduct or work performance problems warranting a verbal warning under the circumstances.

### 3.4 Drugs and Alcohol Policy
Dale Medical Center has a vital interest in maintaining a safe, healthy and efficient working environment for its employees, a working environment as free from the use of illegal and non-prescription drugs and alcohol and unauthorized use of prescription drugs as reasonably possible. Employees with drug and alcohol abuse problems make up only a small fraction of the workforce, and the Hospital regrets any inconvenience that may be caused to other employees by the problems of a few. But being under the influence of drugs or alcohol on the job poses serious safety and health risks, not only to the user but also to all who come in contact with the user. The benefits to be derived from reducing the number of accidents and the

17

greater safety of all our patients, visitors and employees make up for any inconvenience. The Hospital asks for full cooperation in implementing this policy.

The sale, purchase, use, possession, or reporting to work under the influence of intoxicants, non-prescribed narcotics, hallucinogenic drugs, marijuana or other non-prescribed controlled substances while on hospital property or during work hours is prohibited. The sale, purchase, use or possession of equipment, products and materials which are used, intended for use, or designed for use with non-prescribed controlled substances, hallucinogenic drugs or marijuana while on hospital property or during work hours is prohibited. Reporting to or being at work with a *MEASURABLE* quantity of intoxicants, non-prescribed narcotics, hallucinogenic drugs, marijuana or other non-prescribed controlled substances in blood or urine is prohibited.

Reporting to or being at work with a *MEASURABLE* quantity of prescribed or over-the-counter narcotics or drugs where in the opinion of the hospital such use prevents the employee from performing the duties of his/her job or poses a risk to the safety of the employee, other persons or property is prohibited. The employee may remain on his/her job or may be required to take a leave of absence or other appropriate action as determined by management.

**TESTS:** An employee may be requested to undergo a blood test, urinalysis, breath analyzer or other diagnostic tests whenever there is a reasonable suspicion that this policy has been violated.

**SEARCHES:** Where the hospital has reason to believe that an employee is under the influence of intoxicants, drugs or narcotics, or is in possession of any intoxicants, drugs, narcotics or equipment, products or materials which are used, intended for use or designed for use with non-prescribed controlled substances, the hospital may request that the employee submit to a search by hospital representatives of his/her person and/or property (including lockers and vehicles brought onto hospital premises).

18

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00180

**DISCIPLINE:** An employee's refusal to submit immediately upon request to a search of his/her person or property or to a blood test, urinalysis, breath analyzer test or other diagnostic test, or a positive result on such test(s) indicating prior use of intoxicants, non-prescribed narcotics, hallucinogenic drugs, marijuana or other non-prescribed controlled substances may result in disciplinary action up to and including termination.

**INTERPRETATIONS:** The hospital property covered by this policy includes property of any nature owned, controlled or used by the hospital, including parking lots, offices, desks, lockers and vehicles.

Nothing in this policy alters the fact that employees are employed for an indefinite period and that either the employee or the hospital may terminate such employment with or without cause at any time for any reason. Neither this policy nor any related policies, practices or guidelines are employment contracts or part of any employment contract. Due to the nature of the hospital's operations and the possible need to accommodate individual situations, the provisions of this policy or any related policies, practices or guidelines may not apply to every employee in every situation. The hospital reserves the right to rescind, modify or deviate from this or any other policy, practice or guideline as it considers necessary in its sole discretion, either in individual or hospital-wide situations with or without notice.

### 3.5 Ethics

Everyone who works in Dale Medical Center shares the responsibility of observing the code of ethics that regulates the activities of both doctors and DMC's employees. A breach of patient, hospital or employee confidentiality may result in disciplinary action up to and including termination. In general, the following applies to all DMC employees:

a. Physicians alone have the professional, legal right to diagnose and prescribe treatment for illness and injury.

b. All information concerning patients or DMC business is held in strict confidence and must not be discussed with anyone not concerned with such information.

c. Employees are not to discuss personal matters with patients.

19

### 3.6 Confidential Information
Dale Medical Center employees are allied with a profession having a high and greatly respected code of ethics. Patients trust employees to keep information about their health and other personal information in the strictest confidence.   Personal information concerning a patient's condition may never be discussed either inside or outside the hospital and may never be released without proper authorization.   Release of confidential information is not only a serious breach of ethics, but also may involve you in legal proceedings and loss of your job.   All inquiries regarding a patient by newspapers, radio stations, etc., should be referred to Administration.

### 3.7 Theft
Of necessity, DMC is open at all times.  Employees are asked to be alert for the entry of unauthorized persons. Please offer assistance to persons who have in error entered an unauthorized area or who otherwise appear to need directions to their destination.    The maintenance/security office should be notified of persons who appear suspicious.  The cooperation of all employees is imperative if theft is to be prevented.  Keep supplies and equipment stored in approved areas so that maximum-security measures may be observed.  Do not bring large sums of money to work, as DMC cannot be responsible for loss of personal items. Any employee caught stealing from DMC, another employee, patient or visitor will be terminated immediately.

### 3.8 Care of Equipment
Hospital equipment is costly, but even more important; it may be essential to save a life.  Please care for it as you would your own property.   You are asked to report the malfunctions or disrepair of equipment to your department manager or supervisor.   Intentional or careless use of equipment may result in disciplinary action up to and including termination.

### 3.9 Telephone Courtesy
Telephone courtesy establishes good public relations. Good telephone habits give people the feeling that you are interested in serving them.  A pleasant, business-like tone

20

of voice, as well as an efficient and cooperative attitude, is complimentary to you and to DMC. When answering the phone, *ALWAYS IDENTIFY YOUR DEPARTMENT AND STATE YOUR NAME*, i.e., "Accounting, Betsy Ross". Be prompt and courteous, transfer calls when necessary, and record messages accurately. If necessary, make a return call to provide the requested information. The caller should be thanked when ending the conversation.

DMC recognizes it will sometimes be necessary for employees to make or receive personal telephone calls while at work. These calls should be kept at a *minimum* and should not interfere with the workflow. *Personal calls should be terminated immediately (not just placed on hold) when a visitor, patient or co-worker enters your work area on business.* Personal calls tie up the telephone lines and should be conducted in a timely manner (ideally 3 minutes or less). Overhead paging is to be avoided for personal calls.

### 3.10 Tips and Gifts
Accepting money from patients, visitors or from firms with whom the hospital does business is not permitted. Whenever gratuities are offered by patients, visitors or hospital suppliers, you should graciously decline. Acceptance of perishable gifts, such as food, flowers or plants, may be accepted if that gift would not influence or reasonably appear to others to be capable of influencing the employee's business judgement in conducting DMC's affairs. Acceptance of money or gifts (other than those specifically identified above) may result in disciplinary action, up to and including termination.

### 3.11 Loitering on the Premises
To prevent interruption of the work schedule of others, you should leave the hospital premises immediately after relief from duty. Should it be necessary for some member of your family or some other party to pick you up after your tour of duty, they will refrain from loitering in the hospital.

### 3.12 Parking
Free parking is provided for all DMC employees. The parking areas are paved and well lighted. Employees may park in areas so designated. DMC is not responsible for

21

damage or loss sustained by those who use these areas. Employees may not park in unauthorized areas including loading zones, emergency room, doctor's parking, minister parking and handicapped parking areas while on duty. Employees who do not comply with this policy after warnings may be subject to further disciplinary action. See your supervisor for further information on available parking areas.

### 3.13 Identification Badges

Identification badges help employees identify one another and help patients to identify the employees who assist them. They will also entitle you to a discount for items purchased in the cafeteria. DMC policy requires that each employee wear the issued identification, picture and name visible, while on duty. Placing any type of pin over the picture or near the bar code is prohibited. The hospital will furnish the first badge as well as subsequent badges necessitated by position and/or department change. Should replacement be necessary due to loss or name change, the employee is required to purchase the replacement at a cost determined by current price of materials. Replacement badges shall be ordered through Human Resources and paid for in the Business Office.

### 3.14 Lost and Found

Articles found on the hospital premises shall be turned over to your supervisor or to Environmental Services. It is the responsibility of every employee to safeguard the properties of the hospital, patients, visitors and fellow employees. The hospital cannot be responsible for personal articles lost or stolen on the premises.

### 3.15 Solicitation

In order to prevent disruption in the operation of Dale Medical Center, interference with patient care and inconvenience to our patients and their visitors, the following rules will apply to solicitation and the distribution of literature on DMC premises.

Employees of Dale Medical Center: Employees of DMC may not solicit during working time for any purpose. Employees may not solicit at any time for any purpose in immediate patient care areas, such as patients' rooms,

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                                                  D00184

operating rooms, and places where patients receive treatment, such as x-ray and therapy areas, or in any other area that would cause disruption of health care operations or disturbance of patients for consultations with physicians or meetings with family or friends. Employees may not distribute literature during working time for any purpose in working area. Working areas are all areas in the hospital except cafeterias, employee lounges, lobbies and parking areas. Working time includes the working time of both the employee doing the soliciting or distributing and the employee to whom the soliciting and distributing is directed.

Non-employees: Persons not employed by Dale Medical Center may not solicit or distribute literature on DMC property, to include parking areas, at any time, for any purpose. Sale representatives must register with Materials Management prior to entering other areas of the hospital.

### 3.16 Visitors
The normal routine of a hospital often necessitates busy or congested working areas, and it is the policy of DMC that off-duty employees do not come into the hospital to visit fellow employees without permission from their department supervisor. Employees should not receive personal visitors while on duty and shall confine all visiting of fellow employees and/or other personal visitors to the cafeteria during their meal or approved break periods. *Under no circumstances shall an employee bring their children to work with them or leave children unattended in hospital waiting areas.*

### 3.17 Problem Solving Procedure
Whenever a group of people is required to work together for an extended period of time, problems and misunderstandings can occur. In order to insure prompt and constructive problem-solving, employees are encouraged to follow this procedure:

**Step One:** Discuss the problem with your immediate supervisor.

**Step Two:** If a satisfactory resolution of the problem does not occur within a reasonable time, the problem should be discussed with your department head.

23

**Step Three:** If, after a reasonable time, a satisfactory solution to the problem is not found, a conference will be scheduled with the Human Resources Director. All aspects of the problem will be investigated and alternative solutions discussed and evaluated.

**Step Four:** If a satisfactory resolution is not initiated within a reasonable time, the Human Resources Director will arrange a meeting with the Administrator, whose decision is final.

24

## Section 4
## Benefits

### 4.1 Health Examinations
Dale Medical Center's employee health program will consist of:

a. Once a conditional offer of employment has been made:

   (1) Complete a health history form.

   (2) Nasal Culture (Nursery Staff Only)

   (3) Urinalysis for drug testing.

   (4) 2 step PPD or CXR (if applicable).

   (5) Rubella/Rubeola titer.

   (6) Hepatitis B Surface antibody titer (if applicable)

b. After employment:

   (1) Annual PPD test.

   (2) Employees exposed to known contagious infectious agents, while on duty, will receive prophylactic medications by staff doctor, supplied by the hospital.

   (3) Any employee who has an obvious infection (cold with fever, diarrhea, etc.) is to remain at home until symptoms cease.

Employees who are infected with a communicable/contagious disease or other contagious medical conditions shall report this fact to the Infection Control Nurse immediately. Management will confidentially evaluate the situation to determine whether the employee will be allowed to remain on duty in accordance with applicable federal and state laws and regulations. Questions regarding this program may be directed to the Infection Control Nurse or Human Resources Director.

### 4.2 Health Insurance
For your protection, DMC makes available group health insurance to all eligible regular full-time and part-time employees. Individual coverage is provided for regular full-time employees at a minimal cost to the employee. Part-time employees must pay entire premium.

25

If you wish to take advantage of this benefit, you must complete an enrollment form, which is available in the Human Resources Department. *The coverage is not automatic.* You may also want dependent's coverage, which is available at group rates and would provide hospitalization and medical coverage for your immediate family. Because the exact coverage and premiums are variable, they are not included in the Handbook. The information is available from the Human Resources Department.

For leaves of absence covered under FMLA, health insurance will be maintained for the employee for the duration of such leave. If the employee is not receiving a paycheck during FMLA leave, the employee portion of the premium is to be paid to the Human Resources Department by the first of each month. If payment is more than 30 days late, your coverage may be canceled subject to COBRA election rights. If an employee fails to return from FMLA leave or states that he/she doesn't intend to return, health insurance coverage will be canceled. DMC reserves the right to recover premiums paid in maintaining health insurance for an employee not returning to work after FMLA leave by offset of sums due to employee or legal action in accordance with FMLA. The specific application and administration of the insurance plan is governed by the terms of the actual plan. Employees will be responsible for total health insurance premiums when on leave of absence not covered under FMLA.

## 4.3 Life Insurance
The hospital makes available group term life insurance for all eligible regular full-time employees and regular part-time (over 40 hours) employees upon completion of 12 months of employment at no cost to the employee. This coverage is for the employee only and does not include any member of his/her family. The hospital pays the entire premium on the $10,000 plus one time the annual salary life insurance. Any employee that is enrolled and wishes to change the beneficiary after enrollment must report to the Human Resources Department and make such a request. The specific application and administration of the insurance plan is governed solely by the terms of the actual plan. Applications for additional life insurance for employee and

26

dependents are available in Human Resources.    All additional life insurance premiums are paid by employee.

### 4.4 Dental Insurance
The hospital makes available group dental insurance to all regular full-time employees at no cost to the employee for individual coverage.  If you wish to take advantage of this benefit, you must complete an application for coverage in the Human Resources Department. **The coverage is not automatic.** You may also want dependent coverage which is available at group rates and provides coverage for your immediate family.    The specific application and administration of the insurance plan is governed solely by the terms of the actual plan.

### 4.5 Vacation with Pay
Regular full-time employees and some regular part-time employees may be eligible for an annual paid vacation.  The amount of vacation time is based on the number of hours you are hired to work and years of service.  No vacation hours are accrued while on an unpaid Leave of Absence not covered under FMLA.

Nonexempt employees must complete six months of continuous service before being eligible to use or be paid for any of the vacation hours accumulated.    Accrued vacation hours will not be paid at time of termination if you have been employed less than six months, terminated (unless due to reduction in force), or resign without giving and working proper notice as defined in Section 1.9 of handbook.

Regular full-time employees with less than 10 years service will accrue 12 vacation days (3.69 hours accrued per pay period).  Regular full-time employees who have 10 years or more of continuous service will accrue 15 days of paid vacation per year (4.62 hours per pay period).

Regular part-time employees who are hired for at least 40 hours per pay period will accrue six vacation days per year (1.85 hours accrued per pay period).  Employees who are hired for less than 40 hours per pay period will not accrue vacation days with pay.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant          D00189

An employee may accrue up to a maximum of 160 hours of vacation. After the maximum 160 hours has been accrued, accrual stops until vacation hours have been taken. Vacation may be authorized only if the workload of the department will permit. All vacation time must be prearranged with your supervisor and taken in one-hour increments. *It is each employee's responsibility to insure that vacation hours are recorded on time sheets. If you fail to do so and your paycheck is short, you will not be paid the difference until the next regular payday.*

Upon termination employees are eligible to be paid any accrued, unused vacation hours, provided proper written notice (call-ins during notice period nullifies notice for pay purposes) is given and worked, unless you have been employed *less* than six months. As defined in Section 1.9 of this handbook, employees who quit or are dismissed will not be paid for accrued, unused vacation.

### 4.6 Sick Leave

Dale Medical Center protects you against loss of income by providing sick leave benefits if you are ill and are a regular full-time employee or a regular part-time employee hired to work 40 hours or more per pay period. Nonexempt employees must complete 90 days of continuous service before being eligible to use accrued sick leave. Regular full-time employees accrue 12 days of sick leave per year (3.69 hours accrued per pay period). Regular part-time employees hired to work 40 hours or more per pay period will accrue 6 days of sick leave per year (1.85 hours accrued per pay period). An employee may accrue up to a maximum of 720 hours of sick leave.

Sick leave usage may be authorized by the appropriate department head. Upon authorization, nonexempt employees who have a balance of at least 96 hours of sick leave may receive payment for time missed due to illness beginning the first day. Employees with less than 96 hours of accrued sick leave may receive payment for time missed due to illness beginning with the **second** full day, unless hospitalized or out due to a DMC work-related injury.

The hospital reserves the right to request a doctor's certificate of illness and to withhold payment if the absence

28

does not appear justified. Any employee who must be
absent due to illness must notify their supervisor or
department head immediately and *must not* leave word
with another employee or the switchboard operator.
Employees must advise supervisor or department head on
a daily basis of their return to work status. Sick leave is not
intended to be used unnecessarily or excessively, nor can it
be used to extend vacation periods or holidays. Excessive
use of sick leave is defined as five (5) or more periods (one
or more days) of sick leave usage in a twelve-month period.
Excessive use of sick time may result in disciplinary action
up to and including termination. Absences covered by
FMLA are excluded from the definition of excessive use of
sick leave. Use of sick time and attendance will also be a
factor considered in the annual performance evaluation.

This policy applies to cases of bonafide illness or accidents.
Sick leave is provided for dental care and may also be used
for doctor's visits due to illness or injury. Sick leave for
doctor and dentist appointments will be limited to
reasonable travel and appointment time only. Sick leave
will be granted for illnesses of employee only and may not
be used in case of illness or death of family member. DMC
may require an employee to present a physician's release
before returning to work following an absence to insure the
employee's condition will not pose a safety or health hazard
to patients, the employee, and/or other employees, or
otherwise interfere with the hospital's ability to properly
discharge its responsibilities. Sick leave may not be paid
for absence on an approved holiday or during an authorized
vacation period. A physician's statement will be required on
***ALL*** sick leaves taken after a resignation has been
submitted in order to be paid sick leave benefits. No cash
payment is made in lieu of unused sick leave, nor is it
payable upon termination of employment.

### 4.7 Bereavement Leave
Regular full-time employees are eligible for up to three days
leave with pay, upon approval of supervisor, in the event of
a death in the immediate family. Bereavement leave is to
enable employee to attend the funeral and assist in family
matters without loss of pay. Bereavement leave is normally
granted for three *consecutive* days (and only when actually
scheduled to work) if needed; however, at least one of

29

those days must include attendance of the funeral. Additional days off (vacation or without pay) *may* be granted if needed. Although we recognize there may be other family members an employee may be extremely close to, for the purpose of bereavement leave the immediate family includes:

| | | |
|---|---|---|
| Spouse | Brother | Son-in-Law |
| Children | Sister | Daughter-in-Law |
| Mother | Mother-in-Law | Grandparents |
| Father | Father-in-Law | Grandchildren |

### 4.8 Military Leave
Employees will be granted leaves of absence for military service and obligations in accordance with state and federal laws. You must furnish a copy of your military orders to department director before your leave begins.

### 4.9 Holidays
Regular full-time employees are eligible for seven (7) paid holidays a year. The holidays are:

| | |
|---|---|
| July 4th | New Year's Day |
| Labor Day | Thanksgiving |
| Employee's Birthday | Memorial Day |
| Christmas Day | |

Holidays are on a calendar year basis and therefore cannot be carried over from one year to the next, except for the alternate day observed in lieu of Christmas.    Because patient care is a seven-day-a-week job, many of you will be scheduled to work on a holiday.    Employees who are scheduled to work on the holiday will be scheduled for an alternate day off (either in the pay period before the scheduled holiday, the pay period of the holiday or the pay period immediately following pay period in which the holiday falls).

Non-exempt employees who are absent on their last scheduled work day prior to a holiday (or the day designated as their holiday) or their first scheduled work day after their holiday will *FORFEIT* holiday pay unless hospitalized.    Regular full-time nonexempt employees, during initial employment period (first 90 days), will not be paid for holidays unless they are required to work on the

30

holiday. Such employees will receive regular rate of pay. Part-time, temporary and/or contract employees will not be paid for holidays, unless they are required to work on the holiday. Such employees will receive regular rate of pay. It will be the responsibility of the department head to make sure there is adequate coverage for the department on a holiday.

### 4.10 FMLA Leave, Extended Parental Leave, Educational Leave

**FMLA Leave:** Leave which fulfills the requirements of the Family and Medical Leave Act of 1993 for up to 12 weeks of unpaid, job-protected leave, on a rolling backward 12-month period basis under the following circumstances:

a. Serious health condition of the employee.

b. birth of employee's child, adoption or placement of a foster child (if both parents are employed at Dale Medical Center, leave will be limited to a combined 12 week period). Leave must conclude within 12 months after the birth or placement for adoption or foster care.

c. when the employee's child, spouse or parent has a serious health condition that makes it necessary for the employee to provide care. Leave to care for family member is limited to time employee's presence is necessary. For purposes of this policy a serious health condition is defined as either (1) incapacity or treatment connected with inpatient care; (2) continuing treatment by a health care provider; (3) incapacity due to pregnancy; (4) incapacity or treatment due to a chronic serious health condition; (5) incapacity that is permanent or long term due to a condition for which treatment may not be effective; and (6) absences related to multiple treatments either for restorative surgery after an accident or injury or for a condition that would cause an incapacity if the treatment was not provided. A serious health condition does not include minor illnesses or medical procedures, where the treatment and recovery are brief, and are normally handled as part of an incidental sickness or absence. It may include a job-related injury.

Employees should provide the hospital with at least 30 days advance notice if the leave is due to the birth or adoption of a child and as soon as possible in the event the leave is due

31

to a serious health condition. In the event the leave is due to a serious health condition, the hospital may request medical certification of the serious health condition. In the event the serious health condition involves a child, parent, or spouse, certification that the employee is needed to care for that family member is required. Failure to comply with the certification requirement of the serious health condition may result in the denial of the leave request. Employees must provide certification no later than 15 days after requested. Additionally, thirty days thereafter, the hospital may request additional certification. While the employee is out on leave, the employee is expected to remain in contact with the hospital regarding duration of the leave and anticipated date of return to work. In addition, the following shall be policy in regard to FMLA leave:

a. The employee will be required to use accrued paid leave before using unpaid leave. Paid leave will be counted against the employee's 12-week entitlement.

b. To be eligible, an employee must have been employed at least 12 months and worked at least 1,250 hours during the 12-month period immediately preceding leave request.

c. Group health insurance shall be maintained as set out in paragraph 4.2 above.

d. Vacation and sick leave do not accrue during the unpaid portion of leave of absence.

e. Employees are not entitled to any holiday pay which falls within unpaid leave periods.

**Extended Parental Leave:** After a person has exhausted their 12 weeks leave under FMLA Leave they may apply, in writing, for an additional 12 weeks of unpaid leave for the birth or adoption of a child. However, reemployment is not guaranteed beyond FMLA Leave and employee must assume responsibility for total premium to continue group health insurance. Employees who are unable or fail to return to work following the end of the FMLA Leave, or if granted the extended leave, will be automatically removed from the payroll.

32

**Educational Leave:** Employees may have up to 12 months of unpaid leave for educational leave to pursue a course of study to increase job skills. Advance approval of educational leave is required. Reemployment is not guaranteed for educational leave. Employees on educational leave may continue health insurance coverage but must pay entire premium.

### 4.11 Jury Duty

Regular full-time employees, when selected to serve as jurors, are entitled to regular pay for such periods of time as they are required to be physically present in the court as a juror. A copy of your summons should be given to your supervisor at the time you request the leave.

Jury pay is not provided for jury duty on your regularly scheduled off days. If you are completely released from jury duty by the court during regular working hours, you are expected to report for work.

If you are subpoenaed to appear in court as a representative of Dale Medical Center, you will be paid your regular salary for the time involved. If you are subpoenaed to testify as a witness in a case not involving Dale Medical Center, you will be granted time off from work to appear in court. You will not be paid by the hospital unless you request your vacation time.

### 4.12 Worker's Compensation

Dale Medical Center strives to maintain a safe work environment; however, should you be injured on the job, you will be covered by Worker's Compensation Insurance. It is most important that you report any accidental injury you receive while on duty to your supervisor. If your supervisor is not available, report injury to Human Resources Department or the nursing supervisor on duty. Failure to promptly report an injury may result in a delay or denial of coverage. Injured employees *MUST* report to the DMC Emergency Room for treatment. After initial treatment, if an employee is referred to any other physician or medical facility, authorization must be obtained from the Human Resources Department. It is the employee's responsibility to notify Human Resources of any referral from the ER. Failure to obtain proper authorization for treatment other

33

than in our Emergency Room may result in payment being denied by worker's compensation insurance. However, treatment should not be delayed in an emergency situation. Authorization may be obtained the first duty day after treatment. A First Report of Injury should be completed the day injury is incurred and forwarded to the Human Resources Department. The report should never be delayed more than 3 days. ***Worker's Compensation Insurance may not be responsible for any expenses incurred unless a First Report of Injury is filed.***

### 4.13 Retirement Plan
All regular full time and regular part-time employees hired to work at least 40 hours per pay period are eligible to participate in the plan upon completion of 30 days employment. Employees who participate in retirement plan will be eligible for employer match as defined in plan document upon completion of 12 months employment. We offer a Defined Contribution Plan and a 457(tax deferred) Plan. The specific application and administration of the retirement plans are governed solely by the terms of the actual plans which are available for review in the Human Resources Department.

### 4.14 Social Security
Dale Medical Center employees receive automatic coverage under the Social Security Act which provides individual and/or family income during periods of total disability and upon death of the insured. It also provides medical insurance (Medicare) upon reaching age 65 or after receiving disability benefits for 24 consecutive months. Social Security insurance coverage is shared equally by DMC and the employee. Total amount of payment is based on earnings of the employee and requirements of federal regulations.

### 4.15 Education
In addition to regular training programs associated with many DMC jobs, special educational activities will be presented from time to time to meet special needs. These programs will be publicized and employees who wish to participate should make appropriate arrangements with their immediate supervisors. It is the policy of DMC to do all that it reasonably can to contribute to the advancement of the

34

knowledge and skills of its entire employed staff. You may also be offered opportunities to attend training courses outside the hospital. You will be considered on pay status only when required to attend by the hospital and have received prior authorization from department manager. However, employees will only be paid for a normal eight-hour day while in attendance at outside meetings and conferences. Tuition assistance may be granted for post secondary education for courses directly related to job description. *Prior* approval must be obtained. Tuition Assistance request forms and additional information are available in Human Resources.

### 4.16 Food Service
The hospital provides meals for employees at a minimal charge. Thirty minutes will be allowed for one meal break each day for all personnel on a staggered basis so as not to compromise patient care. Employees are expected to remain at the hospital during meal periods, unless otherwise authorized by supervisor/department manager. Employees who leave the premises for lunch must clock in/out. The cafeteria is also open to the public.

### 4.17 Credit Union
Dale Medical Center offers membership in the Alabama Telco Credit Union and the Army Aviation Federal Credit Union. The credit unions are both a savings and lending organization protected by federal law. The policy of DMC concerning the credit unions is one of encouragement and provides payroll deductions so that you may take advantage of the many benefits through membership. Further information on enrollment and services is available in the Human Resources Department.

### 4.18 Employee Records and Changes
In order to keep your records current and accurate, immediate notice of any change in residence and telephone number should be given to the department head and Human Resources Department. Changes in marital status, dependents or any others which affect insurance, beneficiary, social security, federal and state withholding taxes or identification badges should be reported to Human Resources Department within one week of change.

35

D00197

**4.19 Personal Medicines**
You may not obtain drugs from the various work units for personal use, but may have prescriptions filled by the DMC pharmacy for your personal and immediate family needs. Prescriptions may be obtained at DMC cost plus a minimal handling charge.    Immediate family includes spouse, dependent children living at home, and any other legal dependent living in your household.

**4.20 Notary Public**
A notary public is available to you at certain hours should you need a legal document witnessed. Contact the Human Resources Department for information.

**4.21 Employee Entertainment Discounts**
The Human Resources Department offers employees discounts for Six Flags Over Georgia in Atlanta, Callaway Gardens in Columbus, and other attractions as they become available.    Contact the Human Resources Department for more information.

**4.22 Flexible Spending Account**
All employees are eligible to participate in a Health Care Spending Account and/or a Dependent Care Spending Account. These accounts allow you to use pre-tax dollars (Federal) to pay for eligible medical expenses not covered by insurance and the cost of dependent childcare. Specific details and restrictions available in HR.

**4.23 Temporary Disability Leave of Absence**
A regular full-time employee who has worked for Dale Medical Center for less than one (1) continuous year and who becomes ill, pregnant or temporarily disabled because of an injury or illness (whether caused on or off the job) and uses all accrued sick days and is still unable to return to work may be placed on a Temporary Disability Leave of Absence for the period of disability, not to exceed three (3) months without pay.    Sick and vacation leave will not continue to accrue during an unpaid temporary disability leave of absence. DMC may require periodic statements from the employee's attending physician or may require the employee to be examined by a hospital-designated physician.

36

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                                                                D00198

Employees must notify their supervisor two (2) weeks in advance of their expected return to work so that schedules can be prepared. Jobs vacated by temporary disability leaves may be filled temporarily; however, the business needs of DMC may require that these vacancies be filled permanently. Employees who are unable or fail to return to work following the end of a Temporary Disability leave will be removed from the hospital payroll.

While the hospital normally pays a portion of the health insurance premiums for a regular full-time employee while he/she is working, whenever an employee is in a temporary leave of absence status, it will be necessary that the employee make the total monthly payments on the insurance program, preferably prior to the commencement of the leave, but at least on a monthly basis in advance.

### 4.24 Long Term Disability Plan

Full time employees are eligible to purchase LTD coverage through payroll deduction. The specific application and administration of the insurance plan is governed solely by the terms of the actual plan. Specific details available in Human Resources.

37

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

## Section 5
## Safety

### 5.1 Your Safety

Providing safe working conditions for all its employees is one of Dale Medical Center's chief concerns and responsibilities. A safety program has been developed for your protection.

Upon employment, each employee is instructed to do his/her job in the safest way, using methods and equipment which have been tried and proven safe. Regardless of any rules that may be established, safety in your job still depends chiefly upon you. For example:

> a. Being alert on the job.
> b. Thinking before you take action.
> c. Avoiding unnecessary rush.
> d. Reporting unsafe practices.
> e. Reporting faulty equipment.

Accidents cause loss of time and deprive the patient of your services. You are encouraged to establish and maintain a good safety record.    Dale Medical Center expects all employees to follow applicable OSHA standards.   Should you have any questions, contact your supervisor.

### 5.2 Safety of Work Areas

It is expected that DMC employees take pride in and responsibility for the neatness and minor upkeep of their equipment and desk areas.    It is desired that this requirement be met consistent with activity workload and operations.    Interest and pride for these matters insures equipment and areas are kept in better condition, minimizes maintenance and provides for a more orderly, efficient office and work area.    Of equal importance is the fact that it presents a positive and efficient image to patients, visitors and other professionals who come to our hospital.

### 5.3 Fires and Disaster

Each employee must be available for work if a disaster occurs.   In the event of a disaster, duties are assigned in accordance with DMC's disaster plan.    You should be aware of your responsibilities in the event of a disaster. Your supervisor will explain your role in a disaster plan and you should remain familiar with it.

38

### 5.4 Smoking and Tobacco Use

Dale Medical Center recognizes its obligation to project and encourage a positive image of wellness. Therefore, a restricted use policy has been established for visitors, patients and staff providing for a smoke-free/tobaccoless environment. This policy includes cigarettes, cigars, pipes and all smokeless tobacco products. Every employee and medical staff member is obligated to abide by the smoking regulations. Specifically they are:

***Employees/Medical Staff Members:*** Smoking will not be permitted in any offices or in any employee or physician lounges. Employees *may* be provided at least one 15 minute break per eight (8) hour shift, ***workload permitting***. Smoking is permitted during the meal break (total meal break not to exceed 30 minutes) in designated smoking area. Employees may smoke *__ONLY__* in designated smoking area. Ash cans are provided and it is the responsibility of those who use the area to keep it clean. In an effort to project a positive image, employees are requested not to give the *appearance of loitering* outside the hospital (i.e. parking areas) smoking in view of the public. Hospital staff performing duties on the outside of the building are not permitted to smoke while working.

***Visitors:*** Visitors should be directed to the front entrance of the hospital or to the same area designated for employee smoking. Visitors are not permitted to smoke in a patient's room, even if the patient has been given permission to smoke.

***Patients:*** Patients are permitted to smoke only by the written order of their physicians (this does not include visitors), and then only in a private room or in a semi-private room with another smoker who also has a written order for smoking. Smoking is strictly prohibited in the presence of oxygen, flammable liquids, or locations where other compressed gases are in use or storage.

Whenever a smoking violation is observed, employees should approach the person involved and inform the violator of the smoking regulations. This should be done in a courteous and tactful manner. If the violator does not cease to smoke, or if other problems arise, contact Security or your supervisor. Disciplinary action that may be taken when employees violate this policy is as follows:

> 1st Offense - Verbal Counseling
> 2nd Offense - Written Counseling
> 3rd Offense - 3-Day Suspension
> 4th Offense - Termination

39

D00201

## 5.5 Accidents to Employees

Should you be involved in or witness an incident, whether resulting in an accident or injury to anyone on the hospital premises, you should give whatever assistance you can to the injured. If the person appears seriously injured, do not move them unless directed to do so by a physician or nurse. Report all accidents to your supervisor. An occurrence report must be filed on any accident that occurs in the hospital or on the premises whether it be an employee, visitor or patient. In order for Worker's Compensation to pay for on-the-job injuries, a First Report of Injury must be completed and turned into the Human Resources Department within 24 hours of the incident. First Report of Injury forms are located in the Emergency Room and in the Human Resources Department. *Employees injured on-the-job must report to the Emergency Room for treatment.*

## 5.6 Accidents to Patients

Occurrence reports are to be prepared on all accidents involving patients. Report the accident immediately to the nearest registered nurse or nursing supervisor. *CAUTION: Do not attempt to move the injured person yourself - get assistance. Be alert to the conditions causing the accident and to any unusual circumstances which might affect the patient's condition.* An occurrence report is to be completed and routed to Nursing Administration.

## 5.7 Accidents to Visitors

Occurrence reports are to be prepared on all accidents involving visitors. Assist in every way possible if you witness or discover that a visitor has had an accident in the hospital or on the premises. Take a friendly and helpful interest in the visitor. If the visitor is well enough to be moved, escort the visitor to the Emergency Room and review the accident with the nurse in charge. Listen carefully to the visitor's report of the accident, but avoid any conversation or statement to the visitor concerning the cause, fault or liability. The employee who witnessed the accident will prepare the occurrence report to be submitted to Quality Management.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

## *ACKNOWLEDGMENT*

I hereby acknowledge that I have received a copy of the Employee Handbook and agree that I will read and become familiar with its contents. I understand that neither the employee handbook in its entirety or any specific section of the handbook or policy constitutes an employment contract. I understand and agree that the terms of the handbook may be changed by the hospital, as it deems necessary. I also acknowledge that I am terminable at will, which means that I am employed for no specific duration and that the hospital or I may terminate the employment relationship with or without cause.

_____

Employee Signature

_____

Employee Name (Printed)

_____

Date

_____

Department

41

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant    D00203

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant