

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:06-cv-00595-SRW |
| DALE COUNTY MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION OF VERNON JOHNSON

Please take notice that at the time, place and date indicated below, Plaintiff will complete the testimony by deposition upon oral examination of that party named below, pursuant to the Federal Rules of Civil Procedure 30(b) before a Notary Public or other officer authorized by law to administer oaths by audio, video and stenographic means. Such deposition conducted by audio, video and stenographic means shall be taken for the purpose of discovery or for use as evidence in this action, and will continue from time to time until completed, at which time and place you are notified to appear and take such part in the examination as shall be fit and proper.

DEPONENT:          VERNON JOHNSON

DATE AND TIME:     Thursday, May 3, 2007, at 10:00 a.m.

PLACE:             To be determined

**DEPONENT IS REQUESTED TO PRODUCE THE FOLLOWING DOCUMENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30 & 34:**

1.  All employment policies, and documents, including electronic mail, regarding the hiring, promotion, job performance and termination relating to Deborah Hughes, and the individual replacing Deborah Hughes after her termination from Dale Medical Center.

2.  The complete and current personnel file of Deborah Hughes and Sheila Dunn. If not currently employed, then their complete file to date including salary history, including all e-mails and correspondence relating to their job performance.

3.  All notes, diaries, calendars, or electronic mail regarding or referring to conversations, meetings, job performance, employment, termination, salary and raises and benefits of the Plaintiff.

4.  All notes, diaries, calendars, or electronic mail regarding or referring to conversations, meetings, job performance, employment, termination, salary and raises and benefits discussed between you and Sheila Dunn about Deborah

Hughes.

5. Your current resume and your job description/title including duties for the last five years.

6. A list of the employees of Dale Medical Center for the last five years, indicating name, title, and age of all employees in the department and dates of employment.

7. A list of all individuals you have hired in the last five (5) years, indicating their name, address, and age.

8. The employment policies and procedures regarding discrimination and retaliation of Dale Medical Center for the last five (5) years.

9. All training materials on discrimination and retaliation that depict the training that you and Sheila Dunn would have received in the last five years at Dale Medical Center.

10. Any and all complaints, concerns, issues, and disciplinary notes or procedures, relating to or brought against Plaintiff by you or Sheila Dunn or any other person.

11. Any and all documents, notes, e-mails, letters, performance reviews or calendars you have maintained or that you were in receipt of which references Deborah Hughes in any context.

12. The deponent is requested to bring and permit Plaintiff to inspect and

to copy any and all documents used by the deponent to prepare for the deposition.

                            Respectfully submitted,

                            Alicia K. Haynes
                            Alabama State Bar No.: 8327-E23A
                            Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35209
(205) 879-0377 Telephone
(205) 879-3572 Facsimile
akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon each of the below listed, by placing same in the U. S. Mail, postage prepaid and properly addressed, this ___24___ day of April, 2007.

Jennifer L. Howard
Albert L. Vreeland
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945

                            OF COUNSEL