
PLAINTIFF'S EXHIBIT
4

Carlton

New Policy Effective 3/3/05 (current pay period)

Hughes v. Dale County
RFP 0047

# Extended Illness Benefit (EIB) Policy

**POLICY:** It is the policy of Dale Medical Center to provide extended illness benefit to employees to protect against loss of income if they become ill or hospitalized. This policy covers regular full time employees and regular part-time (.5 - .8) employees hired to work 40 hours or more per pay period.

**PURPOSE:** To establish an Extended Illness Benefit policy for employees of Dale Medical Center.

**PROCEDURE:** Accrued extended illness benefit provides continuation of pay for employees who are unable to work due to illness. Nonexempt employees must complete 90 days of continuous service before being eligible to use accrued EIB. Accrual begins from the date of hire.

Regular full time employees will accrue Extended Illness Benefit (EIB) at the rate of 3.69 hours per pay period. Regular part time employees hired to work 40 hours or more per pay period will accrue EIB at the rate of 1.85 hours per pay period. An employee may accrue up to a maximum of 720 hours of EIB.

**Paid Time Off (PTO) must be used for the first 2 scheduled work days for any absence** including FMLA and medical leave of absences **EXCEPT** in the following circumstances:
- Employee has a balance of 500 hours or more in EIB bank
- Hospitalization, which includes outpatient surgical procedures and Emergency Room visits
- Hospitalized or placed out of work due to a work related injury (Worker's Compensation)

**If Paid Time Off (PTO) is not available, employee receives no pay for the first 2 scheduled work days.**

The hospital reserves the right to request a doctor's certificate of illness and to withhold payment if the absence does not appear justified. Any employee who must be absent due to illness must notify their supervisor or department head immediately and *must not* leave word with another employee or the switchboard operator and should not leave a recorded voice message. Employees must advise supervisor or department head on a daily basis of their return to work status. EIB is not intended to be used unnecessarily or excessively, nor can it be used to extend vacation periods. Excessive use of EIB is defined as five (5) or more periods (one or more days) in a twelve month period. Excessive use of EIB will result in disciplinary action up to and including termination. Absen[ces …] form the definition of excessive use of EIB. Use of EIB and a [… will be consider]ed in the annual performance evaluation. Unscheduled PTO [… occ]urrence.

Hughes v. Dale County
RFP 0048

Extended Illness Benefit (EIB) Policy
Page 2

This policy applies to cases of bonafide illness or accidents. EIB may be used for dental care and doctor's visits if 500 hour eligibility criteria is met. EIB for doctor and dentist appointments will be limited to reasonable travel and appointment time only. EIB may be granted for illnesses for employee only and may not be used in case of illness or death of family member. Dale Medical Center may require an employee to present a physician's release before returning to work following an absence to insure the employee's condition will not pose a safety or health hazard to patients, the employee, and/or other employees, or otherwise interfere with the hospital's ability to properly discharge its responsibilities. EIB may not be paid for absence on an approved holiday or during an authorized paid time off (PTO) period. A physician's statement will be required on *ALL* EIB taken after a resignation has been submitted in order to be paid EIB. No cash payment is made in lieu of unused EIB, nor is it payable upon termination of employment.

Hughes v. Dale County
RFP  0049
Hughes v. Dale County

# PAID TIME OFF (PTO) POLICY

**POLICY:** It is the policy of Dale Medical Center to provide employees time away from their normal work schedule.

**PURPOSE:** To establish a policy for Paid Time Off (PTO) for employees of Dale Medical Center.

**PROCEDURE:** The Paid Time Off (PTO) program combines time off for vacation, holidays, personal business and unexpected absences such as illness in the immediate family. This program is designed to provide maximum flexibility in planning for and taking discretionary time off.

The Paid Time Off (PTO) program is available to eligible full time and part time (.5 - .8) employees. Employees are eligible to participate in the Paid Time Off (PTO) program after completion of 6 months of continuous employment. Accrual begins from the date of hire. During the first six months of employment, employees may use Paid Time Off (PTO) only when a departmentally recognized holiday occurs. PTO accrual is based on employment status (full time or part time) and years of service. PTO hours will not accrue while on an unpaid Leave of Absence not covered under FMLA.

Accrued Paid Time Off (PTO) will not be paid at termination if employed less than six months, terminated (unless due to reduction in force), or resign without giving and working proper notice as defined in Section 1.9 of Employee Handbook.

Regular full time employees with less than 10 years service will accrue Paid Time Off (PTO) at the rate of 5.846 hours each pay period. Regular full time employees who have 10 years or more continuous service will accrue PTO at the rate of 6.769 hours each pay period.

Regular part time employees who are hired for at least 40 hours per pay period will accrue PTO at the rate of 1.85 hours each pay period. Employees who are hired for less than 40 hours per pay period will not accrue PTO.

Employees may accrue up to a maximum of 180 hours of Paid Time Off (PTO). When the maximum is reached, further accumulations stop until PTO is used or taken during Cash Out options.

Employees are responsible for requesting PTO in advance. PTO not scheduled in advance may be counted as an unexcused absence. The operational needs of the department are primary in determining [illegible] requests. The responsibility for scheduling PTO and for approving or denying [illegible] management. PTO hours may not be borrowed and may not have a negative [illegible] may only be taken in one hour increments.

Hughes v. Dale County
RFP 0050

Paid Time Off (PTO)
Page 2

CASH CONVERSION: PTO hours may be cashed out twice per calendar year up to an annual maximum of 80 hours by full time employees and up to 40 hours by part time employees. Cash outs will be allowed providing a balance of 40 hours for full time and 20 hours for part time employees is maintained in the account.

Cash out will be paid at 80% reimbursement of the employee's current pay rate. Employees may obtain Cash Out Forms from Human Resources who will then verify information prior to processing. Cash Out Forms are due in Human Resources on the Friday before pay period ends on Wednesday.

Upon termination employees are eligible to be paid any accrued, unused PTO hours, provided proper written notice (call-ins during notice periods nullifies notice for pay purposes) is given and worked, unless employed less than six months. As defined in Section 1.9 of the Employee Handbook, employees who quit or are dismissed will not be paid for accrued, unused PTO.

Hughes v. Dale County
RFP 0051

# (Paid Time Off) Benefits

Hughes v. Dale County
RFP 0052

# PTO (Paid Time Off) Benefits
## Holiday Hours

**Old Benefit**

- 50 hrs
- New Years
- July 4
- Memorial Day
- Labor Day
- Thanksgiving
- Christmas

**New Benefit**

- Hours transferred to PTO Bank...
- Giving Employee Flexibility to Use at other Times...

Hughes v. Dale County
RFP 0053

# PTO (Paid Time Off) Benefits

## PTO

| Benefit | New Benefit |
|---|---|
| 12 days or ... hours | <10 years 19 days or 152 hours |
| >10 years 15 days or 120 hours | >10 years 22 days or 176 hours |
| Vacation hours capped at 160 hours. (Accrual stops until time used down.) | PTO hours capped at 180 hours. (Accrual stops until time utilized or cashed out.) |

Hughes v. Dale County
RFP 0054

# PTO (Paid Time Off) Benefits

## Sick Leave / EIB

### Benefit

...... of 12 days per Year up to 720 hours.

Employee is not paid for 1st day of sick until 96 hours have been accrued.

### New Benefit

Change to an Extended Illness Benefit to encourage employees to build a short-term disability benefit. Employee must meet one of the following to receive pay for days 1 and 2 of illness.

1. 500 EIB hours accrued.

2. Hospitalization to include outpatient surgery, inpatient or ER visit.

3. Work related injury.

PTO may be used for day 1 and 2.

Hughes v. Dale County
RFP 0055

# PTO (Paid Time Off) Benefits Cash-out

*Current*

**NONE**

*New*

Employee may choose to cash out PTO up to 2 times per year paid at 80% of rate not to exceed 80 hours per calendar year. Full time employees must maintain a bank of 40 hours and part time must maintain a bank of 20 hours.

Hughes v. Dale County
RFP 0056