*Please Return By 7/24/03* RECOMMEND __4__ % INCREA~

PLAINTIFF'S EXHIBIT

9

## DALE MEDICAL CENTER
### PERFORMANCE APPRAISAL
### ADDENDUM

Position Title: _Office Manager/Patient Account / Insurance Clerk_     Department: __Ariton Medical Clinic__

Appraisal Review Date: _8/1/03_     Employee Name: _Deborah Hughes_

The above staff member must be able to demonstrate the knowledge and skills necessary to provide care, based on physical, psycho/social, educational, safety, and related criteria, appropriate to the age of the patients served in his/her assigned service area. The skills and knowledge needed to provide such care may be gained through education, training or experience.

### Age Specific Criteria Checklist

| | Demonstrates the minimum knowledge, skills, and abilities for the following inpatient populations: | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Neo-Natal | | | Pediatrics | | | Adolescence | | | Adult | | | Geriatrics | | |
| | Yes | No | NA | Yes | No | NA | Yes | No | NA | Yes | No | NA | Yes | No | NA |
| Knowledge of growth and development: | | | ✓ | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Ability to assess age specific data: | | | ✓ | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Ability to provide age specific data: | | | ✓ | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Ability to interpret age specified data: | | | ✓ | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Possess communication skill necessary to interpret age specific response to treatment. | | | ✓ | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Ability to involve family or significant other in decision making related to plan of care: | | | ✓ | ✓ | | | ✓ | | | ✓ | | | ✓ | | |

Any negative response on this form will be reflected in the overall performance rating of the individual and established as a goal for improvement through additional training, education, etc.

**Department**

Manager Signature: _[signature]_     Date: __/__/__

Employee Signature: _[signature]_     Date: _07/31/03_

EMPLOYEE _Deborah   Hughes_    POSITION -- OFFICE MANAGER

DEPARTMENT:  PHYSICIAN OFFICE / ARITON MEDICAL CLINIC

PERIOD COVERED  _8/02 - 8/03_    REASON FOR REVIEW _Annual_

JOB TITLE:    OFFICE MANAGER / PATIENT ACCOUNT / INSURANCE CLERK

SUPERVISOR:  PHYSICIAN / PRACTICE MANAGEMENT


JOB SUMMARY:    To direct the overall administrative activities of the
                Physician's Office, to ensure that proper administrative
                procedures are maintained.

JOB SPECIFICATIONS:
                Must possess the ability to make independent decisions
                when circumstances warrant such action and to remain
                calm during emergent situations.  Must possess the
                ability to deal tactfully with personnel, patients,
                visitors, and the general public.  Must be knowledgeable
                of administrative practices, procedures, and guidelines.
                Must possess a cheerful personality and be able to work
                harmoniously with other personnel.  Must possess the
                ability to seek out new methods and principles and be
                willing to incorporate them into existing practices.
                Must be able to operate office machinery efficiently.
                Must be able to cope with the mental and emotional
                stress of the position.  Must function independently,
                have flexibility, personal integrity, and the ability to
                work effectively with other personnel.  Must be willing
                to work beyond normal working hours when the need
                arises.  Must have a thorough knowledge of billing
                mechanisms especially the UB-92 and other insurance
                claim forms.  Must perform follow-up on patient
                accounts.  Must maintain accurate accounts of daily
                financial transactions.  Compile information for monthly
                financial statements and assist in annual audits of the
                records.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00061

Page 1

EMPLOYEE _____

DEPARTMENT: PHYSICIAN OFFICE / ARITON MEDICAL CLINIC

PERIOD COVERED _____ REASON FOR REVIEW _____

JOB TITLE:  OFFICE MANAGER / PATIENT ACCOUNTS / INSURANCE CLERK

RATING SCHEME:    1 - UNSATISFACTORY     3 - MEETS REQUIREMENTS
                  2 - NEEDS IMPROVEMENT

| RESPONSIBILITIES | PERFORMANCE STANDARDS | 1 | 2 | 3 |
|---|---|---|---|---|
| I.  Directs adminis-<br>trative activities | 1. Assists in planning, developing, organizing, implementing, evaluating, and directing administrative office policies and procedures. | | | ✓ |
| | 2. Develops and maintains a good working rapport with inter-department personnel, as well as other departments. | | | ✓ |
| | 3. Assures that all office staff follows established policies and procedures. | | | ✓ |
| | 4. Interprets office policies and procedures to office staff, patients, patient's family members, visitors and others. | | | ✓ |
| | 5. Organizes, evaluates and monitors business office operations. | | | ✓ |
| | 6. Collects, maintains, and provides statistical data as directed. | | | ✓ |
| | 7. Assists in the establishment and maintenance of an adequate filing system. | | | ✓ |
| | 8. Assures that the office is maintained in clean and safe manner and that necessary equipment and supplies are maintained to perform required duties. | | | ✓ |
| | 9. Assists in scheduling office working hours, personnel and work assignments. | | | ✓ |
| | 10. Assists in determining office staffing and evaluates employees performance. | | | ✓ |

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00062

Page 2

EMPLOYEE _____

DEPARTMENT  PHYSICIAN OFFICE / ARITON MEDICAL CLINIC

PERIOD COVERED _____  REASON FOR REVIEW _____

JOB TITLE:   OFFICE MANAGER / PATIENT ACCOUNTS / INSURANCE CLERK

RATING SCHEME:   1 - UNSATISFACTORY    3 - MEETS REQUIREMENTS
                 2 - NEEDS IMPROVEMENT

| RESPONSIBILITIES | PERFORMANCE STANDARDS | 1 | 2 | 3 |
|---|---|---|---|---|
| II. Patient/Insurance Information | 1. Assure that CONFIDENTIALITY of all patients and patient information is strictly adhered to. | | | ✓ |
| | 2. Maintains necessary information for financial reports and in regards to patient's bills, maintains accurate balances for each patient account. | | | ✓ |
| III. Other Duties | 1. CPT-4 / ICD-9 Coding and diagnosis. | | | ✓ |
| | 2. Assists Physician and patients. | | | ✓ |
| | 3. Work up patients. | | | ✓ |
| | 4. Assist with drawing blood from patient. | | | ✓ |
| | 5. Assists with breathing treatments, O2 Sats and glucometer readings (in-house blood sugars). | | | ✓ |
| | 6. Perform maintenance/sterilization of all instruments. | | | ✓ |
| | 7. Perform house cleaning duties within clinic ~~and launder exam gowns on weekends~~. | | | ✓ |
| | 8. Chart documentation and preparation of all daily patient procedures. | | | ✓ |
| | 9. Call in prescriptions and preparation of prescriptions. | | | ✓ |
| | 10. Type letters to patients reference results of tests and call reference tests. | | | ✓ |

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00063

Page 3

EVALUATOR SIGNATURE

DEPT HEAD SIGNATURE

EMPLOYEE SIGNATURE

DATE                7/31/03