```
RUN DATE. 08/07/06           DALE MEDICAL CENTER                                          PAGE   1
   TIME: 09:55               T&A TIME REPORT              (Selected Employee)             TOTIMEREP
                             For Period: 11/11/04 - 11/24/04

DEBORAH HUGHES          Dept: 083   Job:      FTE: 1.00         ********* TERMINATED *********
J0399  FT  OT: .00/40.00 W   Meal: .50   Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date    Code  Tm/Hr/$ Dept Job ........ Hours  Dedn     1     2     3    Other     1     2     3    Other       Prod
  Th 11/11 In -8  07:57  083
           Out    16:45                   8.75    .50   8.25
  Fr 11/12 In -8  07:57  083
           Out    12:25                   4.50    .00   4.50
  Mo 11/15 In -8  07:58  083
           Out    17:43                   9.75    .50   9.25
  Tu 11/16 In -8  07:56  083
           Out    16:43                   8.75    .50   8.25
  We 11/17 In -8  07:55  083
           Out    17:06                   9.00    .50   8.50
  Th 11/18 In -8  07:56  083
           Out    16:32                   8.50    .50   8.00
  Fr 11/19 In -8  07:58  083
           Out    12:02                   4.00    .00   4.00
  Mo 11/22 In -8  07:57  083
           Out    17:01                   9.00    .50   8.50
  Tu 11/23 In -8  07:59  083
           Out    16:46                   8.75    .50   8.25
  We 11/24 In -8  07:57  083
           Out    13:28                   5.50    .00   5.50
           In -8  14:08  083
           Out    15:42                   1.50    .00   1.50
                        Total Clck Hours: 78.00  3.50  74.50    .00   .00   .00   .00   .00   .00   .00   .00   .00
                             Paid Hours:  74.50
```



Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00009

```
RUN DATE: 08/07/06              DALE MEDICAL CENTER                                    PAGE   1
    TIME: 09:55                 T&A TIME REPORT           (Selected Employee)         T2TIMEREP
                                For Period: 11/25/04 - 12/08/04
```

```
DEBORAH HUGHES          Dept: 083  Job:    FTE: 1.00       ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50   Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date     Code   Tm/Hr/$ Dept Job . . . . . . Hours  Dedn   1     2     3    Other    1     2     3    Other    Prod
Th 11/25 PCd:H   8.00  083                                                                                      8.00
Tu 11/30 In -B  07:58  083
         Out    17:37                       9.50   .50   9.00
We 12/01 PCd:V   8.00  083                                                                                      8.00
Fr 12/03 PCd:S   8.00  083                                                                                      8.00
Mo 12/06 In -B  07:56  083
         Out    16:38                       8.75   .50   8.25
Tu 12/07 In -B  08:00  083
         Out    16:13                       8.25   .50   7.75
We 12/08 In -B  07:54  083
         Out    17:18                       9.25   .50   8.75
                           Total Clck Hours: 35.75 2.00  33.75   .00   .00   .00    .00   .00   .00    .00     24.00
                               Paid Hours:  57.75
Other Totals: B:    8.00  V:    8.00  S:    8.00
```

```
RUN DATE: 06/07/06              DALE MEDICAL CENTER                                          PAGE   1
   TIME: 09:55                  T&A TIME REPORT              (Selected Employee)             T2TIMEREP
                                For Period: 12/09/04 - 12/22/04

DEBORAH HUGHES          Dept: 083  Job:      FTE: 1.00         ********* TERMINATED *********
00399  FT  OT: .00/40.00 W   Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn    1     2     3    Other   1     2     3    Other       Prod
 Th 12/09 In -8  07:54  083
          Out    17:07                      9.00   .50   8.50
 Mo 12/13 In -8  07:58  083
          Out    12:32                      4.50   .00   4.50
 We 12/15 PCd:S   8.00  083                                                                                        8.00
 Th 12/16 In -8  07:58  083
          Out    16:29                      8.50   .50   8.00
 Fr 12/17 In -8  07:54  083
          Out    11:45                      3.75   .00   3.75
 Mo 12/20 In -8  07:56  083
          Out    16:55                      9.00   .50   8.50
 Tu 12/21 In -8  07:54  083
          Out    17:01                      9.00   .50   8.50
 We 12/22 In -8  07:59  083
          Out    16:00                      8.00   .50   7.50
                        Total Clck Hours:  51.75  2.50  49.25  .00   .00   .00    .00   .00   .00   .00           8.00
                              Paid Hours:  57.25

 Other Totals: S:    8.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                               D00011

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                        PAGE   1
   TIME: 09:55                    T&A TIME REPORT              (Selected Employee)           T2TIMEREP
                                  For Period: 12/23/04 - 01/05/05


DEBORAH HUGHES            Dept: 083  Job:       FTE: 1.00            ********* TERMINATED *********
00399  FT  OT: .00/40.00 W   Meal: .50     Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date   Code   Tm/Hr/$ Dept Job . . . . .. .. Hours  Dedn    1      2      3    Other    1      2      3    Other   Prod
  Th 12/23 In -8   07:53  083
           Out     11:42                    3.75   .00   3.75
  Fr 12/24 PCd:H   8.00   083                                                                                        8.00
  Mo 12/27 In -8   07:56  083
           Out     16:28                    8.50   .50   8.00
  Tu 12/28 In -8   07:58  083
           Out     16:32                    8.50   .50   8.00
  We 12/29 In -8   07:58  083
           Out     17:07                    9.00   .50   8.50
  Th 12/30 In -8   07:55  083
           Out     12:36                    4.50   .00   4.50
  Fr 12/31 PCd:H   8.00   083                                                                                        8.00
  Mo 01/03 PCd:S   8.00   083                                                                                        8.00
  Tu 01/04 PCd:S   8.00   083                                                                                        8.00
  We 01/05 PCd:S   8.00   083                                                                                        8.00
                              Total Clck Hours:  34.25  1.50  32.75   .00    .00   .00    .00    .00    .00    .00   40.00
                                    Paid Hours:  72.75
  Other Totals: H:   16.00  S:   24.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                                   D00012

```
RUN DATE: 08/07/06                    DALE MEDICAL CENTER                                    PAGE  1
   TIME: 09:55                        T&A TIME REPORT              (Selected Employee)      TOTIMEREP
                                      For Period: 01/06/05 - 01/19/05

DEBORAH HUGHES           Dept: 083  Job:      FTE: 1.00           ********* TERMINATED *********
00399  FT  OT: .00/40.00 W  Meal: .50      Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1      2     3     Other   1     2     3     Other     Prod
 Th 01/06 PCd:S   8.00  083                                                                                         8.00
 Mo 01/10 PCd:S   8.00  083                                                                                         8.00
 Tu 01/11 PCd:S   8.00  083                                                                                         8.00
 We 01/12 PCd:S   8.00  083                                                                                         8.00
 Th 01/13 PCd:S   8.00  083                                                                                         8.00
 Mo 01/17 PCd:S   8.00  083                                                                                         8.00
 Tu 01/18 PCd:S   8.00  083                                                                                         8.00
 We 01/19 PCd:S   8.00  083                                                                                         8.00
                        Total Clck Hours:    .00   .00   .00    .00   .00    .00    .00   .00   .00    .00        64.00
                            Paid Hours:   64.00

  Other Totals: S:   64.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00013

```
RUN DATE: 08/07/06           DALE MEDICAL CENTER                                PAGE   1
   TIME: 09:55               T&A TIME REPORT          (Selected Employee)       T2TIMEREP
                             For Period: 01/20/05 - 02/02/05

DEBORAH HUGHES         Dept: 083  Job:    FTE: 1.00      ********* TERMINATED *********
00399  PT  OT: .00/40.00 W   Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date    Code  Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3    Other       Prod
 Th 01/20 PCd:S  8.00  083                                                                                        8.00
 Mo 01/24 PCd:S  8.00  083                                                                                        8.00
 Tu 01/25 PCd:S  8.00  083                                                                                        8.00
 We 01/26 PCd:S  8.00  083                                                                                        8.00
 Th 01/27 PCd:S  8.00  083                                                                                        8.00
 Mo 01/31 PCd:S  8.00  083                                                                                        8.00
 Tu 02/01 PCd:S  8.00  083                                                                                        8.00
 We 02/02 PCd:S  8.00  083                                                                                        8.00
                              Total Clck Hours:  .00   .00   .00   .00   .00   .00   .00   .00   .00   .00       64.00
                                    Paid Hours: 64.00

 Other Totals: S:    64.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                                        D00014

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                          PAGE   1
   TIME: 09:55                    T&A TIME REPORT              (Selected Employee)             T2TIMEREP
                                  For Period: 02/03/05 - 02/16/05

DEBORAH HUGHES           Dept: 083  Job:    FTE: 1.00           ********* TERMINATED *********
00399  PT  OT:  .00/40.00 W  Meal: .50    Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1    2    3   Other   1    2    3   Other   Prod
Th 02/03 PCd:S   8.00  083                                                                              8.00
Mo 02/07 In -8  07:58  083
         Out    11:59                      4.00   .00  4.00
         PCd:S   4.00  083                                                                              4.00
Tu 02/08 In -8  07:58  083
         Out    12:00                      4.00   .00  4.00
         PCd:S   4.00  083                                                                              4.00
We 02/09 In -8  07:58  083
         Out    12:00                      4.00   .00  4.00
         PCd:S   4.00  083                                                                              4.00
Th 02/10 In -8  08:04  083
         Out    12:19                      4.25   .00  4.25
         PCd:S   4.00  083                                                                              4.00
Fr 02/11 In -8  08:01  083
         Out    11:32                      3.50   .00  3.50
Mo 02/14 In -8  11:54  083
         Out    16:18                      4.25   .00  4.25
         PCd:S   4.00  083                                                                              4.00
Tu 02/15 In -8  11:58  083
         Out    16:13                      4.25   .00  4.25
         PCd:S   4.00  083                                                                              4.00
We 02/16 In -8  11:57  083
         Out    16:31                      4.50   .00  4.50
         PCd:S   4.00  083                                                                              4.00
                          Total Clck Hours: 32.75  .00 32.75  .00  .00  .00  .00  .00  .00  .00  36.00
                              Paid Hours:  68.75

Other Totals: S:   36.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                                  D00015

```
RUN DATE: 08/07/06                 DALE MEDICAL CENTER                                          PAGE   1
   TIME: 09:55                     T&A TIME REPORT              (Selected Employee)             T2TIMEREP
                                   For Period: 02/17/05 - 03/02/05

DEBORAH HUGHES               Dept: 083  Job:       FTE: 1.00          ********* TERMINATED *********
J0399  FT  OT: .00/40.00 W   Meal: .50       Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date    Code   Tm/Hr/$ Dept Job . . . . . . . Hours   Dedn    1       2      3     Other    1      2      3    Other   Prod
Th 02/17 In -8   11:52  083
         Out     16:11                          4.50    .00   4.50
         PCd:S    4.00  083                                                                                              4.00
Fr 02/18 In -8   07:57  083
         Out     12:23                          4.50    .00   4.50
Mo 02/21 In -8   08:00  083
         Out     16:07                          8.00    .50   7.50
Tu 02/22 In -8   07:56  083
         Out     16:58                          9.00    .50   8.50
We 02/23 In -8   07:58  083
         Out     16:29                          8.50    .50   8.00
Th 02/24 In -8   07:58  083
         Out     16:14                          8.25    .50   7.75
Fr 02/25 In -8   07:58  083
         Out     10:40                          2.75    .00   2.75
Mo 02/28 In -8   07:57  083
         Out     16:30                          8.50    .50   8.00
Tu 03/01 In -8   07:58  083
         Out     16:00                          8.00    .50   7.50
We 03/02 In -8   07:55  083
         Out     16:20                          8.25    .50   7.75
                             Total Clck Hours: 70.25  3.50  66.75   .00   .00   .00    .00   .00   .00   .00    4.00
                                   Paid Hours: 70.75
Other Totals: S:  4.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                         D00016

```
RUN DATE: 08/27/06                DALE MEDICAL CENTER                                          PAGE  1
   TIME: 09:55                    T&A TIME REPORT            (Selected Employee)               T2TIMEREP
                                  For Period: 03/03/05 - 03/16/05


DEBORAH HUGHES           Dept: 083  Job:    FTE: 1.00         ********* TERMINATED *********
00399 FT  OT: .00/40.00 W   Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---  Non-
Date    Code  Tm/Hr/S Dept Job .. .. .. ..  Hours  Dedn   1    2    3   Other    1    2    3   Other   Prod
 Th 03/03 In -8  07:57 083
          Out   15:52                       7.75   .50  7.25
 Fr 03/04 In -8  08:00 083
          Out   10:47                       2.75   .00  2.75
 Mo 03/07 In -8  07:57 083
          Out   16:48                       8.75   .50  8.25
 Tu 03/08 In -8  07:59 083
          Out   16:59                       9.00   .50  8.50
 Th 03/10 PCd:V  8.00  083                                                                              8.00
 Mo 03/14 In -8  07:58 083
          Out   16:56                       9.00   .50  8.50
 Tu 03/15 In -8  07:58 083
          Out   17:04                       9.00   .50  8.50
 We 03/16 In -8  07:56 083
          Out   16:17                       8.25   .50  7.75
                        Total Clck Hours:  54.50  3.00 51.50  .00  .00   .00   .00  .00  .00   .00   8.00
                               Paid Hours: 59.50
 Other Totals: V:   8.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00017

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                            PAGE   1
   TIME: 09:55                    T&A TIME REPORT              (Selected Employee)               T2TIMEREP
                                  For Period: 03/17/05 - 03/30/05

DEBORAH HUGHES           Dept: 083   Job:      FTE: 1.00           ********* TERMINATED *********
00339  FT  OT: .00/40.00 W  Meal: .50   Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
  Date    Code   Tm/Hr/$ Dept Job .. .. .. .. .. Hours  Dedn    1      2      3    Other    1      2      3    Other   Prod
  Th 03/17 In -8  07:58  083
          Out     16:01                            8.00   .50   7.50
  Fr 03/18 PCd:V   4.00  083                                                                                             4.00
  Mo 03/21 In -8  07:57  083
          Out     15:52                            7.75   .50   7.25
  Tu 03/22 In -8  07:56  083
          Out     13:51                            5.75   .00   5.75
  We 03/23 In -8  07:57  083
          Out     17:13                            9.25   .50   8.75
  Th 03/24 In -8  08:00  083
          Out     16:43                            8.75   .50   8.25
  Fr 03/25 PCd:V   8.00  083                                                                                             8.00
  Mo 03/28 In -8  07:57  083
          Out     16:34                            8.50   .50   8.00
  Tu 03/29 In -8  07:55  083
          Out     15:49                            7.75   .50   7.25
  We 03/30 In -8  07:55  083
          Out     15:49                            7.75   .50   7.25
                         Total Clck Hours:        63.50  3.50  60.00   .00    .00    .00    .00    .00    .00    .00   12.00
                              Paid Hours:         72.00

  Other Totals: V:   12.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                            D00018

```
RUN DATE: 08/07/06                DALE MEDICAL CENTER                                    PAGE  1
TIME: 09:55                       T&A TIME REPORT         (Selected Employee)            T2TIMEREP
                                  For Period: 03/31/05 - 04/13/05

DEBORAH HUGHES            Dept: 083  Job:     FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W  Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date   Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3    Other   Prod
 Th 03/31 In -8  13:31  083
          Out    15:23                      2.00   .00  2.00
          PCd:V   4.00  083                                                                                 4.00
 Fr 04/01 In -8  07:56  083
          Out    12:09                      4.25   .00  4.25
 Mo 04/04 In -8  08:00  083
          Out    17:27                      9.50   .50  9.00
 Tu 04/05 In -8  07:58  083
          Out    16:29                      8.50   .50  8.00
 We 04/06 In -8  07:56  083
          Out    15:59                      8.00   .50  7.50
 Th 04/07 In -8  07:58  083
          Out    09:03                      1.00   .00  1.00
 Fr 04/08 In -8  07:59  083
          Out    11:09                      3.25   .00  3.25
 We 04/13 PCd:S   8.00  083                                                                                 8.00
                      Total Clck Hours:    36.50  1.50 35.00  .00   .00   .00   .00   .00   .00    .00    12.00
                          Paid Hours:     47.00
 Other Totals: V:  4.00  S:   8.00
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant     D00019

```
RUN DATE: 08/07/06              DALE MEDICAL CENTER                                      PAGE  1
   TIME: 09:55                  T&A TIME REPORT              :Selected Employee:         T2TIMEREP
                                For Period: 04/14/05 - 04/27/05

DEBORAH HUGHES          Dept: 083  Job:      FTE: 1.00           ********* TERMINATED *********
00399  FT  OT: .00/40.00 W  Meal: .50   Total  Meal --------- Productive --------- --- Productive Overtime ---  Non-
 Date    Code   Tm/Er/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other  1     2     3    Other  Prod
 Th 04/14 PCd:S   8.00  083                                                                                 8.00
 Fr 04/15 PCd:S   4.00  083                                                                                 4.00
 Mo 04/18 In -8  08:02  083
          Out    16:21                  8.25   .50  7.75
 Tu 04/19 In -8  07:56  083
          Out    15:52                  7.75   .50  7.25
 We 04/20 In -8  07:57  083
          Out    16:30                  8.50   .50  8.00
 Th 04/21 PCd:V  51.44  083                                                                                51.44
          PCd:1  80.00  083            80.00        40.00                   40.00
                      Total Clck Hours: 104.50  1.50 63.00  .00   .00   .00 40.00  .00   .00    .00 63.44
                                Paid Hours: 166.44
 Other Totals: S:   12.00  V:   51.44
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                    D00020