```
RUN DATE: 08/18/06          DALE MEDICAL CENTER                              PAGE   1
   TIME: 16:27              T&A TIME REPORT          (Selected Employee)     T2TIMEREP
                            For Period: 04/01/04 - 04/14/04


DEBORAH HUGHES          Dept: 083   Job:    FTE: 1.00       ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date     Code   Tm/Rr/$ Dept Job .. .. .. .. Hours  Dedn   1    2    3    Other  1    2    3    Other   Prod
     Th 04/01 In -8   06:00  083
            Out       17:01                  11.00  .50  10.50
     Fr 04/02 In -8   05:59  083
            Out       11:04                   5.00  .00   5.00
     Mo 04/05 In -8   06:05  083
            Out       16:57                  11.00  .50  10.50
     Tu 04/06 In -8   05:59  083
            Out       17:00                  11.00  .50  10.50
     We 04/07 In -8   06:24  083
            Out       17:04                  10.50  .50   3.50                     6.50
     Th 04/08 In -8   05:57  083
            Out       17:02                  11.00  .50  10.50
     Mo 04/12 In -8   05:56  083
            Out       17:39                  11.75  .50  11.25
     Tu 04/13 In -8   05:56  083
            Out       17:15                  11.25  .50  10.75
     We 04/14 In -8   06:07  083
            Out       16:57                  11.00  .50   7.50                     3.00
                      Total Clck Hours:      93.50 4.00 80.00  .00  .00  .00  9.50  .00  .00  .00   .00
                          Paid Hours:        89.50
```



**PLAINTIFF'S EXHIBIT**

12

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00115

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                              PAGE   1
    TIME: 16:27                       T&A TIME REPORT              (Selected Employee)                 T2TIMEREP
                                      For Period: 04/15/04 - 04/28/04

DEBORAH HUGHES              Dept: 083   Job:      FTE: 1.00              ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50        Total    Meal --------- Productive --------- --- Productive Overtime ---    Non-
 Date    Code    Tm/Hr/$ Dept Job . . . . . .  Hours   Dedn   1     2     3    Other  1     2     3    Other     Prod
 Th 04/15 In -8   05:44  083
          Out     17:03                         11.25   .50  10.75
 Fr 04/16 In -8   05:45  083
          Out     11:29                          5.75   .00   5.75
 Mo 04/19 In -8   06:25  083
          Out     16:58                         10.50   .50  10.00
 Tu 04/20 In -8   06:12  083
          Out     17:18                         11.00   .50  10.50
 We 04/21 PCd:S   10.00  083                                                                                            10.00
 Th 04/22 PCd:S   10.00  083                                                                                            10.00
 Fr 04/23 PCd:S    6.00  083                                                                                             6.00
 Mo 04/26 In -8   05:52  083
          Out     17:13                         11.50   .50  11.00
 Tu 04/27 In -8   05:43  083
          Out     17:14                         11.50   .50  11.00
 We 04/28 In -8   05:43  083
          Out     17:41                         12.00   .50  11.50
          PCd:1    .50   083                       .50         .50
                          Total Clck Hours:     74.00  3.00  71.00   .00   .00   .00   .00   .00   .00   .00  26.00
                               Paid Hours:      97.00

Other Totals: S:   26.00
```

```
RUN DATE: 08/18/06                DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                    T&A TIME REPORT        (Selected Employee)      T2TIMEREP
                                   For Period: 05/13/04 - 05/26/04
```

```
DEBORAH HUGHES              Dept: 083   Job:     FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50       Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date   Code    Tm/Hr/$ Dept Job .. .. .. ....  Hours  Dedn   1      2     3     Other   1     2     3    Other   Prod
 Th 05/13 In -8  06:24  083
          Out    16:27                         10.00   .50  9.50
 Mo 05/17 In -8  06:27  083
          Out    16:24                         10.00   .50  9.50
          PCd:V   1.00  083                                                                                       1.00
 Tu 05/18 In -8  08:00  083
          Out    17:00                          9.00   .50  8.50
          PCd:V   1.50  083                                                                                       1.50
 We 05/19 In -8  08:00  083
          Out    17:09                          9.25   .50  8.75
          PCd:V   1.25  083                                                                                       1.25
 Th 05/20 In -8  08:00  083
          Out    17:26                          9.50   .50  9.00
 Fr 05/21 In -8  08:00  083
          Out    12:19                          4.25   .00  4.25
 Mo 05/24 In -8  08:00  083
          Out    17:00                          9.00   .50  8.50
 Tu 05/25 PCd:V 10.00  083                                                                                       10.00
 We 05/26 PCd:V  8.25  083                                                                                        8.25
                         Total Clck Hours:     61.00  3.00 58.00   .00   .00   .00   .00   .00   .00    .00      22.00
                         Paid Hours:           80.00

   Other Totals: V:    22.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                                    PAGE  1
     TIME: 16:27                T&A TIME REPORT              (Selected Employee)        TITIMEREP
                                For Period: 05/27/04 - 06/09/04


DEBORAH HUGHES          Dept: 083  Job:      FTE: 1.00         ********* TERMINATED *********
00399  FT  OT.  .00/40.00 W   Meal: .50      Total   Meal -------- Productive --------- --- Productive Overtime ---    Non-
Date    Code    Tm/Br/$ Dept Job .. .. .. .. Hours   Dedn   1      2     3    Other  1    2    3    Other    Prod
Th 05/27 PCd:V   8.00 083                                                                                              8.00
Fr 05/28 In -8  08:01 083
         Out    12:10                         4.25   .00  4.25
Mo 05/31 PCd:H   8.00 083                                                                                              8.00
Tu 06/01 In -8  07:12 083
         Out    17:13                        10.00   .50  9.50
We 06/02 In -8  07:59 083
         Out    16:57                         9.00   .50  8.50
Th 06/03 In -8  07:56 083
         Out    17:32                         9.50   .50  9.00
Fr 06/04 In -8  07:48 083
         Out    12:34                         4.75   .00  4.75
Mo 06/07 In -8  07:30 083
         Out    17:02                         9.50   .50  9.00
Tu 06/08 In -8  07:27 083
         Out    17:24                        10.00   .50  9.50
We 06/09 In -8  07:56 083
         Out    17:04                         9.00   .50  7.75                          .75
                            Total Clck Hours: 66.00  3.00 62.25   .00   .00   .00   .75   .00   .00   .00  16.00
                                 Paid Hours:  79.00
    Other Totals: V:    8.00  H:    8.00
```

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                    PAGE  1
    TIME: 16:27                       T&A TIME REPORT        (Selected Employee)             T2TIMEREP
                                      For Period: 06/10/04 - 06/23/04


DEBORAH HUGHES            Dept: 083  Job:      FTE: 1.00         ********* TERMINATED *********
00399  FT  OT: .00/40.00 N  Meal: .50         Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date      Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other  1     2     3    Other    Prod
  Th 06/10 In -8  07:56  083
           Out   17:34                          9.50   .50  9.00
  Fr 06/11 In -8  07:57  083
           Out   12:12                          4.25   .00  4.25
  Mo 06/14 In -8  07:56  083
           Out   16:56                          9.00   .50  8.50
  Tu 06/15 In -8  07:57  083
           Out   17:07                          9.00   .50  8.50
  We 06/16 In -8  07:56  083
           Out   17:01                          9.00   .50  8.50
  Th 06/17 In -8  07:58  083
           Out   17:10                          9.25   .50  8.75
  Fr 06/18 In -8  07:56  083
           Out   12:32                          4.50   .00  4.50
  Mo 06/21 In -8  07:57  083
           Out   17:26                          9.50   .50  9.00
  Tu 06/22 In -8  07:56  083
           Out   17:30                          9.50   .50  9.00
  We 06/23 In -8  07:54  083
           Out   17:05                          9.00   .50  8.50
                         Total Clck Hours:     82.50  4.00 78.50   .00   .00   .00   .00   .00   .00   .00     .00
                             Paid Hours:       78.50
```

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                      **D00120**

```
RUN DATE: 08/18/06                      DALE MEDICAL CENTER                                              PAGE  1
    TIME: 16:27                         T&A TIME REPORT              (Selected Employee)                 T2TIMEREP
                                        For Period: 06/24/04 - 07/07/04

DEBORAH HUGHES              Dept: 083   Job:     FTE: 1.00            ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50        Total   Meal -------- Productive --------- --- Productive Overtime ---    Non-
Date    Code    Tm/Br/$ Dept Job .. .. .. .. Hours   Dedn   1      2      3     Other   1     2     3    Other   Prod
 Th 06/24 In -8   07:57 083
          Out     17:14                        9.25   .50   8.75
 Fr 06/25 In -8   07:55 083
          Out     13:04                        5.00   .00   5.00
 Mo 06/28 In -8   07:59 083
          Out     16:33                        8.50   .50   8.00
 Tu 06/29 In -8   07:55 083
          Out     16:57                        9.00   .50   8.50
 We 06/30 In -8   07:56 083
          Out     16:57                        9.00   .50   8.50
 Th 07/01 In -8   07:55 083
          Out     17:09                        9.25   .50   8.75
 Fr 07/02 In -8   07:59 083
          Out     13:14                        5.25   .00   5.25
 Mo 07/05 PCd:8    8.00 083                                                                                      8.00
 Tu 07/06 In -8   07:55 083
          Out     17:10                        9.25   .50   8.75
 We 07/07 In -8   07:55 083
          Out     17:09                        9.25   .50   8.75
                              Total Clck Hours: 73.75  3.50 70.25   .00   .00   .00    .00   .00   .00   .00   8.00
                                   Paid Hours:  78.25

Other Totals: H:    8.00
```

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                        PAGE  1
     TIME: 16:27                      T&A TIME REPORT           (Selected Employee)               T2TIMEREP
                                      For Period: 07/08/04 - 07/21/04
```

| DEBORAH HUGHES | | Dept: 083  Job: | FTE: 1.00 | | | | ********* TERMINATED ********* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00399 FT OT: .00/40.00 W  Meal: .50 | | | Total | Meal | --------- Productive --------- | | | --- Productive Overtime --- | | | | Non- |
| Date | Code | Tm/Hr/$ Dept Job . . . . . . . . | Hours | Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Prod |
| Th 07/08 In -8 | 07:55 083 | | | | | | | | | | | | |
|  | Out | 16:30 | 8.50 | .50 | 8.00 | | | | | | | | |
| Fr 07/09 In -8 | 07:57 083 | | | | | | | | | | | | |
|  | Out | 11:21 | 3.25 | .00 | 3.25 | | | | | | | | |
| Mo 07/12 In -8 | 07:54 083 | | | | | | | | | | | | |
|  | Out | 17:04 | 9.00 | .50 | 8.50 | | | | | | | | |
| Tu 07/13 In -8 | 07:59 083 | | | | | | | | | | | | |
|  | Out | 17:12 | 9.25 | .50 | 8.75 | | | | | | | | |
| We 07/14 In -8 | 07:54 083 | | | | | | | | | | | | |
|  | Out | 17:15 | 9.25 | .50 | 8.75 | | | | | | | | |
| Th 07/15 In -8 | 07:56 083 | | | | | | | | | | | | |
|  | Out | 17:26 | 9.50 | .50 | 9.00 | | | | | | | | |
| Fr 07/16 In -8 | 07:59 083 | | | | | | | | | | | | |
|  | Out | 12:51 | 4.75 | .00 | 4.75 | | | | | | | | |
| Mo 07/19 In -8 | 07:59 083 | | | | | | | | | | | | |
|  | Out | 16:02 | 8.00 | .50 | 7.50 | | | | | | | | |
| Tu 07/20 In -8 | 07:54 083 | | | | | | | | | | | | |
|  | Out | 16:12 | 8.25 | .50 | 7.75 | | | | | | | | |
|  | PCd:1 | .50 083 | .50 | | .50 | | | | | | | | |
| We 07/21 In -8 | 07:58 083 | | | | | | | | | | | | |
|  | Out | 16:07 | 8.00 | .50 | 7.50 | | | | | | | | |
|  | PCd:1 | .50 083 | .50 | | .50 | | | | | | | | |
|  | | Total Clck Hours: | 78.75 | 4.00 | 74.75 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
|  | | Paid Hours: | 74.75 | | | | | | | | | | |

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                          D00122

```
RUN DATE: 08/18/06                        DALE MEDICAL CENTER                                          PAGE   1
     TIME: 16:27                          T&A TIME REPORT              (Selected Employee)              T2TIMEREP
                                          For Period: 07/22/04 - 08/04/04
```

DEBORAH HUGHES          Dept: 083   Job:      FTE: 1.00           ********* TERMINATED *********

00399  FT  OT: .00/40.00 W   Meal: .50     Total   Meal -------- Productive --------- --- Productive Overtime ---   Non-

| Date | Code | Tm/Hr/$ Dept Job . . . . . . . . | Hours | Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Prod |
|------|------|-------|-------|------|---|---|---|-------|---|---|---|-------|------|
| Th 07/22 In -8 | 07:54 083 | | | | | | | | | | | | |
| | Out | 16:14 | | 8.25 | .50 | 7.75 | | | | | | | |
| | PCd:1 | .50 083 | | .50 | | .50 | | | | | | | |
| Fr 07/23 PCd:V | 8.00 083 | | | | | | | | | | | | 8.00 |
| Mo 07/26 In -8 | 07:52 083 | | | | | | | | | | | | |
| | Out | 18:18 | | 10.50 | .50 | 10.00 | | | | | | | |
| Tu 07/27 PCd:V | 8.00 083 | | | | | | | | | | | | 8.00 |
| We 07/28 In -8 | 07:54 083 | | | | | | | | | | | | |
| | Out | 17:49 | | 9.75 | .50 | 9.25 | | | | | | | |
| Th 07/29 In -8 | 07:55 083 | | | | | | | | | | | | |
| | Out | 17:59 | | 10.00 | .50 | 9.50 | | | | | | | |
| Fr 07/30 In -8 | 07:56 083 | | | | | | | | | | | | |
| | Out | 11:43 | | 3.75 | .00 | 3.75 | | | | | | | |
| Mo 08/02 In -8 | 07:57 083 | | | | | | | | | | | | |
| | Out | 15:12 | | 7.25 | .50 | 6.75 | | | | | | | |
| | In -8 | 15:59 083 | | | | | | | | | | | |
| | Out | 17:12 | | 1.25 | .00 | 1.25 | | | | | | | |
| Tu 08/03 In -8 | 07:57 083 | | | | | | | | | | | | |
| | Out | 12:52 | | 4.75 | .00 | 4.75 | | | | | | | |
| | In -8 | 13:23 083 | | | | | | | | | | | |
| | Out | 17:34 | | 4.00 | .00 | 4.00 | | | | | | | |
| We 08/04 In -8 | 07:54 083 | | | | | | | | | | | | |
| | Out | 17:29 | | 9.50 | .50 | 9.00 | | | | | | | |
| | | Total Clck Hours: | 69.50 | 3.00 | 66.50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 16.00 |
| | | Paid Hours: | 82.50 | | | | | | | | | | |

Other Totals: V:     16.00

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE  1
   TIME: 16:27                  T&A TIME REPORT              (Selected Employee)      T2TIMEREP
                                For Period: 08/05/04 - 08/18/04
```

```
DEBORAH HUGHES          Dept: 083   Job:     FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50     Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date   Code   Tm/Br/$ Dept Job . . . . . . . . Hours   Dedn   1     2     3    Other   1     2     3    Other   Prod
Th 08/05 PCd:V    9.00  083                                                                                        9.00
Fr 08/06 PCd:V    4.00  083                                                                                        4.00
Mo 08/09 PCd:V    8.50  083                                                                                        8.50
Tu 08/10 In -8  08:04  083
         Out    17:39                        9.75   .50  9.25
We 08/11 In -8  07:52  083
         Out    17:27                        9.75   .50  9.25
Th 08/12 In -8  07:54  083
         Out    17:17                        9.25   .50  8.75
Fr 08/13 In -8  07:58  083
         Out    12:28                        4.50   .00  4.50
Mo 08/16 In -8  07:54  083
         Out    17:58                       10.00   .50  9.50
Tu 08/17 In -8  07:54  083
         Out    17:05                        9.00   .50  8.50
We 08/18 In -8  07:54  083
         Out    17:12                        9.25   .50  8.75
         PCd:1   .50  083                     .50                                  .50
                       Total Clck Hours:    62.00  3.00 58.50   .00   .00   .00   .50   .00   .00   .00  21.50
                            Paid Hours:     80.50

   Other Totals: V:   21.50
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT           (Selected Employee)    T2TIMEREP
                                For Period: 08/19/04 - 09/01/04
```

| DEBORAH HUGHES | | | Dept: 083 | Job: | PTE: 1.00 | | | ********* TERMINATED ********* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00399 FT OT: .00/40.00 W  Meal: .50 | | | | | Total | Meal | --------- Productive --------- | | | --- Productive Overtime --- | | | | | Non- |
| Date | Code | Tm/Hr/$ | Dept | Job . . . . . . . . | Hours | Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | | Prod |
| Th 08/19 In -8 | 07:55 | 083 | | | | | | | | | | | | | | |
| Out | 16:49 | | | | 8.75 | .50 | 8.25 | | | | | | | | | |
| Fr 08/20 In -8 | 07:57 | 083 | | | | | | | | | | | | | | |
| Out | 11:53 | | | | 4.00 | .00 | 4.00 | | | | | | | | | |
| Mo 08/23 In -8 | 07:54 | 083 | | | | | | | | | | | | | | |
| Out | 16:54 | | | | 9.00 | .50 | 8.50 | | | | | | | | | |
| Tu 08/24 In -8 | 07:55 | 083 | | | | | | | | | | | | | | |
| Out | 16:47 | | | | 8.75 | .50 | 8.25 | | | | | | | | | |
| We 08/25 In -8 | 07:56 | 083 | | | | | | | | | | | | | | |
| Out | 17:15 | | | | 9.25 | .50 | 8.75 | | | | | | | | | |
| Th 08/26 In -8 | 07:55 | 083 | | | | | | | | | | | | | | |
| Out | 16:59 | | | | 9.00 | .50 | 8.50 | | | | | | | | | |
| Fr 08/27 In -8 | 07:54 | 083 | | | | | | | | | | | | | | |
| Out | 10:41 | | | | 2.75 | .00 | 2.75 | | | | | | | | | |
| Mo 08/30 In -8 | 07:56 | 083 | | | | | | | | | | | | | | |
| Out | 17:12 | | | | 9.25 | .50 | 8.75 | | | | | | | | | |
| Tu 08/31 In -8 | 07:56 | 083 | | | | | | | | | | | | | | |
| Out | 17:42 | | | | 9.75 | .50 | 9.25 | | | | | | | | | |
| We 09/01 In -8 | 07:55 | 083 | | | | | | | | | | | | | | |
| Out | 16:39 | | | | 8.75 | .50 | 8.25 | | | | | | | | | |
| | | | | Total Clck Hours: | 79.25 | 4.00 | 75.25 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 |
| | | | | Paid Hours: | 75.25 | | | | | | | | | | | |

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                                        PAGE  1
     TIME: 16:27                T&A TIME REPORT              (Selected Employee)          T2TIMEREP
                                For Period: 09/02/04 - 09/15/04

DEBORAH HUGHES          Dept: 083   Job:    FTE: 1.00           ********* TERMINATED *********
00399  FT  OT: .00/40.00 W   Meal: .50      Total   Meal -------- Productive --------- --- Productive Overtime ---   Non-
Date    Code   Tm/Br/$ Dept Job .. .. .. .. Hours   Dedn   1     2    3    Other   1    2    3    Other   Prod
Th 09/02 In -8  08:04  083
         Out    16:55                        9.00   .50  8.50
Fr 09/03 In -8  07:57  083
         Out    12:23                        4.50   .00  4.50
Mo 09/06 PCd:H  8.00   083                                                                                8.00
Tu 09/07 In -8  07:54  083
         Out    18:04                       10.00   .50  9.50
We 09/08 In -8  07:55  083
         Out    17:02                        9.00   .50  8.50
Th 09/09 In -8  07:57  083
         Out    17:50                        9.75   .50  9.25
Fr 09/10 In -8  07:54  083
         Out    11:57                        4.00   .00  4.00
Mo 09/13 PCd:H  8.00   083                                                                                8.00
Tu 09/14 In -8  07:59  083
         Out    17:00                        9.00   .50  8.50
         PCd:1   .50   083                     .50        .50
We 09/15 In -8  07:57  083
         Out    16:01                        8.00   .50  7.50
         PCd:1   .50   083                     .50        .50
                      Total Clck Hours:     64.25  3.00 61.25   .00   .00   .00   .00   .00   .00   .00  16.00
                         Paid Hours:        77.25

Other Totals: H:   16.00
```

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**

D00126

```
RUN DATE: 08/18/06                 DALE MEDICAL CENTER                              PAGE   1
     TIME: 16:27                   T&A TIME REPORT        (Selected Employee)       T2TIMEREP
                                   For Period: 09/16/04 - 09/29/04

DEBORAH HUGHES              Dept: 083   Job:    FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50      Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date    Code   Tm/Br/$ Dept Job .. .. .. .. Hours   Dedn    1     2    3   Other  1    2    3   Other  Prod
Th 09/16 PCd:V  8.00 083                                                                                    8.00
Fr 09/17 PCd:V  5.00 083                                                                                    5.00
Mo 09/20 In -8  08:01 083
         Out    17:38                        9.75   .50  9.25
Tu 09/21 In -8  08:00 083
         Out    17:41                        9.75   .50  9.25
         PCd:1   .50 083                      .50        .50
We 09/22 PCd:V  8.00 083                                                                                    8.00
Th 09/23 PCd:V  8.00 083                                                                                    8.00
Fr 09/24 PCd:V  8.00 083                                                                                    8.00
Mo 09/27 In -8  07:57 083
         Out    17:11                        9.25   .50  8.75
Tu 09/28 In -8  08:00 083
         Out    17:52                        9.75   .50  9.25
         PCd:1   .50 083                      .50        .50
                       Total Clck Hours:    39.50  2.00 37.50   .00  .00  .00  .00  .00  .00   .00 37.00
                           Paid Hours:      74.50
Other Totals: V:   37.00
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                                    PAGE  1
   TIME: 16:27                  T&A TIME REPORT        (Selected Employee)             T2TIMEREP
                                For Period: 09/30/04 - 10/13/04


DEBORAH HUGHES           Dept: 083  Job:    FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50     Total   Meal -------- Productive --------- --- Productive Overtime ---   Non-
 Date    Code    Tw/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1      2      3    Other   1      2     3    Other      Prod
 Th 09/30 In -8  07:59  083
          Out    17:40                         9.75   .50   9.25
 Fr 10/01 In -8  07:59  083
          Out    12:43 _                       4.75   .00   4.75
 Mo 10/04 In -8  07:57  083
          Out    18:08                        10.25   .50   9.75
 Tu 10/05 In -8  07:59  083
          Out    17:57                        10.00   .50   9.50
 We 10/06 In -8  07:59  083
          Out    17:26                         9.50   .50   6.75                          2.25
 Th 10/07 In -8  07:57  083
          Out    18:19                        10.25   .50   9.75
 Fr 10/08 In -8  07:59  083
          Out    12:30                         4.50   .00   4.50
 Mo 10/11 In -8  07:59  083
          Out    17:01                         9.00   .50   8.50
 Tu 10/12 In -8  07:57  083
          Out    08:39                          .75   .00    .75
          In -8  09:38  083
          Out    17:41                         8.00   .50   7.50
 We 10/13 In -8  08:01  083
          Out    18:08                        10.25   .50   9.00                                 .75
                        Total Clck Hours:     87.00  4.00  80.00   .00    .00   .00   3.00   .00   .00    .00       .00
                        Paid Hours:           83.00
```

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                    D00128

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                          PAGE   1
   TIME: 16:27                        T&A TIME REPORT              (Selected Employee)             T2TIMEREP
                                      For Period: 10/14/04 - 10/27/04

DEBORAH HUGHES            Dept: 083   Job:      FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50        Total   Meal -------- Productive --------- --- Productive Overtime ---   Non-
 Date    Code    Tm/Hr/$ Dept Job .. .. .. .... Hours  Dedn  1     2     3    Other  1     2    3    Other   Prod
     Th 10/14 In -8  07:58  083
           Out     18:04                        10.00   .50  9.50
     Fr 10/15 In -8  07:58  083
           Out     13:48                         5.75   .00  5.75
     Mo 10/18 In -8  08:01  083
           Out     17:51                         9.75   .50  9.25
     Tu 10/19 In -8  07:57  083
           Out     17:26                         9.50   .50  9.00
     We 10/20 In -8  08:02  083
           Out     18:03                        10.00   .50  6.50                          3.00
     Th 10/21 In -8  07:58  083
           Out     17:07                         9.00   .50  8.50
     Fr 10/22 In -8  07:57  083
           Out     12:10                         4.25   .00  4.25
     Mo 10/25 In -8  07:59  083
           Out     16:56                         9.00   .50  8.50
     Tu 10/26 In -8  07:59  083
           Out     16:59                         9.00   .50  8.50
     We 10/27 In -8  07:57  083
           Out     17:26                         9.50   .50  9.00
                              Total Clck Hours:  85.75 4.00 78.75   .00   .00   .00  3.00   .00   .00   .00     .00
                                   Paid Hours:   81.75
```

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant                   D00129

```
RUN DATE: 08/18/06          DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27             T&A TIME REPORT        (Selected Employee)       T2TIMEREP
                            For Period: 10/28/04 - 11/10/04

DEBORAH HUGHES            Dept: 083   Job:      FTE: 1.00      ********* TERMINATED *********
00399  FT  OT: .00/40.00 W    Meal: .50    Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date   Code   Tm/Hr/$ Dept Job .. .. .. .. Hours   Dedn   1     2     3    Other   1     2     3    Other   Prod
Th 10/28 In -8  07:59  083
         Out   16:36                        8.50   .50  8.00
Fr 10/29 In -8  08:01  083
         Out   11:44                        3.75   .00  3.75
Mo 11/01 In -8  07:59  083
         Out   17:09                        9.25   .50  8.75
Tu 11/02 In -8  07:56  083
         Out   17:03                        9.00   .50  8.50
We 11/03 PCd:S  8.00   083                                                                               8.00
Th 11/04 In -8  07:57  083
         Out   17:18                        9.25   .50  8.75
Fr 11/05 In -8  07:57  083
         Out   11:59                        4.00   .00  4.00
Mo 11/08 In -8  09:39  083
         Out   16:54                        7.25   .50  6.75
         PCd:S  1.50   083                                                                               1.50
Tu 11/09 In -8  07:58  083
         Out   09:08                        1.25   .00  1.25
         In -8  11:14  083
         Out   17:12                        6.00   .50  5.50
We 11/10 In -8  08:00  083
         Out   17:03                        9.00   .50  8.50
                    Total Clck Hours:      67.25  3.50 63.75   .00   .00   .00   .00   .00   .00   .00   9.50
                         Paid Hours:       73.25

Other Totals: S:   9.50
```

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                                      PAGE  1
     TIME: 16:27                T&A TIME REPORT           (Selected Employee)            T2TIMEREP
                                For Period: 11/11/04 - 11/24/04

DEBORAH HUGHES           Dept: 083   Job:      FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50      Total   Meal -------- Productive --------- --- Productive Overtime ---   Non-
Date     Code    Tm/Hr/$ Dept Job .. .. .. .. Hours   Dedn   1      2      3   Other  1     2     3   Other    Prod
```

| Date | Code | Tm/Hr/$ | Dept | Job | Total Hours | Meal Dedn | 1 | 2 | 3 | Other | 1 | 2 | 3 | Other | Non-Prod |
|------|------|---------|------|-----|-------------|-----------|---|---|---|-------|---|---|---|-------|----------|
| Th 11/11 In -8 | | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 16:45 | | | 8.75 | .50 | 8.25 | | | | | | | | |
| Fr 11/12 In -8 | | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 12:25 | | | 4.50 | .00 | 4.50 | | | | | | | | |
| Mo 11/15 In -8 | | 07:58 | 083 | | | | | | | | | | | | |
| | Out | 17:43 | | | 9.75 | .50 | 9.25 | | | | | | | | |
| Tu 11/16 In -8 | | 07:56 | 083 | | | | | | | | | | | | |
| | Out | 16:43 | | | 8.75 | .50 | 8.25 | | | | | | | | |
| We 11/17 In -8 | | 07:55 | 083 | | | | | | | | | | | | |
| | Out | 17:06 | | | 9.00 | .50 | 8.50 | | | | | | | | |
| Th 11/18 In -8 | | 07:56 | 083 | | | | | | | | | | | | |
| | Out | 16:32 | | | 8.50 | .50 | 8.00 | | | | | | | | |
| Fr 11/19 In -8 | | 07:58 | 083 | | | | | | | | | | | | |
| | Out | 12:02 | | | 4.00 | .00 | 4.00 | | | | | | | | |
| Mo 11/22 In -8 | | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 17:01 | | | 9.00 | .50 | 8.50 | | | | | | | | |
| Tu 11/23 In -8 | | 07:59 | 083 | | | | | | | | | | | | |
| | Out | 16:46 | | | 8.75 | .50 | 8.25 | | | | | | | | |
| We 11/24 In -8 | | 07:57 | 083 | | | | | | | | | | | | |
| | Out | 13:28 | | | 5.50 | .00 | 5.50 | | | | | | | | |
| | In -8 | 14:08 | 083 | | | | | | | | | | | | |
| | Out | 15:42 | | | 1.50 | .00 | 1.50 | | | | | | | | |
| | | | Total Clck Hours: | | 78.00 | 3.50 | 74.50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | Paid Hours: | | 74.50 | | | | | | | | | | |

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                    **D00131**

```
RUN DATE: 08/18/06                          DALE MEDICAL CENTER                                              PAGE   1
    TIME: 16:27                             T&A TIME REPORT                  (Selected Employee)             T2TIMEREP
                                            For Period: 11/25/04 - 12/08/04

DEBORAH HUGHES              Dept: 083   Job:        FTE: 1.00            ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50       Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date     Code    Ta/Br/$ Dept Job .. .. .. .. Hours  Dedn   1     2     3    Other   1     2     3    Other   Prod
 Th 11/25 PCd:H   8.00  083                                                                                            8.00
 Tu 11/30 In -8   07:58 083
          Out     17:37                         9.50   .50  9.00
 We 12/01 PCd:V   8.00  083                                                                                            8.00
 Fr 12/03 PCd:S   8.00  083                                                                                            8.00
 Mo 12/06 In -8   07:56 083
          Out     16:38                         8.75   .50  8.25
 Tu 12/07 In -8   08:00 083
          Out     16:13                         8.25   .50  7.75
 We 12/08 In -8   07:54 083
          Out     17:18                         9.25   .50  8.75
                                Total Clck Hours: 35.75 2.00 33.75   .00   .00   .00   .00   .00   .00    .00  24.00
                                     Paid Hours:  57.75
 Other Totals: H:    8.00  V:    8.00  S:   8.00
```

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                      PAGE   1
     TIME: 16:27                      T&A TIME REPORT             (Selected Employee)          T2TIMEREP
                                      For Period: 12/09/04 - 12/22/04

DEBORAH HUGHES              Dept: 083   Job:      FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50      Total  Meal -------- Productive --------- --- Productive Overtime ---   Non-
 Date    Code    Tm/Br/$ Dept Job .. .. .. .. .. Hours  Dedn   1      2     3    Other  1     2     3    Other      Prod
  Th 12/09 In -8   07:54  083
          Out     17:07                          9.00   .50  8.50
  Mo 12/13 In -8   07:58  083
          Out     12:32                          4.50   .00  4.50
  We 12/15 PCd:S   8.00   083                                                                                        8.00
  Th 12/16 In -8   07:58  083
          Out     16:29                          8.50   .50  8.00
  Fr 12/17 In -8   07:54  083
          Out     11:45                          3.75   .00  3.75
  Mo 12/20 In -8   07:56  083
          Out     16:55                          9.00   .50  8.50
  Tu 12/21 In -8   07:54  083
          Out     17:01                          9.00   .50  8.50
  We 12/22 In -8   07:59  083
          Out     16:00                          8.00   .50  7.50
                              Total Clck Hours:  51.75  2.50 49.25   .00   .00   .00   .00   .00   .00   .00         8.00
                                     Paid Hours: 57.25

  Other Totals: S:    8.00
```

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                    PAGE   1
     TIME: 16:27                      T&A TIME REPORT              (Selected Employee)       T2TIMEREP
                                      For Period: 12/23/04 - 01/05/05


DEBORAH HUGHES            Dept: 083   Job:     FTE: 1.00              ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50       Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date   Code    Tm/Hr/$ Dept Job .. .. .. ..  Hours   Dedn   1     2     3    Other   1     2     3    Other   Prod
 Th 12/23 In -8   07:53 083
          Out     11:42                         3.75    .00  3.75
 Fr 12/24 PCd:H   8.00  083                                                                                      8.00
 Mo 12/27 In -8   07:56 083
          Out     16:28                         8.50    .50  8.00
 Tu 12/28 In -8   07:58 083
          Out     16:32                         8.50    .50  8.00
 We 12/29 In -8   07:58 083
          Out     17:07                         9.00    .50  8.50
 Th 12/30 In -8   07:55 083
          Out     12:36                         4.50    .00  4.50
 Fr 12/31 PCd:H   8.00  083                                                                                      8.00
 Mo 01/03 PCd:S   8.00  083                                                                                      8.00
 Tu 01/04 PCd:S   8.00  083                                                                                      8.00
 We 01/05 PCd:S   8.00  083                                                                                      8.00
                         Total Clck Hours:     34.25  1.50 32.75   .00   .00   .00   .00   .00   .00   .00     40.00
                              Paid Hours:      72.75
 Other Totals: H:    16.00  S:    24.00
```

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                    D00134

```
RUN DATE: 08/18/06                    DALE MEDICAL CENTER                                      PAGE   1
    TIME: 16:27                       T&A TIME REPORT              (Selected Employee)         T2TIMEREP
                                      For Period: 01/06/05 - 01/19/05

DEBORAH HUGHES              Dept: 083   Job:      FTE: 1.00              ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50       Total    Meal -------- Productive --------- --- Productive Overtime ---   Non-
Date   Code   Tm/Hr/$ Dept Job .. .. .. .. Hours   Dedn   1      2      3    Other   1    2    3    Other   Prod
  Th 01/06 PCd:S   8.00  083                                                                                    8.00
  Mo 01/10 PCd:S   8.00  083                                                                                    8.00
  Tu 01/11 PCd:S   8.00  083                                                                                    8.00
  We 01/12 PCd:S   8.00  083                                                                                    8.00
  Th 01/13 PCd:S   8.00  083                                                                                    8.00
  Mo 01/17 PCd:S   8.00  083                                                                                    8.00
  Tu 01/18 PCd:S   8.00  083                                                                                    8.00
  We 01/19 PCd:S   8.00  083                                                                                    8.00
                        Total Clck Hours:    .00   .00   .00    .00    .00    .00   .00   .00  .00    .00    64.00
                             Paid Hours:   64.00

    Other Totals: S:    64.00
```

```
RUN DATE: 08/18/06                     DALE MEDICAL CENTER                                        PAGE   1
    TIME: 16:27                        T&A TIME REPORT              (Selected Employee)           T2TIMEREP
                                       For Period: 01/20/05 - 02/02/05


DEBORAH HUGHES              Dept: 083   Job:      FTE: 1.00           ********* TERMINATED *********
00399  FT  OT:    00/40.00 W  Meal: .50          Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date     Code   Tm/Hr/$ Dept Job .. .. .. .. Hours   Dedn   1     2     3    Other   1    2    3    Other   Prod
  Th 01/20 PCd:S   8.00  083                                                                                               8.00
  Mo 01/24 PCd:S   8.00  083                                                                                               8.00
  Tu 01/25 PCd:S   8.00  083                                                                                               8.00
  We 01/26 PCd:S   8.00  083                                                                                               8.00
  Th 01/27 PCd:S   8.00  083                                                                                               8.00
  Mo 01/31 PCd:S   8.00  083                                                                                               8.00
  Tu 02/01 PCd:S   8.00  083                                                                                               8.00
  We 02/02 PCd:S   8.00  083                                                                                               8.00
                          Total Clck Hours:    .00   .00   .00   .00   .00   .00   .00   .00   .00   .00   64.00
                              Paid Hours:    64.00

  Other Totals: S:    64.00
```

```
RUN DATE: 08/18/06                        DALE MEDICAL CENTER                                          PAGE   1
      TIME: 16:27                        T&A TIME REPORT              (Selected Employee)              T2TIMEREP
                                         For Period: 02/03/05 - 02/16/05


DEBORAH HUGHES              Dept: 083   Job:        FTE: 1.00           ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50     Total   Meal -------- Productive --------- --- Productive Overtime ---   Non-
  Date    Code    Ta/Hr/$ Dept Job . . . . . . . . Hours  Dedn   1     2    3    Other  1    2    3    Other  Prod
  Th 02/03 PCd:S    8.00  083                                                                                  8.00
  Mo 02/07 In -8   07:58  083
           Out     11:59                    4.00   .00  4.00
           PCd:S    4.00  083                                                                                  4.00
  Tu 02/08 In -8   07:58  083
           Out     12:00                    4.00   .00  4.00
           PCd:S    4.00  083                                                                                  4.00
  We 02/09 In -8   07:58  083
           Out     12:00                    4.00   .00  4.00
           PCd:S    4.00  083                                                                                  4.00
  Th 02/10 In -8   08:04  083
           Out     12:19                    4.25   .00  4.25
           PCd:S    4.00  083                                                                                  4.00
  Fr 02/11 In -8   08:01  083
           Out     11:32                    3.50   .00  3.50
  Mo 02/14 In -8   11:54  083
           Out     16:18                    4.25   .00  4.25
           PCd:S    4.00  083                                                                                  4.00
  Tu 02/15 In -8   11:58  083
           Out     16:13                    4.25   .00  4.25
           PCd:S    4.00  083                                                                                  4.00
  We 02/16 In -8   11:57  083
           Out     16:31                    4.50   .00  4.50
           PCd:S    4.00  083                                                                                  4.00
                               Total Clck Hours:  32.75   .00 32.75  .00   .00  .00   .00  .00  .00   .00  36.00
                                    Paid Hours:   68.75

  Other Totals: S:   36.00
```

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                          **D00137**

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                                      PAGE   1
   TIME: 16:27                  T&A TIME REPORT            (Selected Employee)           T2TIMEREP
                                For Period: 02/17/05 - 03/02/05
```

```
DEBORAH HUGHES            Dept: 083   Job:    FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50    Total    Meal --------- Productive --------- --- Productive Overtime --- Non-
Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours   Dedn   1      2      3    Other  1     2     3    Other  Prod
Th 02/17 In -8   11:52  083
         Out     16:11                        4.50   .00   4.50
         PCd:S    4.00  083                                                                                    4.00
Fr 02/18 In -8   07:57  083
         Out     12:23                        4.50   .00   4.50
Mo 02/21 In -8   08:00  083
         Out     16:07                        8.00   .50   7.50
Tu 02/22 In -8   07:56  083
         Out     16:58                        9.00   .50   8.50
We 02/23 In -8   07:58  083
         Out     16:29                        8.50   .50   8.00
Th 02/24 In -8   07:58  083
         Out     16:14                        8.25   .50   7.75
Fr 02/25 In -8   07:58  083
         Out     10:40                        2.75   .00   2.75
Mo 02/28 In -8   07:57  083
         Out     16:30                        8.50   .50   8.00
Tu 03/01 In -8   07:58  083
         Out     16:00                        8.00   .50   7.50
We 03/02 In -8   07:55  083
         Out     16:20                        8.25   .50   7.75
                      Total Clck Hours:      70.25  3.50  66.75   .00   .00   .00   .00   .00   .00   .00   4.00
                              Paid Hours:    70.75

Other Totals: S:     4.00
```

```
RUN DATE: 08/18/06                  DALE MEDICAL CENTER                               PAGE   1
     TIME: 16:27                    T&A TIME REPORT           (Selected Employee)     T2TIMEREP
                                    For Period: 03/03/06 - 03/16/06

DEBORAH HUGHES              Dept: 083  Job:      FTE: 1.00        ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W    Meal: .50         Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date    Code     Tm/Er/$ Dept Job .. .. .. .. .. Hours   Dedn  1     2     3    Other  1     2     3    Other    Prod
Tu 03/03 In -8  07:57  083
         Out    15:52                              7.75   .50  7.25
Fr 03/04 In -8  08:00  083
         Out    10:47                              2.75   .00  2.75
Mo 03/07 In -8  07:57  083
         Out    16:48                              8.75   .50  8.25
Tu 03/08 In -8  07:59  083
         Out    16:59                              9.00   .50  8.50
Th 03/10 PCd:V   8.00  083                                                                                       8.00
Mo 03/14 In -8  07:58  083
         Out    16:56                              9.00   .50  8.50
Tu 03/15 In -8  07:58  083
         Out    17:04                              9.00   .50  8.50
We 03/16 In -8  07:56  083
         Out    16:17                              8.25   .50  7.75
                        Total Clck Hours:         54.50  3.00 51.50   .00   .00   .00  .00   .00   .00    .00    8.00
                               Paid Hours:        59.50

Other Totals: V:    8.00
```

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                    D00139

```
RUN DATE: 08/18/06              DALE MEDICAL CENTER                              PAGE   1
    TIME: 16:27                 T&A TIME REPORT        (Selected Employee)       T2TIMEREP
                                For Period: 03/17/05 - 03/30/05
```

```
DEBORAH HUGHES              Dept: 083   Job:     FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50      Total   Meal --------- Productive --------- --- Productive Overtime ---   Non-
 Date   Code   Tm/Hr/$ Dept Job .. .. .. ..   Hours   Dedn   1      2     3    Other   1     2     3    Other   Prod
 Th 03/17 In -8  07:58  083
          Out    16:01                        8.00    .50  7.50
 Fr 03/18 PCd:V  4.00  083                                                                                      4.00
 Mo 03/21 In -8  07:57  083
          Out    15:52                        7.75    .50  7.25
 Tu 03/22 In -8  07:56  083
          Out    13:51                        5.75    .00  5.75
 We 03/23 In -8  07:57  083
          Out    17:13                        9.25    .50  8.75
 Th 03/24 In -8  08:00  083
          Out    16:43                        8.75    .50  8.25
 Fr 03/25 PCd:V  8.00  083                                                                                      8.00
 Mo 03/28 In -8  07:57  083
     ·    Out    16:34                        8.50    .50  8.00
 Tu 03/29 In -8  07:55  083
          Out    15:49                        7.75    .50  7.25
 We 03/30 In -8  07:55  083
          Out    15:49                        7.75    .50  7.25
                         Total Clck Hours:   63.50   3.50 60.00   .00   .00   .00   .00   .00   .00   .00  12.00
                              Paid Hours:    72.00

   Other Totals: V:   12.00
```

**Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant**                    D00140

```
RUN DATE: 08/18/06                DALE MEDICAL CENTER                              PAGE  1
    TIME: 16:27                   T&A TIME REPORT      (Selected Employee)        T2TIMEREP
                                  For Period: 03/31/05 - 04/13/05
```

```
DEBORAH HUGHES              Dept: 083   Job:      FTE: 1.00      ********* TERMINATED *********
00399  FT  OT: .00/40.00 W    Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---   Non-
Date    Code   Tm/Br/$ Dept Job .. .. .. .. .. Hours  Dedn   1     2     3    Other  1     2     3    Other    Prod
Th 03/31 In -8  13:31  083
         Out    15:23              2.00   .00  2.00
         PCd:V   4.00  083
                                                                                                                4.00
Fr 04/01 In -8  07:56  083
         Out    12:09              4.25   .00  4.25
Mo 04/04 In -8  08:00  083
         Out    17:27              9.50   .50  9.00
Tu 04/05 In -8  07:58  083
         Out    16:29              8.50   .50  8.00
We 04/06 In -8  07:56  083
         Out    15:59              8.00   .50  7.50
Th 04/07 In -8  07:58  083
         Out    09:03              1.00   .00  1.00
Fr 04/08 In -8  07:59  083
         Out    11:09              3.25   .00  3.25
We 04/13 PCd:S   8.00  083
                                                                                                                8.00
                       Total Clck Hours:  36.50  1.50 35.00   .00   .00   .00   .00   .00   .00   .00   12.00
                              Paid Hours:  47.00
   Other Totals: V:    4.00  S:   8.00
```

```
RUN DATE: 08/18/06                 DALE MEDICAL CENTER                                    PAGE   1
    TIME: 16:27                    T&A TIME REPORT        (Selected Employee)             T?TIMEREP
                                   For Period: 04/14/05 - 04/27/05

DEBORAH HUGHES              Dept: 083  Job:     FTE: 1.00          ********* TERMINATED *********
00399  FT  OT:  .00/40.00 W   Meal: .50    Total  Meal --------- Productive --------- --- Productive Overtime ---    Non-
Date    Code   Tm/Hr/$ Dept Job .. .. .. .. Hours  Dedn   1      2     3    Other  1     2     3    Other   Prod
Th 04/14 PCd:S   8.00  083                                                                                  8.00
Fr 04/15 PCd:S   4.00  083                                                                                  4.00
Mo 04/18 In -8  08:02  083
         Out    16:21                        8.25   .50  7.75
Tu 04/19 In -8  07:56  083
         Out    15:52                        7.75   .50  7.25
We 04/20 In -8  07:57  083
         Out    16:30                        8.50   .50  8.00
Th 04/21 PCd:V  51.44  083                                                                                  51.44
         PCd:1  80.00  083                  80.00        40.00                   40.00
                      Total Clck Hours:    104.50  1.50 63.00   .00   .00   .00  40.00  .00   .00   .00  63.44
                            Paid Hours:    166.44
  Other Totals: S:  12.00  V:   51.44
```