SURGERY                205 250 6580           01/12 '05 4:20 NO.701   01/01

Fax 334-762-2433

# 苣 NORWOOD Clinic

Neurosurgery Department
1528 Carraway Boulevard
Birmingham, Alabama 35234
(205) 250-6000
Neurosurgery: (205) 250-8805

Name of Employee: _Deborah F. Hughes_        Name of Employer: _____

Date of Injury: _____             Date of this visit: _____ / ___ / 05

Diagnosis: _____

Return to *limited* work, date: __2/7/05__    Avoid: _OK to work ½ day (4 hours)_

Return to *regular* work, date: _____    Next appointment _____

Remarks: _____

Signed _Robert O. Craddock_        MD          PLEASE TURN IN TO EMPLOYER

                                                        NS-0002

PLAINTIFF'S
EXHIBIT

13