ARITON MEDICAL CLINIC

John A. Ennis, D.O.
37 West Main
Ariton, Alabama 36311

To: _Lulia_____

_____

_____

_____

Date: _02/07/05_____

Fax No: _774.1443_____

From: _Ariton Medical Clinic_____

_P.O. Box 510, 37 West Main_____

_Ariton, Alabama 36311_____

Fax No: _334-762-2433_____

Phone No: _334-762-2305_____

**PLAINTIFF'S EXHIBIT**

14

Confidentiality Notice: This telecopy transmission contains confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution or action taken in reliance on the contents of this document is strictly prohibited.