02/18/2005 08:53 FAX 2052506981          NEUROSURGERY                              @001/001

Attn: Debbie
Fax # (334) 762-2483

**NORWOOD** Clinic

Neurosurgery Department
1528 Carraway Boulevard
Birmingham, Alabama 35234
(205) 250-6000
Neurosurgery: (205) 250-6805

Name of Employee: __Deborah F. Hughes__   Name of Employer: _____

Date of Injury: _____   Date of ~~this date~~ __2/18/05__

Diagnosis: _____

Return to limited work, date: _____   Avoid: _____

Return to regular work, date: __2/31/05__   Next appointment date: _____

Remarks: __OK to Return to Full Time__

Signed: __Robert Q Craddock__ , MD          PLEASE TURN IN TO EMPLOYER

NS-0002



PLAINTIFF'S EXHIBIT
15

D00005