APR-11-2005 MON 02:49 PM ARITON MEDICAL CLINIC          ☎334 762 2433          P. 002

APR-11-2005 MON 02:58 PM  Luna Sy M.D.          3344453501          P. 01

**PLAINTIFF'S EXHIBIT**

14

☑*Luna U. Sy, M.D.* • ☐*Dong Lim Ji, M.D.*

Internal Medicine / Board Certified / Family Medicine

324 White Avenue
Ozark, AL 36360

(334) 445-9101
Fax: (334) 445-3501

## CERTIFICATE TO RETURN TO WORK OR SCHOOL

Mr.
Mrs.
Miss    Deborah Hughes

has been under my care from    4-11-05    to _____

and is able to return to work / school on    4-18-05

Remarks: _____

_____

_____

_____

Signature of Physician _____    Date   4-11-05

Form # Non-Stock 0445 (Revised 10/01)          WIREGRASS PRINTING PLUS...