Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant    D00153



# Dale Medical Center
Ozark, Alabama

Awards this certificate to

## Sheila Dunn

in recognition of participation in

### The Effective Supervisor

Presented by: Stephen Brandon
Date: 12/10/04
Course #: NSG 04-20

Program Provider: Jan Hamm, RNC

ABN Provider No. ABN PO164
7.5 Contact Hour(s)

PLAINTIFF'S EXHIBIT 17