**Dale Medical Center**

SEPARATION FROM EMPLOYMENT

| EE NO. 00599 | NAME DEBBIE HUGHES | | DEPARTMENT ARITON MEDICAL CLINIC | | DEPT. NO. |
|---|---|---|---|---|---|
| ARTMENT HEAD | | SUPERVISOR | | POSITION CONTROL NO. | FTE |

| JOB TITLE OFFICE MANAGER | HIRE DATE 7-1-98 | THIS DATE 4-20-05 |
|---|---|---|

REASON

IF VOLUNTARY, EMPLOYEE'S STATEMENT AND SIGNATURE IS REQUIRED. IF INVOLUNTARY, SUPERVISOR SHALL COMPLETE.

**PLAINTIFF'S EXHIBIT**

18

| LAST WORKED 4-20-05 | TIME | TERMINATION DATE 4-20-05 | EMPLOYEE SIGNATURE |
|---|---|---|---|

SUPERVISOR'S EXIT INTERVIEW AND RATING

☐ RESIGNED 2 WEEKS NOTICE    ☐ RESIGNED NO NOTICE    ☒ DISCHARGED

GIVE DETAILS RELATING TO SEPARATION

POSITION ELIMINATED - EMP STATED SHE NO LONGER WANTED TO BE OFC MGR - WHEN ASKED TO WORK ON AGING ACCTS AND MAKE FINANCIAL ARRANGEMENTS WITH PTS SHE STATED SHE COULD NOT DO THAT BECAUSE THESE PTS WERE HER FRIENDS - THEREFORE, WE BROUGHT IN CONTRACT COMPANY TO BILL INS, DO FOLLOW-UP AND COLLECT AGED AR -

| Employee Rating | OUT STANDING | MORE THAN SATIS | SATIS FACTORY | NEEDS IMPROV | UN SATIS |
|---|---|---|---|---|---|
| PERSONAL QUALITIES | | | X | | |
| JOB KNOWLEDGE | | | X | | |
| JOB PERFORMANCE | | | | X | |
| DEPENDABILITY | | | X | | |
| INITIATIVE | | | | X | |
| JUDGMENT | | | | X | |
| COOPERATION | | | | X | |

| LEAVE POSS.? | OFFERED? | REFUSED? | TRANSFER? |
|---|---|---|---|

REHIRE?  IF NOT, WHY? LACK OF INIATIVE AND INABILI, TO PERFORM ASSIGNED TASKS
NO

DID YOU HAVE SUPERVISORY PROBLEMS?

MAILING ADDRESS (Must be completed including Zip Code)  *PAY OUT VAC HOURS AND 2 WKS SEVERANCE

| STREET | CITY |
|---|---|
| STATE | ZIP | CARE OF |

EMPLOYEE CLEARANCE — (Supervisor must complete · Question every item)

| Hospital Property | ☒ KEYS | ☐ MANUALS | ☐ ID CARD | ☐ LIBRARY MATERIAL |
|---|---|---|---|---|
| | ☐ PARKING PASS | ☐ UNIFORMS | ☐ | |

VACATION PAY ☐ YES ☐ NO    OTHER PAY ☐ YES ☐ NO    INSURANCE ☐ YES ☐ NO    C.U. LOAN ☐ YES ☐ NO

| SUPERVISOR | DATE 4/20/05 | DEPARTMENT HEAD | DATE |
|---|---|---|---|
| ADMINISTRATION | DATE | PERSONNEL | DATE |

Form # Non - Stock 0126 Separation From Employment

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00023