


# Dale Medical Center

"Your Life is Our Life's Work"

126 Hospital Avenue
Ozark, AL 36360

(334) 774-2601 ~ Ext # 1299        Fax: (334) 774 - 1443

PLAINTIFF'S EXHIBIT
19

## Fax Transmission

TO: Carman Archie         DATE: 4/28/05

FAX #: 334-956-7430       # OF PAGES: 5, including this cover sheet

FROM: Donna Reid / Sheila Dunn    DEPARTMENT: Human Resources

SUBJECT: Debbie Hughes

COMMENT(S):

I could not find the original slip where she got her job description, but I have enclosed copy of eval (which are our job descriptions & what we pass out when they are hired) which she has signed. Hope that helps.

Thanks!

### CONFIDENTIALITY NOTICE:
This transmission may contain confidential information that is the property of the sender that is legally privileged and protected under the Federal HIPAA regulations. This transmission is intended only for of the use of person(s) named above. If you are not the intended recipient, you are notified that disclosure, copying, distribution or action other than that described as follows is strictly prohibited. If you have received this transmission in error, please immediately notify the sender noted above by telephone for return of this transmission. Thank You.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant        D00024