ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION DIVISION

IMPORTANT NOTE: If your response is not received by 05/03/05 a determination may be made based solely on information furnished by the claimant.

3241F

*initial 4/26/05*

# NOTICE OF CLAIM AND REQUEST FOR SEPARATION INFORMATION

**PLAINTIFF'S EXHIBIT 22**

DALE MEDICAL CENTER
126 HOSPITAL CENTER
OZARK AL 36360-2018

Return to:
ADJUDICATION SUPPORT
ROOM 3438
649 MONROE STREET
MONTGOMERY, AL 36131
FAX NUMBER 334 353-1265

The individual identified below has filed a claim for Unemployment Compensation benefits.

1. CLAIMANT'S NAME: HUGHES/DEBORAH N
2. SOCIAL SECURITY NO: 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
3. CLAIM DATE: 04/17/05
4. ACCT NUMBER: 0213076500
5. DATE MAILED: 04/22/05
6. EFFECTIVE DATE: 04/17/05
7. OFFICE-COUNTY: 6001
8. TYPE OF CLAIM: N-01

The claimant identified you as his/her last employer and alleges the reason for separation to be:
14   DISCHARGE FOR ABSENTEEISM        LDW 04/20/05

EMPLOYER RESPONSE (INSTRUCTIONS FOR COMPLETION ON REVERSE)

9. Claimant's last day employed was __4/20/05__
   (If temporary layoff, enter expected date of recall: _____)

10. If the claimant earned wages or was paid vacation and/or sick pay or will receive a pension upon termination with you on or after the date shown in item #6. above, complete the applicable space(s) below:
    a. GROSS WAGES for hours worked. (AFTER DATE IN #6) $ 261.28  (pay period 4/14 - 4/27/05)
       Severance Pay - 80hrs - $908.80
    b. HOLIDAY $_____ paid for which holiday? _____
    c. VAC, SICK $ 720.68  Was vacation pay for a specific time period following separation?
       (circle one) Yes  No  If Yes what was the period? _____ to _____
    d. WARN PAY $_____ paid for period _____ to _____
    e. PENSION $_____ per month. Effective date: _____

11. DISCHARGED. What was the date of the final incident that caused the discharge: _____

12. WARNING FOR SAME OR SIMILAR INCIDENT: (CIRCLE ONE)  YES  NO  WARNING DATE: _____

13. QUIT: Date quit _____ Reason for quit _____

14. REASON FOR SEPARATION: (ATTACH ADDITIONAL SHEET IF NECESSARY)
    Position Eliminated - Emp. stated she no longer wanted to be Ofc. Mgr. When asked to work on aging accts & make financial arrangements with pts, she stated she *

15. Enter your federal identification number: 63-6001875

Donna Reid        Personnel Assistant    334-774-2601   4/26/05
Print Name        Title                  Telephone No.  Date

* Could not do that, because patients were her friends. Therefore, we brought in contract company to bill ins, do follow-up + collect aged accts.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant