

UI Employer

Claimant Name: HUGHES/DEBORAH N

Employer Phone: 3347742601

Employer Name: DALE MEDICAL CENTER

Account Number: 0213076500

Page 1 | Page 2 | Page 3 | Page 4

Separation Reason: Discharge

Additional Reason: Absent W/O notice to employer

Discharge

Name and title of person who dicharged you? SHELIA DUNN//ASST ADM.

Date of discharge? 04/20/2005

What was the final incident that caused your discharge?

I DID NOT CALL IN. THE DOCTORS OFFICE FAXED IN MY EXCUSE

Did you commit the act your employer alleges? Yes No

Any prior warnings for same or similar act? Yes No

What did you do to try and resolve the problem prior to your discharge?

I TALKED TO THE SUPVR

Print

OK

PLAINTIFF'S EXHIBIT 23

CERTIFIED AND TRUE COPY OF ALA
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

OCT 12 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS



Alabama Department of Industrial Relations

File Help

SSN: 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 First Name: MI: Last Name: Suffix (ex: JR, SR) Pop Name

Name: HUGHES/DEBORAH N Claim Type: NEW BYB: 04/17/05 BYE: 04/16/06

Potential Mon Ineligible Prior Claim Date: First Call Date: 04/21/05 Claim Date: 04/17/05 CS: DNB003

Potential Program Code: UC UCX UCFE CWC/Interstate DUA TRA EB ML V. 0339

Claimant Info

Claimant Info 1 | Claimant Info 2

Did you file for or receive unemployment benefits in another state within the last 12 months? Yes No

IBIQ Reviewed? Yes No

Worked in another state in the last 18 months? Yes No

State Info

Worked since the last time you filed? Yes No

Did you receive notification that you have TRA certification? Yes No

Reopen TRA? Yes No

Are you filing for DUA? Yes No

Are you filing for Extended Benefits? Yes No

Cancel Claim? Yes No

Existing Claim Information

Existing WBA Existing MBA

Claim Balance Penalty Balance

Overpay Balance

Potential Claim Information

Potential WBA $.00

Potential MBA $.00

AuditHistory FactFinding INS Verify Print

Claim Info | IVRQuestions | Emp History | Claim Date | InterState | Issues | DUA | TRA | View Wrap-up | Errors

CERTIFIED AND TRUE COPY OF ALA DEPT OF INDUSTRIAL RELATIONS RECORDS.

OCT 12 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS

**Fact Finding**

Claimant Name: HUGHES/DEBORAH N    Claimant SSN: 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    Claim Date: 04/17/05

Statements | Discharge-Emp | Discharge-Clmt | Quit | Absent/Tardy | Summary | Attempts

BEN241 Status: (•) Timely Received ( ) Timely Mailed, Late Received ( ) Mailed Late ( ) Not Received

Left message on / / return call no later than / / or decision will be made based on available information.

Claimant's Statement    Separation resulted from: ( ) Voluntary Quit (•) Discharge ( ) No Work Available ( ) Other

....FOR A LONG TIME. I WAS NEVER TOLD THE POSITION WAS ELIMINATED. UNTIL I CALLED SHELIA DUNN ON 042905. HAD ONE VERBAL WARNING THAT I COULD REMEMBER FOR WRITING OFF 10 ACCTS THAT I HAD TO GO BACK AND CORRECT. NO WRITTEN WARNING. I FEEL I DID MY JOB TO THE BEST OF MY ABILITY. HAD SOME PROBLEMS WITH REMEMBERING BEFORE I HAD BRAIN SURGERY.

Employer's Statement    Phone Number: (334)774-2601

Ms. Dunn stated that Ms Hughes LDW was 042005. Ms Hughes was offered other duties around Feb/2005 in same office she choose not to do the duties. Her position was eliminated,& the work was contracted out. Ms Hughes was office mgr & at some point said that she didnt want the position anymore. So we came up with other task for her to reconcile old accts and make pymt arrangements. She said she didnt want to do this as she would be billing patients that were her friends. I cant say that it wasnt thru no fault of her own b/c if she had been doing her job to begin with we wouldnt have had to eliminate the position. Ms Hughes was given verbal warnings by me & by the doctor she worked for the last one 12/2004. I talked with her about the duties that she didnt want to do & we couldnt come up with duties she wanted to do. She worked at the positon for 7yr with this doctor & at that office for 30 yrs total. She knew her old job duties. >>>>SEE SUMMARY TAB<<<<<

Person Interviewed: sheila dunn    Title: hr    Date: 04/28/2005

Interviewer: carmen archie    Date: 04/28/2005

Print    Save    Cancel

CERTIFIED AND TRUE COPY OF ALA. DEPT OF INDUSTRIAL RELATIONS RECORDS.

OCT 12 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS

**Fact Finding**

Claimant Name: HUGHES/DEBORAH N | Claimant SSN: 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 | Claim Date: 04/17/05

Statements | Discharge-Emp | **Discharge-Clmt** | Quit | Absent/Tardy | Summary | Attempts

Who discharged you? SHELIA DUNN    Title/Position: ASST ADMIN

What incident caused your discharge?

I WAS TOLD THAT I WAS LET GO B/C I DIDNT CALL AND LET MS DUNN AND DR ENNIS, I WOULD BE OUT FOR A WEEK. I HAD MY DOCTOR FAX THEM AN EXCUSE. I HAVE ALWAY SENT IN MY EXCUSES IN THIS WAY.

Date of Final Incident: 04/20/2005    Date of Discharge: 04/20/2005

Is there a rule, policy or agreement regarding this type of behavior? Yes | No

Was policy violated? Yes | No

How? THERE IS NO POLICY OTHER THEN LETTING YOU SUPERVISOR KNOW. DOESNT SAY HOW I AM TO LET THEM KNOW LET THEM KNOW.

Were you aware of the policy? Yes | No

How/when were you made aware?

Did you attempt to comply? Yes | No

Had you previously been warned about/suspended for this type of behavior? Yes | No

By whom?    When? / /    ( Verbal  ( Written

Other Information: I TOOK BACK THE JOB AS OFC MGR IN 02/2005. DIDNT SAYS I WASNT GOING TO DO COLLECTION. JUST SAID THIS WOULD BE HARD TO DO B/C IVE KNOWN THESE PEOPLE.

Print | Save | Cancel

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

OCT 12 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS



Fact Finding

Claimant Name HUGHES/DEBORAH N Claimant SSN 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 Claim Date 04/17/05

Statements | Discharge-Emp | Discharge-Clmt | Quit | Absent/Tardy | **Summary** | Attempts

Summary

Reason

Fact Finding Free Text

It was discussed w/Ms Hughes her new job duties. Her pay and job title did not change.

>>>>050305 REBUTTAL FOR ER<<< MS. DUNN STATED THAT MS. HUGHES WAS NOT TOLD IN ADVANCE THAT THE JOB WAS ELIMINATED. SHE WAS TOLD ON HER LAST DAY B/C THE WORK HAD ALREADY BEEN OUT SOURCEDTO AN OUTSIDE AGENCY. MS DUNN STATED THAT MS HUGHES HAD WORKED HERSELF OUT OF A JOB. SHE WAS NOT WILLING TO WORK THE OLD ACCTS THAT SHE HERSELF HAD LET GET OLD.

Print | Save | Cancel

CERTIFIED AND TRUE COPY OF ALA. DEPT OF INDUSTRIAL RELATIONS RECORDS.

OCT 12 2006

Neil Sinart, Jr.
CUSTODIAN OF RECORDS



Claim Wrap up

TRA Claims Only Yes No    DUA Claims Only Yes No

Claim Date: 4/17/2005    Backdate Reason

Union Hiring Hall:    Work Search: Yes Work Search    ERP Interval: 7

Call Center **Montgomery**    Withholding Yes No    Usual Occupation CLERICAL/OFFICE WORKER

Type of Work Seeking? CLERICAL/OFFICE WORKER    Issues Yes No

Comment:

Weekly Claim #: (800) 752-7389    Filing Method: 800    Temp PIN

**ACTIVE ES REG / 4/21/2005**

ES Referral Required Yes No    ES Office Troy,20 Henderson Hwy",334-566-3920

BRI Booklet: Yes No    Date Last Mailed:    Interview Date:

Bank Information

Direct Deposit Yes No    Checking    Savings

Routing Number    Acct Number

☑ RIC 1    ☐ ETA 855-A    ☐ BEN 254DC    ☐ UCFE    ☐ ETA 843

Print    Submit    Cancel

CERTIFIED AND TRUE COPY OF ALA DEPT OF INDUSTRIAL RELATIONS RECORDS.

OCT 12 2006

Nail Smart, Jr.
CUSTODIAN OF RECORDS