Jun 27 05 03:57p        DALE MED CTR HR            3347741443              p.1

*17*



### Dale Medical Center

126 Hospital Avenue • Ozark, AL 36360 • (334) 774-2601 • Fax (334) 774-7600
Website: www.dalemedical.org

June 27, 2005



**PLAINTIFF'S EXHIBIT**
24

State of Alabama
Department of Industrial Relations
Board of Appeals
Hearing and Appeals Division
Montgomery, AL 36130

*Via Telefax (334)-242-2084*

RE: *Deborah N. Hughes, Claimant*
    *SSN: 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*
    *Case No. 05644-AT-05*

Dear Sir:

The purpose of this letter is to appeal the decision on the above referenced unemployment case. If at all possible, confirmation of receipt of this appeal would be appreciated. I may be contacted by telephone at (334)774-2601, ext 1048, fax (334)774-1443 or email at sdunn@dalemedical.org.

Sincerely,

*Sheila Dunn*
Sheila Dunn
Assistant Administrator

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

OCT 1 2 2006

_____
Neil Smart, Jr.
CUSTODIAN OF RECORDS

"*Your Life Is Our Life's Work*"

```
06/27/05  MON 15:50 FAX 3342422084        HEARINGS & APPEALS                    ☒001
```

```
                     *************************
                     ***    RX REPORT      ***
                     *************************

      RECEPTION OK

      TX/RX NO              6987
      CONNECTION TEL                    3347741443
      CONNECTION ID
      ST. TIME              06/27 15:49
      USAGE T               00'27
      PGS.                  1
      RESULT                OK
```

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

OCT 1 2 2006

Noil Smart, Jr.
CUSTODIAN OF RECORDS

Dale Medical Center/Hughes - Alabama State Unemployment Records  Produced by Defendant                    T00050

FORM AK-5
(REV. 9-90)

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
HEARINGS AND APPEALS DIVISION
MONTGOMERY, ALABAMA 36131

NOTICE TO CLAIMANT

DEBORAH N HUGHES
1531 COUNTY ROAD 4420
BRUNDIDGE        AL 36010 2098

SSN: 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
O-C: 60-01
DATE MAILED: 07-13-05
CLAIMS INQUIRY LINE: 800-361-4524

This is to advise you that an appeal has been filed by your former employer,    DALE MEDICAL CENTER                               , in connection with your claim for unemployment compensation. The appeal is from a decision rendered by the claims examiner.

If you remain unemployed, you should continue to file weekly claims as directed, pending the outcome of this appeal. If otherwise eligible, you may receive benefits in accordance with the decision from which the appeal is taken until the appeal has been decided. If, however, you are paid benefits to which it is finally determined that you are not entitled, the Department of Industrial Relations will require repayment.

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

OCT 1 2 2006

Neil Smart, Jr.
CUSTODIAN OF RECORDS

Dale Medical Center/Hughes - Alabama State Unemployment Records  Produced by Defendant      T00051

Form AA-10A Rev 11-94/



**STATE BOARD OF APPEALS
DEPARTMENT OF INDUSTRIAL RELATIONS
MONTGOMERY, AL   36131**

## DISALLOWANCE OF APPLICATION FOR LEAVE TO APPEAL TO THE BOARD OF APPEALS

B. A. CASE NO. 9169      A. T. CASE NO.  05644-AT-05      S.S. No. XXX-XX-5353

| CLAIMANT: | EMPLOYER: |
|---|---|
| DEBORAH N HUGHES<br>1531 COUNTY RD 4420<br>BRUNDIDGE AL 36010-2098 | DALE MEDICAL CENTER<br>126 HOSPITAL AVE<br>OZARK AL 36360-2018 |

The Board of Appeals after reviewing the record and the application for leave to appeal to the Board of Appeals, hereby denies said application.

**YOUR APPEAL RIGHTS ARE AS FOLLOWS:**

Ala. Code §25-4-94 (1992), Any decision of the Board of Appeals, in the absence of an appeal therefrom as provided in this article, shall become final 10 days after the date notification thereof shall have been mailed, postage prepaid, to the parties to the proceeding, at their last known addresses. The Director shall be deemed to be a party to all such proceedings and to any judicial action involving any such decision.

Ala. Code §25-4-95 (1992), Appeals from final decision of Board of Appeals or appeals tribunal. - - Within 30 days after the decision of the Board of Appeals has become final, any party to the proceeding including the director who claims to aggrieved by the decision may secure a judicial review thereof by filing a notice of appeal in the circuit court of the county of the residence of the claimant; except, that if the claimant does not reside in this state at the time the appeal is taken, the notice of appeal shall be filed in the circuit court of the county in this state in which the claimant last resided, or in the circuit court of the county in this state wherein the claimant last worked. In such action, the notice of appeal need not be verified, but shall state the grounds upon which a review is sought. A copy shall be served upon the Director or upon such person as the Director may designate (and for the purpose hereof, mailing a copy addressed to the director at Montgomery by registered or certified mail shall be deemed service on the Director), and such service shall be deemed completed service on all parties, but there shall be left with the parties so served as many copies of the notice of appeal as there are defendants, and the Director shall forthwith mail one copy to each defendant. . .

Ala. Code §25-4-96 (1992), Procedure exclusive. – The procedure provided in this article for the making of determinations with respect to claims for unemployment compensation benefits and for appealing from such determinations shall be exclusive.

Done this 29TH day of July, 2005
And service made on parties of interest
this date VIA U. S. Mail.

Certified a true and correct copy:

_____
Fronzena W. Webster, Officer
Board of Appeals

cc:  Claimant
     Employer
     Local Office - MONTGOMERY
     Appeal File

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

OCT 1 2 2006

_____
Neil Smart, Jr.
CUSTODIAN OF RECORDS

_____
ALTERNATE CHAIRMAN

_____
ALTERNATE ASSOCIATE MEMBER

_____
ALTERNATE ASSOCIATE MEMBER