

PLAINTIFF'S EXHIBIT

75



## Policies and Procedures

| SUBJECT: EXTENDED ILLNESS BENEFIT (EIB) | Page: 1 Of: 2 |
|---|---|
| EFFECTIVE DATE: March 3, 2005 | REVIEWED/REVISED: Sheila Dunn Asst Admin. |
| | SUPERCEDES |
| DEPARTMENT: Human Resources | |

### POLICY:
It is the Policy of Dale Medical Center to provide extended illness benefit to employees to protect against loss of income if they become ill or hospitalized. This policy covers regular full time employees and regular part-time (.5-.8) employees hired to work 40 hours or more per pay period.

### PURPOSE:
To establish an Extended Illness Benefit policy for employees of Dale Medical Center.

### PROCEDURE:
Accrued extended illness benefit provides continuation of pay for employees who are unable to work due to illness. Nonexempt employees must complete 90 days of continuous service before being eligible to use accrued EIB. Accrual begins from the date of hire.

Regular full time employees will accrue Extended Illness Benefit (EIB) at the rate of 3.69 hours per pay period. Regular part time employees hired to work 40 hours or more per pay period will accrue EIB at the rate of 1.85 hours per pay period. An employee may accrue up to a maximum of 720 hours of EIB.

**Paid Time Off (PTO) must be used for the first 2 scheduled work days for any absence including FMLA and medical leave of absence EXCEPT in the following circumstances:**

- Employees has a balance of 500 hours or more in EIB bank
- Hospitalization, which includes outpatient surgical procedures and Emergency Room visits
- Hospitalized or placed out of work due to a work related injury (Worker's Compensation)

**If Paid Time Off (PTO) is not available, employee receive no pay for the first 2 scheduled work days.**

The hospital reserves the right to request a doctor's certificate of illness and to withhold payment if the absence does not appear justified. Any employee who must be absent due to illness must notify their supervisor or department head immediately and *must not* leave word with another employee or the switchboard operator and should not leave a recorded voice message.

Employees must advise supervisor or department head on a daily basis of their return to work status. EIB is not intended to be used unnecessarily or excessively, nor can it be used to extend vacation periods. Excessive use of EIB is defined as five (5) or more periods (one or more days) in a twelve month period. Excessive use of EIB may result in disciplinary action up to and including termination. Absences covered by FMLA are excluded from the definition of excessive EIB. Use of EIB and attendance will also be a factor considered in the annual performance evaluation. Unscheduled PTO will be considered an attendance occurrence.

This policy applies to cases of bonafide illness or accidents. EIB may be used for dental care and doctor's visits in 500 hour eligibility criteria is met. EIB for doctor and dentist appointments will be limited to reasonable travel and appointment time only. EIB may be granted for illnesses for employee only and may not be used in case of illness or death of family member. Dale Medical Center may require an employee to present a physician's release before returning to work following an absence to insure the employee's condition will not pose a safety or health hazard to patients, the employee, and/or other employees, or otherwise interfere with the hospital's ability to properly discharge its responsibilities. EIB may not be paid for absence on an approval holiday or during an authorized paid time off (PTO) period. A physician's statement will be required on *ALL* EIB taken after a resignation has been submitted in order to be paid EIB. No cash payment is made in lieu of unused EIB, nor is it payable upon termination of employment.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00149