

**PLAINTIFF'S EXHIBIT**

26



**Policies and Procedures**

| SUBJECT: PAID TIME OFF (PTO) | Page: 1 Of: 2 |
|---|---|
| EFFECTIVE DATE: 3/3/05 | REVIEWED/REVISED: SHEILA DUNN ASST. ADMIN. SUPERCEDES: |
| DEPARTMENT: HUMAN RESOURCES | |

**POLICY:**

It is the policy of Dale Medical Center to provide employees time away from their normal work schedule.

**PURPOSE:**
To establish a policy for Paid Time (PTO) for employees of Dale Medical Center.

**PROCEDURES:**

The Paid Time Off (PTO) program combines time off for vacation, holidays, personal business and unexpected absences such as illness in the immediate family. This program is designed to provide maximum flexibility in planning for and taking discretionary time off.

The Paid Time Off (PTO) program is available to eligible full time and part time (.5 - .8) employees. Employees are eligible to participate in the Paid Time (PTO) program after completion of 6 months of continuous employment. Accrual begins from the date of hire. During the first six months of employment, employees may use Paid Time Off (PTO) only when a departmentally recognized holiday occurs. PTO accrual is based on employment status (full time or part time) and years of service. PTO hours will not accrue while on unpaid Leave of Absence not covered under FMLA.

Accrued Time Off (PTO) will not be paid at termination if employed less than 6 months, terminated (unless due to reduction in force), or resign without giving and working proper notice as defined in Section 1.9 of Employee Handbook.

Regular full time employees with less than 10 years service will accrue Paid Time Off (PTO) at the rate of 5.846 hours each pay period. Regular full time employees who have 10 years or more continuous service will accrue PTO at the rate of 6.769 hours each pay period.

Regular part time employees who are hired for at least 40 hours per pay period will accrue PTO at the rate of 1.85 hours each pay period. Employees who are hired for less than 40 hours per pay period will not accrue PTO.

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant

D00150

Employees may accrue up to a maximum of 180 hours of Paid Time Off (PTO). When the maximum is reached, further accumulations stop until PTO is used or taken during Cash Out options.

Employees are responsible for requesting PTO in advance. PTO not scheduled in advance may be counted as an unexcused absence. The operational needs of the department are primary in determining approval of PTO requests. The responsibility for scheduling PTO and for approving or denying PTO requests rests with management. PTO hours may not be borrowed and may not have a negative accrual balance. PTO may only be taken in one hour increments.

**CASH CONVERSION**: PTO hours may be cashed out twice per calendar year up to an annual maximum of 80 hours by full time employees and up to 40 hours by part time employees. Cash outs will be allowed providing a balance of 40 hours for full time and 20 hours for part time employees is maintained in the account.

Cash out will be paid at 80% reimbursement of the employee's current pay rate. Employees may obtain Cash Out Forms from Human resources who will then verify information prior to processing. Cash out Forms are due in Human Resources on the Friday before pay period ends on Wednesday.

Upon termination employees are eligible to be paid any accrued, unused PTO hours, provided proper written notice (call-ins during notice period nullifies notice for pay purposes) is given and worked, unless employed less than 6 months. As defined in Section 1.9 of the Employee Handbook, employees who quit or are dismissed will be paid for accrued, unused PTO.