

PLAINTIFF'S EXHIBIT
97



Dale Medical Center

Policies and Procedures

| SUBJECT: | |
|---|---|
| HARASSMENT | |
| EFFECTIVE DATE: JUNE 1, 2004 | REVIEWED/REVISED BY: Sheila Dunn |
| | SUPERCEDES: July 15, 1995 |
| DEPARTMENT: Human Resources | |

This policy applies to each and every employee at Dale Medical Center, both management and non-management. It is hospital policy that all employees have a right to work in an environment free from discrimination, which encompasses freedom from any form of harassment. The hospital prohibits harassment of its employees based on race, sex, color, religion, national origin, age, disability, veteran status, or any other factor resulting in abusive, taunting, demeaning or harassing behavior. This includes the behavior of peers, supervisors, subordinates, physicians, patients, patient family members, and visitors to the premises. Such conduct by an employee may result in disciplinary action up to and including termination.

Statements, behavior or the display or use of words, objects or pictures that others could interpret as being insulting, derogatory or slurs towards persons based upon their race, color, national origin, religion, sex, age, disability, citizenship status or any other protected class, are also prohibited by the policy. Also prohibited are statements or actions that are threatening, intimidating, vulgar, or hostile, even if not based on protected class status. Such conduct may make a reasonable person uncomfortable in the work environment or could interfere with an employee's ability to perform his or her job, regardless of whether the actions are from a fellow employee, supervisor, customer or visitor.

Although it is not the only type prohibited, the most common form of harassment relates to sexual harassment. Specifically, no supervisor may threaten or insinuate, either explicitly or implicitly, that an employee's submission to or rejection of sexual advances will in any way influence any personnel decision regarding that employee's employment, evaluation, wages, advancement, assigned duties, shift, or any other condition of employment or career development.

Other sexually harassing conduct in the workplace, whether physical or verbal, committed by supervisors, non-supervisory personnel, visitors or customers is also prohibited. This includes repeated offensive sexual flirtations, advances, propositions, continual or repeated verbal abuse of a sexual nature, graphic verbal commentaries about an individual's appearance, sexually degrading words used to describe an individual, and the display in the workplace of sexually suggestive objects or pictures.

An employee who has a complaint or concern relating to sexual harassment, or any other form of harassment, abusive, taunting or demeaning behavior should report such conduct to his/her supervisor, the Director of Human Resources, or the hospital Administrator, including concerns about possible harassment from non-employees. An employee should report the behavior or concern even if the behavior complained about is not directed toward the employee who reports it. To the fullest extent possible and subject to its commitment to completely investigate matters about which it becomes aware, the hospital will take appropriate steps to insure confidentiality of those who report harassment as well as those who participate in or cooperate with an investigation. The hospital will respond to complaints or concerns promptly and take remedial action, where appropriate.

HARASSMENT POLICY
Page 2

The hospital takes very seriously its prohibition against harassment and our commitment to provide a workplace free from any form of harassment. It is also a violation of policy for anyone to retaliate, threaten, or seek any type of reprisal against an individual who reports harassment. If an employee believes that reprisal, intimidation or retaliation has occurred, such action should be immediately reported to the supervisor, the Human Resources Director or the hospital Administrator.

APPROVED BY:

DATE 6-1-04        BY _____
                      VERNON L. JOHNSON, CEO

DATE 6-1-04        BY _____
                      DEPARTMENT MANAGER

REVIEWED:

DATE _____   BY _____

DATE _____   BY _____

DATE _____   BY _____

DATE _____   BY _____

DATE _____   BY _____

Dale Medical Center/Hughes - CONFIDENTIAL Documents Produced by Defendant        D00156