Hughes

NAME Debbie Hughes  SSAN NO. 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

POSITION [illegible] Biller

ADDRESS Route 1, Box 249, Brundidge Al. 36010   PHONE NO. 334-735-2476   DOB 9/8/56   D.O.E. 8-1-98

NEW ADDRESS 1531 Co Rd #420, Brundidge AL 36010

NEW ADDRESS

NEW ADDRESS

## SALARY AND POSITION CHANGES

| DATE | DEPT | POSITION | HOUR/SAL | STATUS | OTHER |
|---|---|---|---|---|---|
| 7/25/98 8/1/98 | 881 | Insurance Biller | 9.00 | FT | |
| 7/11/99 | 881 | Market adjustment | 10.00 | FT | |
| 8/12/01 | 881 | Mgmt Increase 3% | 10.30 | FT | |
| 8/4/02 | 83 | Mgmt Increase 3% | 10.61 | FT. | |
| 1/25/03 | 83 | Mgmt Increase 8% | 10.61 | FT. | |
| 1/24/03 | 83 | Mgmt Increase 4% | 11.03 | FT | |
| 4/30/05 | 0863 | Term | 11.30 | FT | |

9-1-98 chs
9-1-98 chs

28

PLAINTIFF'S EXHIBIT