-----Original Message-----
**From:** May, Gina
**Sent:** Thursday, June 03, 2004 12:24 PM
**To:** 'Sheila Dunn'
**Cc:** Peters, Donna J.
**Subject:** RE: Dr Zumstein's AL Medicare Payments

PLAINTIFF'S EXHIBIT
29

Sheila,
I am talking to Medicare right now.
The rep noticed the following.....

Challenges:

1. There have been 0 claims received by AL Medicare on Provider number 051554133 (Zumstein) since Dec/2003
   Physical Address = 37 West Main  Ariton, AL      Pay To = P O BOX 510 - Ariton, AL

2. There have been 0 claims received by AL Medicare on Provider number 051500617 (Zumstein) since January 2004
   Physical Address = 311 James Street  Ozark, AL     Pay To = P O BOX 863 - Ozark, AL

3. NONE OF THE CLAIMS FILED IN JANUARY WERE HIPPA COMPLIANT. They were filed under old
   Compliant Claims Process - Prior to HIPPA.

Solution:

1. We need to ensure that Ariton's Billing Vendor is HIPPA Compliant. The claims are probably hitting the
   front end audit at AL Medicare and therefore none of the claims will be received by AL Medicare.

2. Is Deb pulling these audits electronically and working them....any claims hitting this audit would not create a denial EOB..
   ..because they were never received by AL Medicare....(They did not make it past their audits)

3. I can complete paperwork to change the PayTo for 051554133 to P O BOX 863 again.....

4. Provider Enrollment has an open workorder and are supposed to call me back in 48 hours.

Let me know what I can do to help.
Gina


-----Original Message-----
**From:** Sheila Dunn [mailto:sdunn@dalemedical.org]
**Sent:** Thursday, June 03, 2004 11:42 AM
**To:** May, Gina
**Subject:**

Gina: I have to run upstairs for a bit and while I am there I will try and get the answer to the check and balance issue before I call
you back. Thanks so much for your guidance.  Sheila

CONFIDENTIALITY NOTICE
This electronic mail message and all attachments may contain confidential information belonging to the sender or the intended
recipient. This information is intended ONLY for the use of the individual or entity named above. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), orwarding or taking any action
in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please
immediately notify the sender by telephone, facsimile, or email to arrange for the return of the electronic mail, attachments or
documents.

126 Hospital Ave/Ozark, Alabama 36360
Telephone 334.774.2601/Fax 334.774.1443
http://www.dalemedical.org