-----Original Message-----
**From:** Sheila Dunn [mailto:sdunn@dalemedical.org]
**Sent:** Friday, June 25, 2004 1:33 PM
**To:** May, Gina
**Subject:** Dr. Zumstein

Gina: Just wanted to let you know that everything seems to be working in the Medicare jungle. Debbie is in the process of refiling all of those claims. It was not without it's last minutes tribulations. When Debbie got the word that Dr. Zumstein was cleared for Medicare claims, she was told to refile all of the claims she had. She refiled a whole page and decided to stop and run her audit trails the next day. Guess What?!?!?!?!? They were rejected for the same reason as before. She called her vendor who in turn called Medicare....the person at Medicare "*forgot*" to flip his switch to making him HIPAA compliant. This has been such a hullabaloo (is that really a word?). But at any rate, again thank you so very much for your invaluable help in getting this mess working. Sheila

CONFIDENTIALITY NOTICE
This electronic mail message and all attachments may contain confidential information belonging to the sender or the intended recipient. This information is intended ONLY for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), orwarding or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by telephone, facsimile, or email to arrange for the return of the electronic mail, attachments or documents.

126 Hospital Ave/Ozark, Alabama 36360
Telephone 334.774.2601/Fax 334.774.1443
http://www.dalemedical.org

-----Original Message-----
**From:** May, Gina
**Sent:** Tuesday, June 22, 2004 4:31 PM
**To:** 'Sheila Dunn'
**Subject:** RE: Zumstein - Pay To

Sheila

I mailed another Change of Pay To Address (AL Medicare 855B) to AL Medicare on 6/10/2004. My contact there is Cheryl Riley.
I have received the Certified Mail receipt where AL Medicare received the paperwork(855B) on June 16, 2004.
I just called Cheryl to verify that they have it and are processing it. She looked in the system....and asked me to wait until tomorrow for her to call me back, because - She wants to find it and process it herself.
I will call you as soon as I hear from her. This process will correct the pay to.....to pay to Ozark Post Office Box.
Did we decide whether or not there is another issue with him actually not getting claims paid....? (Electronically)
What happened with the vendor??? I remember that the vendor could not believe that there could be a problem.
Did they ever see anything wrong with Electronic Set up? Cant remember...find an email.....did we talk about that?
Whew....my little brain is hurting.....   :)
When Cheryl calls me back...I will ask again if there is any problem on the Medicare end with the Elec Set up.

Gina

-----Original Message-----
**From:** Sheila Dunn [mailto:sdunn@dalemedical.org]
**Sent:** Tuesday, June 22, 2004 4:05 PM
**To:** May, Gina
**Subject:**

Gina: Brad just called and asked me for an update on the Ariton (getting money) situation. I just had to say "Duh, I will have to ask Gina (My wonderful source of information)". He just laughed and said let him know. Have you heard anything lately? Thanks. Sheila

CONFIDENTIALITY NOTICE
This electronic mail message and all attachments may contain confidential information belonging to the sender or the intended recipient. This information is intended ONLY for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), orwarding or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by telephone, facsimile, or email to arrange for the return of the electronic mail, attachments or documents.

126 Hospital Ave/Ozark, Alabama 36360
Telephone 334.774.2601/Fax 334.774.1443
http://www.dalemedical.org

-----Original Message-----
**From:** May, Gina
**Sent:** Friday, November 19, 2004 9:39 AM
**To:** 'sdunn@dalemedical.org'
**Cc:** Peters, Donna J.; Woodham, Deborah
**Subject:** RE: Zumstein - BCBS of Alabama

Sheila,

I spoke with EdieThornhill ( 205 220 6801) at BCBS of Alabama Credentialing Department today. She told me that due to their office not receiving Dr. Zumstein's recredentialing application for renewal of his provider number in 2004; the research department called Dr. Ennis's office in July and inquired as to why the recredentialing forms were not returned and why there had been no claim activity. Edie said that a reception at the clinic - Lisa Brooks told them that Dr. Zumstein had not practiced there since April and BCBS expired his provider number ( 051500617 ) as of April 1, 2004. His previous number (Attached to Dale Medical Group - 051007181 was expired in 1998 due to retirement ). I explained to Edie that he actually left Ariton the END of April.
While we were talking, she reactivated his number ( 051500617) with an expiration date of May 1, 2004. She said to refile the claims and they would push them thru this time.
Just documenting for you to have something for reference.

I should have Dr. Ennis' Tricare App ready by Monday or Tuesday.

Gina