IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO.: |
| | ) | 1:06-cv-00595-SRW |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S MOTION TO SUBSTITUTE
### AFFIDAVIT OF DEBORAH HUGHES

COMES NOW the Plaintiff in the above-referenced matter and requests that the attached **Exhibit A** be substituted in place of the previously submitted Affidavit of Deborah Hughes marked as Exhibit 1 to Plaintiff's Evidentiary Submission in Opposition to Defendant's Motion for Summary Judgment. Upon review of the filed copy, counsel for Plaintiff noted grammatical errors and has corrected same. The substance of the affidavit has not been altered. As such, Plaintiff moves to substitute the Affidavit of Deborah Hughes attached as Exhibit A.

        s/ Alicia K. Haynes
        Alabama State Bar No.  ASB-8327-E23A
        Attorney for Plaintiff
        Deborah Hughes

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of July, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

        s/ Alicia K. Haynes
        **OF COUNSEL**