IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv595-SRW |
| | ) | |
| DALE COUNTY MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of plaintiff's motion to substitute affidavit (Doc. # 24), filed July 13, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Done, this 13th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE