**Page 145**

1  were generated out of her system went
2  to our CFO. That is just not something
3  that I dealt with a whole lot.
4      Q.  Is there ever a time that you
5  asked her for a report she didn't give
6  you a report?
7      A.  She gave them to me, but it
8  just took her a long time to get them
9  to me. I would call and ask for a
10 report. I would have to call back.
11 That type thing. She never refused to
12 give me a report.
13     Q.  Did the chief financial
14 officer -- I believe that is
15 Mr. Hull -- did he ever say Ms. Hughes
16 was not providing him timely financial
17 reports?
18     A.  I never heard him say that.
19     Q.  He never complained to you
20 about that?
21     A.  No.
22     Q.  Did he --
23     A.  He wouldn't. He would have

**Page 146**

1  just taken care of it.
2      Q.  Did he ever complain he had
3  issues with Ms. Hughes' job
4  performance?
5      A.  No, he didn't complain to me.
6      Q.  In all the other offices where
7  you have office administrators or
8  office coordinators -- I think they are
9  office coordinators and office
10 managers?
11     A.  Correct.
12     Q.  Do you have third party
13 billing there?
14     A.  Yes.
15     Q.  So why do you need an office
16 coordinator there?
17     A.  Well, someone has to make the
18 appointments, act as the receptionist
19 type thing. Some of the offices -- I
20 think most of the offices put the new
21 patient demographics in the system.
22 And then at the end of the day they get
23 their charge sheets together and those

**Page 147**

1  are sent to whichever billing company
2  and they input the charges. Of course,
3  then when the money comes in, the third
4  party biller also posts that money.
5      Q.  Who was doing that at Ariton?
6      A.  Well, we got -- MedNet did it
7  for the first three years that we had
8  Ariton. Debbie did it for two or
9  three. Then we got United ProBill was
10 doing it.
11     Q.  Who was doing the patient
12 demographics?
13     A.  When? At which time?
14     Q.  Okay. Bad question. Who did
15 patient demographics and the collecting
16 of the face sheets to send to United
17 ProBilling?
18     A.  Well, Debbie would have if she
19 had been there. That would have
20 probably still been one of her duties.
21 The person up front can do it. I don't
22 think that Debbie got that far in the
23 training with United ProBill. Debbie

**Page 148**

1  did it when MedNet was doing our
2  billing. I think she also put in
3  charges. I don't think that MedNet was
4  doing that at that time.
5      Q.  After Ms. Hughes was
6  terminated who did that job?
7      A.  Put the patient demographics
8  in?
9      Q.  Yes, ma'am.
10     A.  United ProBill.
11     Q.  What was Lisa Brooks doing?
12     A.  She was the receptionist. She
13 collected copays, made appointments,
14 pulled charts, answered the phone,
15 greeted the patients as they came in.
16     Q.  The duties that Ms. Hughes had
17 performed that were not related to
18 those being taken by United ProBilling,
19 who assumed those?
20     A.  All of the supervisory duties
21 that are in here, Dr. Ennis assumed
22 them.
23     Q.  Okay. Was he working about