**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:06-cv-00595-SRW |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S INITIAL RULE 26 DISCLOSURES

Pursuant to Fed.R.Civ.P. 26.1(a)(1), Plaintiff, Deborah Hughes, makes the following initial disclosures:

**A.   POTENTIAL WITNESSES:**

At this stage of discovery, Hughes' investigation is incomplete and ongoing, and, thus, she is unable to identify with certainty at this time all individuals likely to have discoverable information about the disputed facts. However, Hughes believes that the following individuals, among others, are likely to have discoverable, non-privileged personal knowledge concerning significant factual issues specifically raised in the pleadings, the working conditions that existed during the time which the plaintiff was employed and are knowledgeable of the conduct, specifically with respect to Plaintiff's charges of discrimination and

Defendant's unlawful employment practices as set out in the plaintiff's EEOC Charge and Complaint.

1.  Deborah Hughes
    c/o Haynes & Haynes, P.C.
    1600 Woodmere Drive
    Birmingham, Alabama 35226

2.  Sheila Dunn
    Assistant Administrator

3.  Vernon Johnson
    Administrator

4.  Pat Ennis

5.  C. Archer
    State Unemployment Office
    Montgomery, Alabama

6.  Dr. Luna Sy, Internist
    Ozark, AL

7.  Dr. Robert Craddick, Neurologist
    Medical Center
    Birmingham, Alabama

8.  Dr. Robert Zumstien
    Ariton Clinic

9.  Dr. John Blough
    New Brockton

10. Karen Williams
    Address Unknown

11. Lisa Combee
    45 Camellia Street
    Daleville, AL 36322

12. Cheryl Petrey
    Ozark, AL 36360

13. Carol Long
    707 County Road 23
    Clio, AL 36017

14. Misti Pelham
    936 Easterling Mill Road
    Ariton, AL 36311

15. Sandy Sessoms
    Address Unknown

16. Linda Grimes
    Address Unknown

17. Katrina Marrel
    Address Unknown

18. Dr. Robert Zumstein
    Address Unknown

In addition to the individuals listed above, Plaintiff's list includes any individuals that may be identified in any depositions, Defendant's Initial Disclosures, Defendant's Witness List and in response to Plaintiff's discovery requests.

Plaintiff reserves the right to amend and/or supplement these disclosures.

**B.    EXHIBITS:**

At this stage in discovery, Plaintiff's investigation is incomplete and ongoing, and, thus, she is unable to identify with certainty at this time each document that Plaintiff may use to support her claims. Plaintiff contends,

however, that the following documents or categories of documents may support Plaintiff's claims alleged with particularity in the pleadings:

1. Personnel file of Plaintiff.
2. EEOC file; charge of the Plaintiff with EEOC; defendant's position statement and any document produced to the EEOC.
3. Certain Policies and Procedures of Dale County Medical Center.
4. Any and all documents related to Plaintiff's employment.
5. Any and all documents produced by Defendant to substantiate any affirmative defense.

In addition to the documents described above, Plaintiff's list includes any exhibits that may be used in depositions taken in this action, all documents produced in discovery by the Plaintiff, all documents identified in Defendant's Initial Disclosures and Exhibit Lists, and all documents produced by Defendant in discovery.

Documents are available for inspection at a mutually agreeable time at the office of plaintiff's counsel.

Plaintiff reserves the right to amend and/or supplement her disclosures.

## C.    DAMAGES:

The exact amounts cannot be calculated without further discovery.

Plaintiff will claim compensatory damages in an amount to be determined by the jury in this case.

Plaintiff will also seek punitive damages in an amount to be determined by the jury in this case.

Plaintiff will also seek attorneys' fees and costs in an amount to be determined by the Court.

Plaintiff also intends to seek pre-judgment interest.

Plaintiff's damages are ongoing. Therefore, Plaintiff reserves the right to amend and/or supplement her Rule 26 disclosures or to correct any mathematical errors.

Plaintiff reserves the right to amend and/or supplement her disclosures.

Respectfully submitted,

_____
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been served upon the following, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid on this the ____ day of _____, 2006.

Jennifer L. Howard
Albert L. Vreeland
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945

_____
OF COUNSEL