FREEDOM COURT REPORTING

EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

CASE NUMBER: 1:06-CV-595

DEBORAH HUGHES,

    Plaintiff,

    vs.

DALE COUNTY MEDICAL CENTER,

    Defendant.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Deborah Hughes may be taken before Sara Mahler, CSR, at the Hampton Inn Boardroom, at 103 Troy Plaza Loop, Troy, Alabama 36081, on the 2nd day of May, 2007.

DEPOSITION OF DEBORAH HUGHES

COPY

Page 82

1  I've been working here a long time, these
2  people are my friends.  It's going to be
3  really hard, but you got to do what you got
4  to do.  And I went to the back and ordered
5  five hundred self-addressed, stamped
6  envelopes.
7       Q.    Who else was present when you
8  had this conversation with Dr. Ennis about
9  collecting the old accounts?
10      A.    Lisa was in the room.  Lisa
11 Brookes was in the room.
12      Q.    Anyone else?
13      A.    No, sir.
14      Q.    Were there a substantial
15 number of old accounts that were in
16 receivables?
17      A.    Yes, sir.
18      Q.    When was this conversation
19 where he told you that we were going to have
20 to collect old accounts?
21      A.    I don't recall.
22      Q.    Was it before you -- the
23 week's leave?

FREEDOM COURT REPORTING

Page 129

1   A. Oh. As far as I can remember,
2   I think -- yes, I have.
3   Q. When we started this lawsuit,
4   your attorney gave me a list of people who
5   might know something about the lawsuit. I'm
6   just going to ask you who -- some of them
7   you've already told me about.
8   A. Yes, sir.
9   Q. Others, I'm going to ask you
10  who they are and what they may know. I
11  believe you told me Karen Williams worked
12  there in the clinic?
13  A. Yes, sir.
14  Q. What was her position?
15  A. A medical assistant.
16  Q. Who's Lisa Comby?
17  A. That is Lisa Brookes. She
18  married.
19  Q. Okay. And we've already
20  talked about her?
21  A. Yes, sir.
22  Q. And we've already talked about
23  Cheryl Petrie.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660