IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv595-SRW |
| ) | |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**AMENDED SCHEDULING ORDER**

For good cause it is

ORDERED that the scheduling order (Doc. # 30), entered August 9, 2007 be and hereby is AMENDED as follows:

This cause is **re-set for jury selection and trial from April 7, 2008 to the term of court commencing on May 5, 2008 in Dothan, Alabama.**

All other deadlines shall remain the same.

DONE, this 16th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE