**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **1:06-cv-595-SRW** |
| | ) | |
| **DALE MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF INTERVENING AUTHORITY**

COMES NOW, Dale Medical Center, Defendant in the above-styled action and submits the attached intervening decision from the U.S. Court of Appeals for the Eleventh Circuit in further support of its Motion for Summary Judgment.  On November 15, 2007, the Eleventh Circuit issued its opinion in *Garrett v. University of Alabama at Birmingham,* Nos. 05-11110 & 05-10833 (11th Cir. November 15, 2007), in which it concluded that an employee's limitations from cancer, two cancer surgeries, 37 radiation treatments, and a course of chemotherapy did not constitute a disability because the limitations were "short term, temporary and contemporaneous with her treatment."  *Id.* at 16.  This case presents a very similar fact pattern as Plaintiff was diagnosed with a malignant tumor, underwent surgery and fully recovered with no permanent limitations.

Respectfully Submitted,


s/Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alicia K. Haynes, Esq.
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, AL 35226

Respectfully submitted,

<u>s/Albert L. Vreeland, II</u>
Albert L. Vreeland, II ASB-0066-V78A
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008
E-mail: avreeland@lehrmiddlebrooks.com
Bar No.: ASB-0066-V78A

190529.doc