# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEborah HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:06-cv-00595-SRW |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S WITNESS LIST FOR TRIAL

COMES Now, the plaintiff, by and through his attorney, and submits his list of witnesses for trial as follows:

## **PRIMARY WITNESSES**

1. Deborah Hughes
   c/o Haynes & Haynes, P.C.
   1600 Woodmere Drive
   Birmingham, Alabama 35226

2. Sheila Dunn
   c/o Lehr Middlebrooks Price & Vreeland
   P.O. Box 11945
   Birmingham, AL  35202

3. Vernon Johnson
   c/o Lehr Middlebrooks Price & Vreeland
   P.O. Box 11945
   Birmingham, AL  35202

4. Patricia Ennis
   70 Old Dublin Pike, F-8
   Doylestown, PA  18901

5. C. Archer
   State Unemployment Office
   Montgomery, Alabama

6. Dr. Luna Sy, Internist
   Ozark, AL

7. Dr. Robert Craddick, Neurologist
   Medical Center
   Birmingham, Alabama

8. Dr. Robert Zumstien
   Ariton Clinic

9. Dr. John Blough
   New Brockton

10. Karen Williams
    Address Unknown

11. Lisa Combee
    45 Camellia Street
    Daleville, AL  36322

12. Cheryl Petrey
    Ozark, AL  36360

13. Carol Long
    707 County Road 23
    Clio, AL  36017

14. Misti Pelham
    936 Easterling Mill Road
    Ariton, AL  36311

15. Sandy Sessoms
    Address Unknown

16. Linda Grimes
    Address Unknown

17. Katrina Marrel
    Address Unknown

18. Dr. Robert Zumstein
    Address Unknown

19. Emmett Fain, father
    c/o Haynes & Haynes, P.C.
    1600 Woodmere Drive
    Birmingham, Alabama  35226

20. Betty Fain, mother
    c/o Haynes & Haynes, P.C.
    1600 Woodmere Drive
    Birmingham, Alabama  35226

21. Randy Hughes, spouse
    c/o Haynes & Haynes, P.C.
    1600 Woodmere Drive
    Birmingham, Alabama  35226

22. Josh Hughes, son
    c/o Haynes & Haynes, P.C.
    1600 Woodmere Drive
    Birmingham, Alabama  35226

23. Jason Houston
    Address Unknown

24. Hilda Houston
    Address Unknown

**SECONDARY WITNESSES**

25. Any custodian of record needed to prove any subpoenaed documents.

26. Any custodian of personnel records at Dale County Medical Center.

27. Any individual identified in any deposition taken in this matter.

28. Any witness listed in Defendant's Disclosures.

29. Any witness listed on Defendant's Witness List.

30. Any witness needed for rebuttal.

                                          Respectfully submitted,

                                          /s/ Alicia K. Haynes
                                          Alicia K. Haynes
                                          Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard
Albert L. Vreeland
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL  35202-1945

                                                /s/ Alicia K. Haynes
                                                OF COUNSEL