IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 1:06-cv-595-SRW |
| ) | |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**PRETRIAL DISCLOSURES**

Pursuant to the Court's Rule 16(b) Scheduling Order and FRCP 26(a)(3), Defendant Dale Medical Center ("Defendant") hereby discloses the following information regarding the evidence that it may present at trial other than solely for impeachment:

**1.   Witnesses.**

　　a.   Defendant expects to call the following witnesses:

　　　　i.   Deborah Hughes
　　　　　　c/o Alicia K. Haynes, Esq.
　　　　　　Haynes & Haynes, P.C.
　　　　　　1600 Woodmere Drive
　　　　　　Birmingham, AL  35226
　　　　　　(205) 879-0377

　　　　ii.  Sheila Dunn
　　　　　　c/o Albert L. Vreeland II, Esq. or Jennifer L. Howard, Esq.
　　　　　　2021 Third Ave. North
　　　　　　Birmingham, AL  35203
　　　　　　(205) 326-3002

　　　　iii. Vernon Johnson
　　　　　　c/o Albert L. Vreeland II, Esq. or Jennifer L. Howard, Esq.
　　　　　　2021 Third Ave. North
　　　　　　Birmingham, AL  35203
　　　　　　(205) 326-3002

      iv.    Lisa Brooks
c/o Albert L. Vreeland II, Esq. or Jennifer L. Howard, Esq.
2021 Third Ave. North
Birmingham, AL  35203
(205) 326-3002

      v.    Donna Reid
c/o Albert L. Vreeland II, Esq. or Jennifer L. Howard, Esq.
2021 Third Ave. North
Birmingham, AL  35203
(205) 326-3002

b.    Defendant may call the following witnesses if the need arises:

      i.    Patricia Ennis
70 Old Dublin Pike, F-8
Doylestown, PA  18901
(267)247-5170

      ii.    Regina May
Southeast Alabama Medical Center
Dothan, AL  36301
1-800-248-7057

      iii.    Karen Williams
c/o Albert L. Vreeland II, Esq. or Jennifer L. Howard, Esq.
2021 Third Ave. North
Birmingham, AL  35203
(205) 326-3002

      iv.    Misty Pelham
936 Easterling Mill Rd.
Ariton, AL  36311

      v.    Cheryl Petrey
c/o Albert L. Vreeland II, Esq. or Jennifer L. Howard, Esq.
2021 Third Ave. North
Birmingham, AL  35203
(205) 326-3002

      Respectfully Submitted,

      s/Jennifer L. Howard
      Jennifer L. Howard  ASB-9511-O68J

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008
E-mail: jhoward@lehrmiddlebrooks.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          Alicia K. Haynes, Esq.
          Haynes & Haynes, P.C.
          1600 Woodmere Drive
          Birmingham, AL  35226


          s/Jennifer L. Howard
          OF COUNSEL

182820