IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv595-SRW |
| | ) |
| DALE COUNTY MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For good cause it is

ORDERED that **the pretrial conference presently scheduled for March 7, 2008 at 8:30 a.m. be and hereby is re-scheduled for 9:00 a.m. on April 10, 2008** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama. At least one <u>trial</u> counsel for each party shall attend this conference.

DONE, this 20th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE