IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv595-SRW |
| | ) | |
| DALE COUNTY MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For good cause it is

ORDERED that the pretrial conference previously scheduled for April 10, 2008 be

and hereby is **rescheduled for 8:30 a.m. on April 28, 2008 in courtroom 5-B, Frank M.**

**Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery,**

**Alabama.**   All deadlines set out in the scheduling orders (Doc. # # 30, 31) shall remain in

effect.

Done, this 8th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE