**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **1:06-cv-595-SRW** |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO SUPPLEMENT RECORD**

COMES NOW, Dale Medical Center, Defendant in the above-styled action and moves this Court for leave to supplement the record by substituting the attached Declaration of Sheila Dunn for the one previously submitted.   As grounds for supplementation, Defendant says as follows:

1.      On April 16, 2008, this Court struck the Declaration of Sheila Dunn based upon the absence of a date.

2.      The grounds for striking the Affidavit – which were not raised by Plaintiff – was the oversight of counsel preparing the Declaration.

3.      The attached Declaration includes the required date; it does not contain any other changes from the original declaration.

4.      Because the Declaration is otherwise identical, Plaintiff has already had the opportunity to respond to its substance in full and therefore will not be prejudiced by the substitution of the dated version.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this Court for leave to file the supplemental Declaration attached hereto.

Respectfully Submitted,


s/Albert L. Vreeland, II
Albert L. Vreeland, II  ASB-0066-V78A
Jennifer L. Howard  ASB-9511-O68J

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008


## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Alicia K. Haynes, Esq.
      Haynes & Haynes, P.C.
      1600 Woodmere Drive
      Birmingham, AL  35226


s/Albert L. Vreeland, II
OF COUNSEL

200695.doc

2