**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00595-SRW** |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO STRIKE**
**MOTION TO SUPPLEMENT RECORD (DOC. 39)**

COMES NOW the Plaintiff in the above-referenced matter and moves this Honorable Court to strike Defendant's Motion to Supplement Record (Doc. 39), which was filed on April 16, 2008. As grounds therefore, Plaintiff states as follows:

1. This Court entered a briefing schedule (Doc. 12) on November 3, 2006, stating that, "1. The moving party shall file its brief and evidentiary submission simultaneously with the motion for summary judgment."

2. Further, the Court's order indicates: "3. The movant's reply brief shall be filed not later than 11 calendar days after the date on which

the opponent's responsive submission was due. **The movant may not include any new evidentiary material with the reply brief without prior leave of court.**" (¶ 3, emphasis added).

3. The defendant filed its motion, brief and evidentiary material on June 11, 2007. (Docs. 13, 14 and 15).

4. Plaintiff moved to strike the affidavit of Sheila Dunn on July 13, 2007, (Doc. 26) and this court granted Plaintiff's motion on strike on April 16, 2008. (Doc. 37).

5. On April 16, 2008, Defendant filed its Motion to Supplement Record. (Doc. 39).

6. Defendant's motion is untimely pursuant to this briefing schedule (Doc. 12) and this court's order granting Plaintiff's motion to strike. (Doc. 37).

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff moves this court to strike Defendant's motion to supplement record as untimely.

      s/ Alicia K. Haynes
Alabama State Bar No. ASB-8327-E23A
Attorney for Plaintiff
Deborah Hughes

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

 s/ Alicia K. Haynes
**OF COUNSEL**