## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00595-SRW** |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S DESIGNATION OF DEPOSITIONS FOR USE AT TRIAL

COMES Now, the plaintiff, by and through her attorney, and submits her list of depositions to be used at trial:

1. Deposition of Sheila Dunn in its entirety, as needed if witness is unavailable or for impeachment purposes.

2. Deposition of Vernon Johnson in its entirety, as needed if witness is unavailable or for impeachment purposes.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiffs

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

                                      s/ Alicia K. Haynes
                                      **OF COUNSEL**