**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DEBORAH HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **1:06-cv-595-SRW** |
| ) | |
| **DALE COUNTY MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S PROPOSED VOIR DIRE

Defendant Dale Medical Center submits the following proposed voir dire questions.

QUESTIONS REGARDING DALE MEDICAL CENTER AND HOSPITALS IN GENERAL:

1. The Defendant in this case is Dale Medical Center. Do any of you have any relationship with Dale Medical Center or have any of you in the past had any relationship with Dale Medical Center?

    a. Nature of relationship?

    b. Would it cause you to be unable to render a fair and impartial verdict?

2. Are you now or have you ever been a patient of Dale Medical Center? If so,

    a. Was/is the experience with Dale Medical Center satisfactory?

    b. Why or why not?

3. Have any of you or your family members or close friends ever been mistreated by a hospital? If so, please describe the circumstances.

4. Do any of you have strong feelings about hospitals in general? If so, what are they?

5. Have any of you ever heard anything about Dale Medical Center (including its managers)?

    a. How was what you heard related to Dale Medical Center?

    b. Did what you hear cause you to have either a positive or a negative impression of Dale Medical Center?

6. Do any of you know any employee or former employee of Dale Medical Center?

    a. In what capacity is or was the person employed?

    b. Do you know the circumstances under which the person left Dale Medical Center? - voluntary or involuntary?

    c. Do you know the person's attitude toward Dale Medical Center?

7. Have any of you ever personally been employed by Dale Medical Center?

GENERAL BACKGROUND QUESTIONS:

8. Does anyone have any medical problems, for instance, poor eyesight or hearing, that would make it hard for you to be a juror in this case?

9. Have any of you or any of your close family members been diagnosed with cancer?

10. Have any of you lost a friend, family member, or other loved one to cancer?

11. What is the highest level of education you have completed?

12. Have you ever served in the military? If so,

      a.      What branch?

      b.      What rank or rate did you achieve?

      c.      Were you honorably discharged?

13.    Do any of you or any of your close family members belong to any unions or trade professional organizations? If so, which?

14.    Do any of you have any training in personnel or human resources matters, including employment discrimination laws and/or policies? Describe the training.

15.    Do any of you have any education or training in psychology or sociology?

16.    From what you have read or heard, do you think that in recent years the money awards from lawsuits have generally been:

      a.      Too high?

      b.      Too low?

      c.      About right?

17.    If time and money were not concerns, how would you spend your leisure time?

18.    Please list any organizations to which you belong, including business, professional, consumer, environmental, social, religious, political, educational, or volunteer organizations.

19.    Do you belong to any organization(s) involved in the work of enforcing civil rights?

      a.      ACLU

      b.      AARP

      c.      People for the American Way

   d.  NAACP

   e.  NOW

20. Do you identify yourself with a particular political party? If so, which one?

21. What newspapers or magazines do you subscribe to or read often?

22. Do you have any bumper stickers on the vehicle you regularly use for transportation? If so,

   a.  What does/do the bumper sticker(s) say?

   b.  Who put the bumper sticker(s) on your vehicle?

   c.  When were the bumper sticker(s) put on your vehicle?

23. What part of Alabama do you live in?

24. How long have you lived in Alabama?

25. If you moved to Alabama,

   a.  Where did you move from?

   b.  Why?

   c.  When?

EMPLOYMENT HISTORY:

26. Are you currently employed? If so,

   a.  Where?

   b.  In what capacity?

   c.  How long have you been employed in your current job?

27. On a scale of 1 to 10, 10 being most satisfied, how would you rate your current job satisfaction.

28. What was your most recent job other than the one you currently hold?

   a. In what capacity?

   b. How long were you so employed?

   c. Did you leave that position voluntarily?

   d. Why are you no longer employed in that position?

 29. For those who are married, is your spouse currently employed?

   a. Where?

   b. In what capacity?

 30. Have any of you ever owned your own business?  If so,

   a. What type of business did you own or operate?

   b. How many employees worked for you?

 31. Have any of you ever worked for a hospital?  If so,

   a. What company do/did you work for?

   b. What is/was your job?

   c. How long ago did you work for the company?

   d. Are/were you happy with your employment experience?

   e. What were the circumstances under which you left that employment?

 32. Have any of you ever been employed by the state or federal government?  If so,

   a. When?

   b. For how long?

   c. In what capacity?

33. Have any of you or any member of your family been employed in the personnel or human resources department of any company? If so,

    a. In what capacity?

    b. For how long?

34. In your job, do you have the authority to promote, hire or fire people?

35. Have any of you been employed with the Equal Employment Opportunity Commission or any other agency which receives complaints of discrimination? If so,

    a. In what capacity?

    b. For how long?

36. Have you or any member of your family been employed by any law firm or court system?

37. Have any of you ever been treated unfairly, in your opinion, by your employer in any job you have held?

38. Have any of you ever filed a workers compensation claim against your employer? If so,

    a. What was the nature of your injury?

    b. Did your employer contest or oppose your application for benefits?

39. Have any of you ever received unemployment benefits? If so,

    a. Did your employer contest or oppose your application for benefits?

    b. Were you required to participate in a hearing regarding your application for benefits?

40. Have any of you ever filed a claim for disability benefits under a short or long term disability plan maintained or sponsored by your employer? If so, did your employer contest or oppose your application for benefits?

41. Have any of you ever had problems performing up to your employer's expectations?

42. Has anyone here ever been involuntarily terminated from employment, for example, through layoffs, downsizings, or firings?

43. Does anyone here have close family members who were involuntarily terminated from employment?

44. If either you or your spouse has been fired, laid off or asked to resign from a job, what were the circumstances and when did it happen?

45. Have you ever left a job feeling forced out?

46. Have you ever had an unpleasant experience with a supervisor or employer?

Experience With The Legal System:

47. Have any of you ever been or are you currently a party to a lawsuit? If so,

    a. Did you bring the lawsuit or were you sued?

    b. Who was the other party?

    c. What type of action was it?

    d. When?

    e. Where?

    f. Did it go to trial?

    g. Was it a jury trial?

  h. What was the outcome?

  i. Was there anything about your experience that left you with any kind of feeling - - positive or negative - - about the legal profession or the court system?

48. Have you or any member of your family ever received out-of-court settlement in a legal case? If so, explain the circumstances and the type of settlement you received.

49. Do any of you have any courtroom experience as a witness, or any other participant at trial? If so,

  a. What type of case?

  b. What was the outcome?

  c. Did you believe the outcome was fair based on your understanding of the evidence submitted? Why or why not?

50. Do any of you have any other experience giving testimony under oath? If so,

  a. What type of proceeding?

  b. What was the outcome?

  c. Did you believe the outcome was fair based on your understanding of the case? Why or why not?

51. Do any of you have any prior jury experience? If so,

  a. What type of case?

  b. What was the outcome?

  c. Did you believe the outcome was fair based on your understanding of the evidence submitted? Why or why not?

  d. Were you the jury foreperson?

  e. Was there a verdict?

  f. If so, was monetary compensation a part of the verdict?

  g. If monetary compensation was a part of the verdict, what was the amount?

QUESTIONS RE DISCRIMINATION:

 52. Have any of you or your family members or close friends ever been the subject of demeaning remarks or comments at your job regarding your age? If so,

  a. Please describe the situation.

  b. Did you report the demeaning remarks to your supervisor or another representative of the company?

  c. If so, how was it resolved?

 53. Have any of you or your family members or close friends ever been the subject of demeaning remarks or comments at your job regarding the fact that you had taken medical leave? If so,

  a. Please describe the situation.

  b. Did you report the demeaning remarks to your supervisor or another representative of the company?

  c. If so, how was it resolved?

 54. Have any of you ever felt you or a family member were discriminated or retaliated against at work? If so,

  a. Please describe the situation.

        b.      Did you report the unfair treatment to your supervisor or another representative of the company?

        c.      If so, how was it resolved?

55.    Have any of you ever known anyone who you believe was discriminated or retaliated against at work?

        a.      Please describe the situation.

        b.      Did you get involved in this situation?  In what way?

56.    Have any of you ever been accused of discriminating or retaliating against another person?  If so,

        a.      Was a charge of discrimination or lawsuit ever filed against you?

        b.      Do you believe the outcome was fair?

        c.      Would anything about your experience make it difficult for you to be completely neutral and unemotional in deciding this case on the evidence presented?

57.    Has anyone here ever lodged a complaint with their employer or participated in a grievance process with their employer?

58.    Does anyone here feel that they were treated differently after making a complaint or filing a grievance with their employer?

59.    Have you ever filed a discrimination or retaliation claim against any employer?

60.    Have you or any of your close relatives or friends filed a charge of discrimination or retaliation with the EEOC or any other agency which handles charges of discrimination?  If so,

        a.      Who was the employer?

      b.      What type of action was it?

      c.      When?

      d.      What was the outcome?

      e.      Was there anything about that experience that left you with any kind of feeling about employers in general, the legal profession or the court system?

61.    Have you or any of your close relatives or friends sued an employer over a job-related situation? If so,

      a.      Who was the employer?

      b.      What type of action was it?

      c.      When?

      d.      What was the outcome?

      e.      Was there anything about that experience that left you with any kind of feeling about employers in general, the legal profession or the court system?

62.    Have any of you ever worked for any employer who you know has been sued for discrimination or retaliation?

      a.      What was the outcome?

      b.      Did you believe the outcome was fair?

      c.      Did you believe your employer was treated fairly?

      d.      Were you at all involved in either your employer's defense of the lawsuit or the employee's claim? If so, how?

63.    Do you believe that most or all employers discriminate or retaliate against employees based upon some reason such as age or medical leave taken?

64.    Do you believe that most or all employers do not care about employees?

Does anyone here believe that it is wrong to terminate an employee who does not follow the company's policies or their supervisors' instructions?

QUESTIONS RE WITNESSES AND CREDIBILITY:

65. Would you be inclined to treat this case any differently merely because the Defendant is a company than you would if the case involved an individual who was being sued?

66. Would you distrust the testimony of a company employee regarding the facts of this case merely because that employee is still employed with the company?

67. Would you distrust the testimony of a company employee regarding the facts of this case merely because that employee is employed as a manager with the company?

68. If you are called on to make a decision based on someone's credibility or lack thereof, would you find that difficult?

69. Do you have any personal knowledge of this case?

70. Do any of you know or have you heard of any of the following potential witnesses:

    a. [insert witness list]

KNOWLEDGE OF REPRESENTATION BY OR ACQUAINTANCE WITH THE LAWYERS IN THIS CASE:

71. Have you or any member of your family ever been represented by any of the lawyers involved in this case?

  a. Have you or any member of your family ever been represented by any member of the firm of Lehr Middlebrooks & Vreeland, P.C., the law firm representing the Defendant?

  b. Have you or any member of your family ever been represented by any member of the firm of Haynes & Haynes, the law firm representing the Plaintiff?

  c. If you or any member of your family has been represented by any of the lawyers in this case or their firms, please explain the circumstances of such representation.

  d. Are you or your family acquainted with the lawyers in this case, or any members of their firms, on a business or social basis?

72. Do any of you personally know the judge or any courtroom personnel?

73. Did you know anyone in the jury pool before today?

74. If the evidence shows that the Plaintiff cannot carry her burden, would you have any difficulty in returning a verdict for the Defendant and awarding Plaintiff nothing?

75. Do each of you understand that the fact that this case is going to trial is no indication of the actual merits of the lawsuit?

            Respectfully Submitted,

            s/Albert L. Vreeland, II
            Albert L. Vreeland, II ASB-0066-V78A
            avreeland@lehrmiddlebrooks.com

            s/Jennifer L. Howard
            Jennifer L. Howard ASB-9511-O68J
            jhoward@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
(205) 326-3008 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Alicia K. Haynes, Esq.
>Haynes & Haynes, P.C.
>1600 Woodmere Drive
>Birmingham, AL 35226

      Respectfully submitted,

      s/Albert L. Vreeland, II
      OF COUNSEL

200768