IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **1:06-cv-595-SRW** |
| ) | |
| **DALE COUNTY MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's Rule 16(b) Scheduling Order and FRCP 26(a)(3), Defendant Dale Medical Center ("Defendant") hereby discloses the following information regarding the evidence that it may present at trial other than solely for impeachment:

**Exhibits**

1. Dismissal and Notice of Rights entered by U.S. Equal Employment Opportunity Commission, dated April 3, 2006 (Bates No. D00006)

2. Plaintiff's Application for Employment dated August 6, 1998 (Bates No. D00111-D00114 )

3. Plaintiff's Acknowledgement of receipt of handbook dated May 19, 2004 (Bates No. D00154)

4. Employee Handbook of Dale Medical Center (Bates Nos. D00157-D00203)

5. Dale Medical Center's Policies and Procedures on Harassment (Bates Nos. D00155-D00156)

6. Performance Appraisal of Plaintiff dated July 26, 2004 (Bates Nos. D00053-D00057)

7. Invoice for flu vaccine dated August 24, 2004 (Bates No. D00147)

8. Release to light duty signed by Dr. Craddock, Norwood Clinic, dated February 7, 2005 (Bates No. D00004)

9. Release to full duty signed by Dr. Craddock, Norwood Clinic, dated February 21, 2005 (Bates No. D00005)

10. Certificate to Return to Work by Dr. Luna U. Sy dated April 11, 2005 (Bates No. D00002)

11. Release to full duty signed by Dr. Craddock, dated February 21, 2005 (Bates No. D00005)

12. Plaintiff's EEOC Charge and Affidavit (Bates Nos. D00103-D00106)

13. Plaintiff's T&A Time Reports (Bates Nos. D00009-D00020; D00115-D00142)

14. Plaintiff's Separation from Employment record (Bates No. D00023)

15. Plaintiff's Response to Defendant's Requests for Production

16. Plaintiff's Answers to Defendant's Interrogatories

17. Plaintiff's personnel file (Bates Nos. D00001 – D00146)

18. Handbook acknowledgement for Dr. Ennis (Bates No. D00152)

19. Handbook acknowledgement and training document for Sheila Dunn (Bates Nos. D00153-D00154)

20. Documents from Alabama Department of Industrial Relations regarding Plaintiff's application for unemployment benefits. (Bates Nos. T00020 – T00134 and tape recording of appeals hearing)

21. Documents produced by Equal Employment Opportunity Commission (Bates Nos. F00001 – F00039)

22. E-mails regarding Plaintiff's unauthorized writing off of accounts (Bates Nos. D00205 – D00208)

23. Employment records from Carter Bros. Manufacturing (Bates Nos. T00001 –T00009)

24. Employment records from Pike Internal Medicine (Bates Nos. T00010 – T00014)

25. Employment record from Dr. Hassan Kesserwani (Bates No. T00015)

26. Employment records from Troy University (Bates Nos. T000016 – T00019)

27. Employment records from Southern Health (Bates Nos. T00230 – T00237)

28. Employment records from Walmart (Bates Nos. T00374 – T00397)

29. Any exhibits necessary for impeachment.

30. Any exhibits necessary for rebuttal.

31. Summaries, compilations and demonstrative exhibits reflecting the information set forth in other exhibits listed herein.

Defendant Dale Medical Center also reserves the right to use any exhibits designated by Plaintiff.

Respectfully Submitted,

s/Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A
avreeland@lehrmiddlebrooks.com


s/Jennifer H. Howard
Jennifer L. Howard ASB-9511-O68J
jhoward@lehrmiddlebrooks.com

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
(205) 326-3008 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Alicia K. Haynes, Esq.
> Haynes & Haynes, P.C.
> 1600 Woodmere Drive
> Birmingham, AL 35226

> Respectfully submitted,
>
>
> s/Albert L. Vreeland, II
> OF COUNSEL

182820