IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH HUGHES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 1:06-cv-595-SRW |
| | ) |
| **DALE COUNTY MEDICAL CENTER,** | ) |
| | ) |
| **Defendant.** | ) |

### Defendant's Fourth Motion in Limine, Regarding Front Pay Evidence

Defendant Dale Medical Center ("Defendant"), requests that the Court disallow any testimony, evidence or argument to the jury related in any way to Plaintiff's request for front pay.

Because front pay is an equitable remedy, it is a matter for the Court's determination, not the jury's. *Pollard v. E.I. du Pont de Nemours & Co.*, 532 U.S. 843, 847-48 (2001) (noting that front pay is a form of equitable relief which is determined by the court). *See also, Dominic v. Consolidated Edison Co.*, 822 F.2d 1249, 1258 (2d Cir. 1987) (noting that front pay is a matter for exercise of the trial judge's equitable discretion); *Walther v. Lone Star Gas Co.*, 952 F.2d 119, 127 (5th Cir. 1992) ("Since front pay is an equitable remedy, the district court rather than the jury should determine whether an award of front pay is appropriate, and if so, the amount of the award."); *Wells v. New Cherokee Corp.*, 58 F.3d 233, 238 (6th Cir. 1995) (District court erred in letting jury decide propriety of front pay award); *Ramsey v. Chrysler First, Inc.*, 861 F.2d 1541, 1545 (11th Cir.1988) (stating that the award of front pay is a form of equitable relief; as such, the decision whether to grant it lies in the discretion of the district court).

Therefore, the jury should not be permitted to hear any evidence or arguments concerning Plaintiffs' front pay request.

Based upon the foregoing, the Court should grant Defendant's Motion In Limine and prevent the Plaintiff from presenting any evidence or arguments at trial regarding Plaintiff's request for front pay.

        Respectfully Submitted,

        s/Albert L. Vreeland, II
        Albert L. Vreeland, II ASB-0066-V78A
        avreeland@lehrmiddlebrooks.com

        s/Jennifer L. Howard
        Jennifer L. Howard ASB-9511-O68J
        jhoward@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008

## CERTIFICATE OF SERVICE

  I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Alicia K. Haynes, Esq.
    Haynes & Haynes, P.C.
    1600 Woodmere Drive
    Birmingham, AL  35226

      Respectfully submitted,


      s/Albert L. Vreeland, II
      OF COUNSEL

200897