IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH HUGHES,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DALE COUNTY MEDICAL CENTER,** )<br>)<br>**Defendant.** ) | **CIVIL ACTION NUMBER:**<br>**1:06-cv-595-SRW** |

**Defendant's Sixth Motion in Limine Regarding Pat Ennis' Employment Status**

Pursuant to legal precedent and Rule 403 of the Federal Rules of Evidence, Defendant Dale Medical Center ("Defendant") moves this Court to exclude from the jury any testimony, argument, evidence, or any other reference by counsel or any witness regarding any allegation that Pat Ennis was an employee or supervisor of Defendant. As grounds for the granting of this motion, Defendant shows as follows:

1. Defendant expects that the Plaintiff will argue that Ennis was an employee or agent of Defendant, regardless of Ennis' actual status during that time, and will attempt to introduce argument, testimony, or evidence at trial to such effect.

2. Defendant has introduced testimony from its Assistant Administrator of Human Resources, Sheila Dunn, establishing Pat Ennis' status as a non-employee during the period of Plaintiff's employment. Dunn Aff. ¶ 7.[1] Plaintiff admits she has no evidence as to Pat Ennis' employment status. Hughes 123:4 – 123:6.

3. Unless the Plaintiff can present specific evidence showing that Ennis is an employee or agent of Defendant, it would be misleading and prejudicial for Plaintiff or

---

[1] *See* Document 15 (Defendant's Evidentiary Submission in Support of Its Motion for Summary Judgment) and Document 39 (Defendant's Motion to Supplement Record by

Plaintiff's counsel to refer to Pat Ennis as an employee, a supervisor, or one with any supervisory authority over the Plaintiff, when the undisputed evidence in this case will show that Pat Ennis was not an employee or agent who could effectuate any decision on behalf of Defendant.  *See United States v. Barshov*, 733 F.2d 842, 847 (11th Cir. 1984) (acknowledging error which required a curative statement in jury instructions when counsel referenced unsubstantiated and misleading facts at trial); *Edwards v. Sears, Roebuck & Co.*, 512 F.2d 276, 283-84 (5th Cir. 1975) (requiring new trial where counsel used closing argument "to bring before the jury damaging facts not in evidence and never established").

4. FED. R. EVID. 403 requires the exclusion of evidence if "its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury."  See FED. R. EVID. 403.  Furthermore, such evidence can be excluded if the Court determines that it will result in "undue delay [or] waste of time."  *Id.*  Any insubstantial and flimsy allegations by Plaintiff that Pat Ennis was somehow a supervisory employee would be outweighed by the potential jury confusion and/or prejudice to Defendant.

For the foregoing reasons, Defendant requests that the Court exclude from the jury any testimony, argument, evidence, or any other reference by counsel or any other witness regarding any allegation that Pat Ennis was Defendant's employee, agent, or a person with any supervisory authority over the Plaintiff.

---

substituting dated Affidavit).

        Respectfully Submitted,


        s/Albert L. Vreeland, II
        Albert L. Vreeland, II ASB-0066-V78A
        avreeland@lehrmiddlebrooks.com


        s/Jennifer L. Howard
        Jennifer L. Howard ASB-9511-O68J
        jhoward@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008


## CERTIFICATE OF SERVICE

     I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Alicia K. Haynes, Esq.
        Haynes & Haynes, P.C.
        1600 Woodmere Drive
        Birmingham, AL  35226

        Respectfully submitted,


        s/Albert L. Vreeland, II
        OF COUNSEL

200911