IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH HUGHES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 1:06-cv-595-SRW |
| ) | |
| **DALE COUNTY MEDICAL CENTER,** ) | |
| ) | |
| Defendant. ) | |

**Defendant's Seventh Motion in Limine Regarding Evidence of Emotional Distress**

Defendant Dale Medical Center ("Defendant") moves this Court to exclude from the jury any testimony, argument, evidence, or any other reference by counsel or any witness regarding any allegation that Plaintiff suffered emotional distress as the result of any alleged hostile environment or harassment based on age. As grounds for this motion, Defendant shows as follows:

Defendant believes it is probable that the Plaintiff will attempt to introduce at trial information pertaining to pain and suffering and emotional distress allegedly suffered by Plaintiff as a result of age-based harassment.

It is well-settled that compensatory damages for pain and suffering and emotional distress cannot properly be awarded in a discrimination claim brought pursuant to the Age Discrimination in Employment Act. *See, e.g., Pettis v. Brown Group Retail*, 896 F. Supp. 1163, 1165 (N.D. Fla. 1995) ("Neither punitive damages nor compensatory damages for pain and suffering are recoverable under the ADEA."), *citing Goldstein v. Manhattan Indus., Inc.*, 758 F.2d 1435, 1446 (11th Cir.), *cert. denied* 474 U.S. 1005 (1985); *Dean v. American Sec. Ins. Co.*, 559 F.2d 1036 (5th Cir. 1977), *cert. denied*, 434 U.S. 1066 (1978); *Vasquez v. Eastern Airlines*, Inc., 579 F.2d 107 (1st Cir. 1978).

Accordingly, information as to pain and suffering and emotional distress is completely irrelevant and immaterial and is not properly admissible in the trial of this suit.

                    Respectfully Submitted,

                    s/Albert L. Vreeland, II
                    Albert L. Vreeland, II ASB-0066-V78A
                    avreeland@lehrmiddlebrooks.com

                    s/Jennifer L. Howard
                    Jennifer L. Howard ASB-9511-O68J
                    jhoward@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

            Alicia K. Haynes, Esq.
            Haynes & Haynes, P.C.
            1600 Woodmere Drive
            Birmingham, AL  35226

                    Respectfully submitted,

                    s/Albert L. Vreeland, II
                    OF COUNSEL

200923