IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 1:06-cv-595-SRW |
| ) | |
| DALE COUNTY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

### Defendant's Eighth Motion in Limine Regarding Hearsay

Pursuant to Rule 802 of the Federal Rules of Evidence, Defendant Dale Medical Center ("Defendant") moves this Court to exclude from the jury any testimony, argument, evidence, or any other reference by counsel or any witness regarding certain allegations which are hearsay. As grounds for the granting of this motion, Defendant shows as follows:

1. In this case, Plaintiff has alleged the following conduct:

   a. That Dr. Ennis and Sheila Dunn allegedly spoke to Dr. Sy after Plaintiff's termination and asked Dr. Sy what was "really wrong" with Plaintiff. Hughes 156:22 – 157:19.

   b. That Pat Ennis told her that Sheila Dunn either stated or agreed that she did not like Plaintiff because of her hair and her baggy pants. Hughes 158:2 – 159:2.

   c. That Pat Ennis told her while she was on leave that she needed to return to work and to take the office manager job back because Dale Medical Center would not be able to pay her for just coding and billing. Hughes 56:4 – 57:15, 73:4 – 74:5.

2. The alleged statements are inadmissible hearsay, as the statements were alleged to have been made out of court and would be offered to prove the truth of the matter asserted. FRE 801 – 802. No hearsay exception is applicable. FRE 803-804.

3. Accordingly, the alleged testimony should be excluded.

          Respectfully Submitted,

          s/Albert L. Vreeland, II
          Albert L. Vreeland, II ASB-0066-V78A
          avreeland@lehrmiddlebrooks.com

          s/Jennifer L. Howard
          Jennifer L. Howard ASB-9511-O68J
          jhoward@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008

## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          Alicia K. Haynes, Esq.
          Haynes & Haynes, P.C.
          1600 Woodmere Drive
          Birmingham, AL  35226

          Respectfully submitted,

          s/Albert L. Vreeland, II
          OF COUNSEL

200997