IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 1:06-cv-00595-SRW |
| v. | ) | |
| | ) | |
| DALE COUNTY MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED VOIR DIRE**

The plaintiff proposes the following *voir dire* questions to the jury *venire:*

1. Have you, a family member, or close friends ever been an employee of Dale Medical Center or any clinic owned and operated by Dale Medical Center?

2. Has anyone ever worked as a contract employee for Dale Medical Center?

3. Does anyone deal directly or indirectly with Dale Medical Center in your current job or a previous job? Has anyone interviewed with DMC in the last year for any positions that were posted or made known to you?

4. Has anyone been represented now or in the past by Al Vreeland,

1

Jennifer Howard or anyone in that firm - Lehr Middlebrooks Price & Vreeland.

    a.    Some of the lawyers in the firm are:

Richard Lehr, David Middlebrooks, Albert Vreeland, II, Sally Waudby, Michael Thompson, Matthew Stiles, Donna Brooks, Jennifer Howard, Whitney Brown.

    b.    If so, please explain the nature of your relationship or acquaintance with the attorney.

5.    Have you or a family member ever been in a position with a company to make promotion or termination decisions?

    a.    If so, have you ever factored in a person's age or illness under the Family and Medical Leave Act in deciding whether to promote or terminate a person.

6.    Does anyone believe that loyalty and hard work to a company should be overlooked because a person is over the age of 40 or has an illness under the Family and Medical Leave Act?

7.    Does anyone believe that if you are over the age of 40 or have an illness under the FMLA that either should be a factor to consider in termination or rehire decisions?

8.    Is their anyone here who does not agree with the federal laws

established by Congress that prevent discrimination by an employer with regards to a person's age or disability?

9. Under the law an individual has just as many rights as a corporation, even a big corporation, like Dale Medical Center. Is there anyone who believes that corporations have more rights under the law than an individual? Does anyone believe that just because a huge corporation is in this courtroom that you should believe what the corporation has to say over my client, who is an individual?

10. Does anyone believe that because an employer claims that its actions were not motivated by age or an illness under the FMLA, that, more likely than not, what it says is true?

11. This is a civil suit as opposed to a criminal proceeding. The rules of evidence are different and the burdens of proof are different. In a criminal case, the burden of proof is beyond any and all reasonable doubt. In a civil case, the plaintiffs have the burden of proving the elements of her claim by what is called the preponderance of the evidence, that is the facts sought to be proven are more likely true than not true. This standard of proof is a substantially lower burden of proof than that applied to a criminal case. Is there anyone present who would hold the plaintiff to a higher burden of proof than preponderance of the evidence?

12. Do you believe you have ever been discriminated against by an

employee or officer of any company for which you have worked?  If so, what did you do about the conduct?  Also, who were you working for at the time and when did this occur?

  13. Have you ever complained to a fellow employee, supervisor or personnel manager that you believe that a co-employee or supervisor discriminated against you?  If so, please answer the following questions:

    a. Who were you working for at the time?

    b. What were the comments made?

    c. When did they occur?

    d. What action was taken in response to your complaint?

    e. Did you feel the response to be appropriate, if not, why?

  14. Do you personally know anyone who has made a complaint to his or her supervisor, or the company's personnel manager, that they have been the subject of discrimination?  If so, please answer the following questions:

    a. Who were you working for at the time?

    b. What were the comments made?

    c. What did the conduct involve?

    d. Did you witness any of this behavior?

    e. What action was taken in response to your complaint?

   f. Did you feel the response to be appropriate, if not, why?

 15. Have you ever been interviewed as part of an investigation or inquiry into claims of discrimination and/or retaliation?  If so, please tell us when that occurred, for whom were you working, and your understanding of the nature of the claims and the position held at that time?

 16. Do you personally know anyone who has sued a company for discrimination?  If so, please state the name of that individual, the name of the company, the claims made, when the lawsuit occurred and the outcome of the case?

 17. Have you ever given a deposition in a case in which there were claims of discrimination or retaliation?  If so, please state the name of the individual who filed the suit, the name of the company, how the suit turned out and the names of the lawyers (if you know) who were involved?

 18. Does anyone have a job that deals with charges of discrimination or handling investigations - like a personnel manager or a human resource manager?

 19. Is anyone a lawyer or have family members who are lawyers?  Does anyone have any legal classes or seminars or employment law?

 20. Has anyone ever worked for an insurance company or an adjusting company that reviews claims?

21. Has anyone ever worked for a federal government agency that deals with employers? Like OSHA, the EEOC, The DOT, etc.?

22. Has anyone ever worked as a nurse or worked in any capacity for a doctor or physician?

23. Does your present employer have a policy against discrimination based on age or illness under the FMLA? Do you think such a policy is unfair in the workplace?

24. Have you ever attended a seminar on age or FMLA discrimination? If so, please state the name of the company which employed you when you attended the seminar and when that occurred.

25. Have you ever been provided materials on age or FMLA discrimination by an employer? If so, what kind of materials were provided.

26. The following individuals may be witnesses in this case. Please indicate whether you know any of these individuals:

    a. **READ THE WITNESS LISTS**

27. Does any member of this jury panel believe that conflicts between individuals should be settled outside of court and not through the court system?

28. If Ms. Hughes' proves her case to you, the law states she is entitled to be compensated. Is there anyone here who would have difficulty assessing

damages if Ms. Hughes proves her case?

>Respectfully submitted,
>
> s/ Alicia K. Haynes
> Alabama State Bar No.  ASB-8327-E23A
> Attorney for Plaintiff
> Deborah Hughes

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

> s/ Alicia K. Haynes
> **OF COUNSEL**