**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00595-SRW** |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PROPOSED**
**SPECIAL INTERROGATORIES TO THE JURY**
**ON FMLA INTERFERENCE CLAIM**

The Jury must unanimously agree on the answers to all of the questions:

Do you find from a preponderance of the evidence:

1. That the Plaintiff suffered from a "serious health condition," as defined in the Court's instructions?

   Answer:   _____ Yes   or   _____ No

2. That the Plaintiff gave Defendant the proper "notice" of the need to be absent from work, as defined in the Court's instructions?

   Answer:   _____ Yes   or   _____ No

   Note: If you answered "Yes" to either question 1 or 2, then you should answer questions 3 and 4.

3. That the Defendant considered, in connection with one or more employment decisions, <u>the medical leave by the Plaintiff for a serious health condition of which Defendant had notice</u>?

   Answer: \_\_\_\_\_ Yes   or   _____ No

   Note: If you answered "Yes" to either question 3 or 4 you should answer the remaining questions.

4. That Plaintiff suffered lost wages or benefits as a result of defendant's actions?

   Answer: \_\_\_\_\_ Yes   or   _____ No

   If your answer is Yes, in what amount through the date of trial:

   $_____

5. That the Plaintiff should be awarded damages for actual monetary losses sustained as a direct result of Defendant's action?

   Answer: \_\_\_\_\_ Yes   or   _____ No

   If your answer is "Yes," in what amount? $ _____

6. That the Defendant acted in good faith and had reasonable grounds to believe that its conduct would not violate the FMLA.

   Answer: \_\_\_\_\_ Yes   or   _____ No

SO SAY WE ALL.

This \_\_\_\_ day of _____, 2008.

_____
Jury Foreperson