IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00595-SRW** |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF PLAINTIFF'S PROPOSED
SPECIAL INTERROGATORIES TO THE JURY
ON FMLA INTERFERENCE CLAIM**

COMES NOW the Plaintiff and gives notice of the filing of Plaintiff's

Proposed Special Interrogatories to the Jury on FMLA Interference Claim.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
(205) 879-0377

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of April 1008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

                                              s/ Alicia K. Haynes
                                              Alicia K. Haynes