**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO.: |
| | ) | 1:06-cv-00595-SRW |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PROPOSED**
**SPECIAL INTERROGATORIES TO THE JURY**
**ON PLAINTIFF'S AGE HARASSMENT CLAIM**

The Jury must unanimously agree on the answers to all of the questions:

Do you find from a preponderance of the evidence:

1. That the Plaintiff was employed by the Defendant and was subsequently treated adversely to differing terms and conditions of employment by the Defendant?

    Answer:     _____ Yes   or     _____ No

2. That the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer:     _____ Yes   or     _____ No

[Note: If you answered "No" to either Question No. 1 or Question No. 2 you need not answer the remaining questions.]

3. That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    Answer: _____ Yes   or   _____ No

    If your answer is "Yes," in what amount? $ _____

4. That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits in the future [reduced to present value]?

    Answer: _____ Yes   or   _____ No

    If your answer is "Yes," in what amount? $ _____

5. That the Defendant "willfully" violated the law (as that term is defined in the Court's instructions)?

    Answer: _____ Yes   or   _____ No

SO SAY WE ALL.

This ____ day of _____, 2008.

                              _____
                              Jury Foreperson