IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO.: |
| | ) | 1:06-cv-00595-SRW |
| v. | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PROPOSED
SPECIAL INTERROGATORIES TO THE JURY
ON FMLA RETALIATION CLAIM**

The Jury must unanimously agree on the answers to all of the questions:

Do you find from a preponderance of the evidence:

1. That the Plaintiff sought re-employment but was not rehired by Dale Medical Center?

    Answer: _____ Yes  or  _____ No

2. That the Plaintiff during her employment with Dale Medical Center was absent from work for a reason which was covered by the Family and Medical Leave Act?

    Answer: _____ Yes  or  _____ No

3.  That Dale Medical Center considered Ms. Hughes absence/absences which were protected by the Act in making the decision not to rehire her>

    Answer:    _____ Yes   or    _____ No

    If you answered "Yes" to questions 1 - 3, then you should answer the remaining questions.

4.  That Plaintiff suffered lost wages or benefits as a result of defendant's actions?

    Answer:    _____ Yes   or    _____ No

    If your answer is Yes, in what amount through the date of trial:

    $_____

5.  That the Plaintiff should be awarded damages for actual monetary losses sustained as a direct result of Defendant's action?

    Answer:    _____ Yes   or    _____ No

    If your answer is "Yes," in what amount?  $_____

SO SAY WE ALL.

This ____ day of _____, 2008.

_____
Jury Foreperson