## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00595-SRW** |
| **v.** | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### NOTICE OF FILING OF PLAINTIFF'S PROPOSED
### SPECIAL INTERROGATORIES TO THE JURY
### ON FMLA RETALIATION CLAIM

---

COMES NOW the Plaintiff and gives notice of the filing of Plaintiff's

Proposed Special Interrogatories to the Jury on FMLA Retaliation Claim.


Respectfully submitted,


/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff


**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
(205) 879-0377

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of April 1008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

<u> s/ Alicia K. Haynes              </u>
Alicia K. Haynes