IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:** |
| ) | **1:06-cv-00595-SRW** |
| v. ) | |
| ) | |
| **DALE COUNTY MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S PROPOSED
SPECIAL INTERROGATORIES TO THE JURY
ON AGE RETALIATION CLAIM**

The Jury must unanimously agree on the answers to all of the questions:

Do you find from a preponderance of the evidence:

1. That Ms. Hughes engaged in statutorily protected activity, that is, that she in good faith asserted objectively reasonable claims or complaints of discrimination prohibited by federal law?

    Answer:    _____ Yes   or    _____ No

2. That an adverse employment action occurred?

    Answer:    _____ Yes   or    _____ No

3. That the adverse employment action was causally related to Ms. Hughes' statutorily protected activities?

    Answer:    _____ Yes   or    _____ No