IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:** |
| ) | **1:06-cv-00595-SRW** |
| v. ) | |
| ) | |
| **DALE COUNTY MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF FILING OF PLAINTIFF'S PROPOSED
SPECIAL INTERROGATORIES TO THE JURY
ON AGE RETALIATION CLAIM**

COMES NOW the Plaintiff and gives notice of the filing of Plaintiff's Proposed Special Interrogatories to the Jury on Age Retaliation Claim.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
(205) 879-0377

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of April 1008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

                                                                      s/ Alicia K. Haynes
                                                                     Alicia K. Haynes