# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00595-SRW** |
| **v.** | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## PLAINTIFF'S EXHIBIT LIST FOR TRIAL
---

COMES Now, the plaintiff, by and through their attorney, and submits her list of exhibits for trial as follows:

1.   Plaintiff's tax returns and financial data, Bates Nos. 0001-0013, 0057, 0084-0148.

2.   Employee Handbook, Bates Nos. 0014-0056, D00157-D00204.

3.   Plaintiff's Awards and Recognition.  Bates Nos. 0058-0083.

4.   Plaintiff's job search information, including, but not limited to, Bates Nos. 0149-0151.

5.   Plaintiff's EEOC file.  Bates Nos. 0152-0195, D00100-D00106.

6.   Newspaper articles.  Bates Nos. 0197-0198, 0199-0202 and 0242.

7.   Documents received from Alabama Career Center Job Service.  Bates Nos.

0203-0241.

8.    Debbie Hughes' salary progression, Bates No. D00001.

9.    Medical information regarding return to work slips for Debbie Hughes, Bates Nos. D00002-D00005.

10.    Dismissal and Notice of Rights, Bates No. D00006.

11.    Notice of Unemployment Compensation Telephone Hearing, Bates Nos. D00007-D00008.

12.    Time Report for Debbie Hughes, Bates Nos. D00009-D00020.

13.    Plaintiff's EEOC charge, Bates No. D00021.

14.    Subpoena to Sheila Dunn from appeals tribunal, Bates No. D00022.

15.    Separation from employment information, Bates Nos. D00023-D00025.

16.    Unemployment Claim information including decision on unemployment compensation claim, Bates Nos. D00026-D00036.

17.    Health Insurance information, Bates Nos. D00037-D00051.

18.    Performance Evaluations and salary information for Debbie Hughes, Bates Nos. D00052-D00068.

19.    Summons for jury duty to Debbie Hughes, Bates No. D00069.

20.    Performance Evaluations and salary information for Debbie Hughes, D00070-D00091.

21.    Insurance and new hire information, Bates Nos. D00092-D00099.

22.    Plaintiff, Debbie Hughes', affidavit, Bates Nos. D00104-D00106.

23.    Additional new hire information for Debbie Hughes, Bates Nos. D00107-D00108.

24. Medical lab information on Debbie Hughes, Bates Nos. D00109-D00110.

25. Debbie Hughes application for employment, Bates Nos. D00111-D00114.

26. Time Reports for Debbie Hughes, Bates Nos. D00115-D00142.

27. Debbie Hughes' Application for Re-employment, Bates Nos. D00143-D00146.

28. Order form for Fluzone, Bates No. D00147.

29. Extended Illness Benefit Policy, Bates No. 0047-0056.

30. Paid Time Off Policy, Bates Nos. D00150-D00151.

31. Employee Handbook Acknowledgment of John Ennis, Bates No. D00152.

32. "Effective Supervisor" certificate of Sheila Dunn, Bates No. D00153.

33. Employee Handbook Acknowledgment of Sheila Dunn, Bates No. D00154.

34. Harassment Policy, Bates Nos. D00155-D00156.

35. E-mails regarding Zumstein, Bates Nos. D00205-D00207.

36. E-mail regarding Zumstein's AL Medicare Payments, Bates No. D00208.

37. FOIA file from EEOC, Bates Nos. F00001-F00039.

38. Subpoenaed documents from the Department of Industrial Relations, Bates Nos. T00020-T00134; 0190-0195, 0203-0241.

39. Audio tape from the Department of Industrial Relations Hearing.

40. Any and all medical records from Dr. Luna Sy.

41. Plaintiff's entire EEOC file including charge and defendant's position statements and any documents produced to the EEOC;

42.   Any and all relevant Policies and Procedures of Dale Medical Center;

43.   Any and all documents related to Plaintiffs' employment with Dale Medical Center;

44.   Any and all documents produced by Defendant to substantiate any affirmative defense;

45.   Any personnel, human resource or department file on any witness listed on Plaintiff's witness list;

46.   Any and all subpoenaed records;

47.   Any and all depositions, affidavits, and accompanying exhibits previously used in Plaintiffs' response in opposition to summary judgment or Defendant's motion for summary judgment;

48.   Plaintiff's Damage Exhibit for demonstrative purposes only;

49.   Timeline chart of events referencing Plaintiffs' Complaint of Discrimination and retaliation for demonstrative purposes only;

50.   Any and all documents produced in response to trial subpoenas;

51.   Any and all exhibits listed by Defendant;

52.   Any and all exhibits listed by or used by Defendant in its evidentiary submission to support its motion for summary judgment; and

53.   Any documents for purposes of rebuttal or impeachment.

Respectfully submitted,


/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiffs

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer L. Howard, Esq.
Albert L. Vreeland, II, Esq.
Lehr Middlebrooks & Vreeland
P.O. Box 11945
Birmingham, Alabama 35202-1945

 s/ Alicia K. Haynes
**OF COUNSEL**