**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

April 23, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Hughes v. Dale County Medical Center**

**Case Number:   1:06-cv-00595-SRW**

**This Notice of Correction was filed in the referenced case this date to add the correct PDF main document previously attached by E-Filer to include a notice of filing pleading with the proposed special interrogatories document to the referenced docket entries.**

**The correct PDF main documents are attached to this notice for your review.   Reference is made to document #58, #59, #60 & #61  filed on   April 21, 2008.**