**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **1:06-cv-595-SRW** |
| | ) | |
| | ) | |
| **DALE COUNTY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL

COME NOW, Defendant and Plaintiff by and through the undersigned counsel and request that this Court dismiss with prejudice the above-styled cause with each party to bear their own attorneys' fees, costs and expenses.

On this the ___23___ day of _____June_____, 2008.

Respectfully Submitted,

_____
Albert L. Vreeland, II ASB-0066-V78A

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

_____
Alicia K. Haynes, Esq. ASB-8327-E23A

Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, AL 35226
(205) 879-0377

205898.doc