IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv595-SRW |
| | ) |
| DALE COUNTY MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to the stipulation of dismissal filed by the parties on June 23, 2008, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice, with the parties to bear their own costs.

DONE, this 24th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE